## EXHIBIT A

**List of Debtors**

| No. | Debtor Name | Company Number |
|---|---|---|
| 1. | Amber Hill Ventures Limited | 1965875 |
| 2. | Auspicious Tycoon Limited | 1984330 |
| 3. | Bright Team Global Limited | 1984336 |
| 4. | Delightful Thrive Limited | 1992053 |
| 5. | Even Sincerity Limited | 1970592 |
| 6. | Fulam Investment Limited | 1542112 |
| 7. | Giant Victory Holdings Limited | 1930566 |
| 8. | Golden Ascend International Limited | 1976645 |
| 9. | Harmonic State Limited | 2030628 |
| 10. | Jumbo High Limited | 1984889 |
| 11. | Lateral Bridge Global Limited | 2030656 |
| 12. | Luminous Glow Limited | 1992019 |
| 13. | Mighty Divine Limited | 1961510 |
| 14. | Noble Title Limited | 1925678 |
| 15. | Oriental Charm Holdings Investment Limited | 1977528 |
| 16. | Pacific Charm Holdings Investment Limited | 1977603 |
| 17. | Praise Marble Limited | 1903478 |
| 18. | Prince Global Group Limited | 1988522 |
| 19. | Prince Global Holdings Limited | 1988528 |
| 20. | Respectful Steed Limited | 1971898 |
| 21. | Retain Prosper Limited | 2022874 |
| 22. | Robust Harmony Limited | 1971181 |
| 23. | Simply Advanced Limited | 2035067 |
| 24. | Southern Heritage Limited | 2035209 |

| No. | Debtor Name | Company Number |
|---|---|---|
| 25. | Star Merit Global Limited | 1984550 |
| 26. | Starry Bloom Limited | 2035066 |
| 27. | Sure Tycoon Limited | 2030676 |
| 28. | Sword River Limited | 1971899 |
| 29. | Towards Sunshine Limited | 1970125 |
| 30. | United Riches Global Limited | 1984537 |