## EXHIBIT D

**BVI Continuation Orders**

**Case Number :BVIHCOM2026/0003**



**Submitted Date:12/02/2026 09:48**

**Filed Date:12/02/2026 09:48**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0003**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0003

**Submitted Date:03/02/2026 18:34**

**Filed Date:04/02/2026 08:30**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF AMBER HILL VENTURES LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

AMBER HILL VENTURES LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:    THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:    THE 29th DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, AMBER HILL VENTURES LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON** the ordinary application filed by the Applicant on January 29, 2026 (**"the Continuation Application"**) seeking an order that

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant and Mr. Iain Tucker of Walkers for the JPLs.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON** the Company not being present or represented.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**IT IS HEREBY ORDERED THAT:**

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.    The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.     Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.     The costs of this application be costs in the provisional liquidation application.

**BY THE COURT**



Dep. **REGISTRAR**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0003

BETWEEN:

IN THE MATTER OF AMBER HILL VENTURES LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF
THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

AMBER HILL VENTURES LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER
APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0002**



**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

**Submitted Date:12/02/2026 09:56**

**Filed Date:12/02/2026 09:56**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0002**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0002

**Submitted Date:03/02/2026 18:35**

**Filed Date:04/02/2026 08:30**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF AUSPICIOUS TYCOON LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

AUSPICIOUS TYCOON LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:      THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:       THE 29th DAY OF JANUARY, 2026

ENTERED:     THE 5 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, AUSPICIOUS TYCOON LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("**the Continuation Application**"), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("**JPLs**") of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.      The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be

sealed and may not be inspected without further order of the Court.

3.      Any application to inspect any of the reports filed by the JPLs must be made on not less than

7 days' notice to the JPLs.

4.      The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep. REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0002

BETWEEN:

IN THE MATTER OF AUSPICIOUS TYCOON LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

**Applicant**

-v-

AUSPICIOUS TYCOON LIMITED

**Respondent**

---

**ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---



O'Neal Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com



**Submitted Date:12/02/2026 09:52**

**Filed Date:12/02/2026 09:53**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0001**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0001

BETWEEN:

IN THE MATTER OF BRIGHT TEAM GLOBAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

BRIGHT TEAM GLOBAL LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:       THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:        THE 29th DAY OF JANUARY, 2026

ENTERED:      THE 5 DAY OF FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, BRIGHT TEAM GLOBAL LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

Submitted Date:03/02/2026 18:36

Filed Date:04/02/2026 08:30

Fees Paid:0.00

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 (**"the Continuation Application"**), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.  Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.  The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep.  REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0001

BETWEEN:

IN THE MATTER OF BRIGHT TEAM GLOBAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003
OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

**Applicant**

-v-

BRIGHT TEAM GLOBAL LIMITED

**Respondent**

---

**ORDER FOR THE CONTINUATION OF THE ORDER
APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0004**



**FILED**
HIGH COURT
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Submitted Date:12/02/2026 10:04**

**Filed Date:12/02/2026 10:04**

**Fees Paid:0.00**





**FILED HIGH COURT**
TERRITORY OF
THE VIRGIN ISLANDS

**Case Number :BVIHCOM2026/0004**

**Submitted Date:04/02/2026 06:23**

**Filed Date:04/02/2026 08:30**

**Fees Paid:0.00**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0004

BETWEEN:

IN THE MATTER OF DELIGHTFUL THRIVE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

DELIGHTFUL THRIVE LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:     THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:     THE 29th DAY OF JANUARY, 2026

ENTERED:     THE 5 DAY OF FEBRUARY, 2026

### PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, DELIGHTFUL THRIVE LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

UPON THE ORDINARY APPLICATION filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("JPLs") of the Company ("the JPL Order") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("the Originating Application"); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

AND UPON hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

AND UPON Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

AND UPON READING the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

AND UPON the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

IT IS HEREBY ORDERED THAT:

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.    The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.     Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.     The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep. REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0004

BETWEEN:

IN THE MATTER OF DELIGHTFUL THRIVE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE
LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

DELIGHTFUL THRIVE LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0005**



**Submitted Date:12/02/2026 10:07**

**Filed Date:12/02/2026 10:07**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0005**

**FILED**
**HIGH COURT**
TERRITORY OF
THE VIRGIN ISLANDS

**Submitted Date:04/02/2026 06:24**

**Filed Date:04/02/2026 08:30**

**Fees Paid:0.00**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0005

BETWEEN:

IN THE MATTER OF EVEN SINCERITY LIMITED


AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

Applicant

-v-

EVEN SINCERITY LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:    THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:    THE 29th DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, EVEN SINCERITY LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 **("the Continuation Application")**, seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators **("JPLs")** of the Company **("the JPL Order")** be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 **("the Originating Application")**; and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2. The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3. Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4. The costs of this application be costs in the provisional liquidation application.

BY THE COURT

Dep. REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0005


BETWEEN:
IN THE MATTER OF EVEN SINCERITY LIMITED


AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

                                                          **Applicant**

-v-


EVEN SINCERITY LIMITED

                                                          **Respondent**

---

## ORDER FOR THE CONTINUATION OF THE ORDER
## APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



O'Neal Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0006**



**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Submitted Date:12/02/2026 10:48**

**Filed Date:12/02/2026 10:48**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0006**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0006

BETWEEN:

**Submitted Date:04/02/2026 06:25**

**Filed Date:04/02/2026 08:30**

**Fees Paid:0.00**

IN THE MATTER OF FULAM INVESTMENT LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

FULAM INVESTMENT LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:     THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:      THE 29th DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, FULAM INVESTMENT LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

**holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)  the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("**JPLs**") of the Company ("**the JPL Order**") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("**the Originating Application**"); and

(b)  the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.  The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.  The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.      Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.      The costs of this application be costs in the provisional liquidation application.

BY THE COURT

_____

Dep. REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0006

BETWEEN:

IN THE MATTER OF FULAM INVESTMENT LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF
THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

FULAM INVESTMENT LIMITED

Respondent

---

DRAFT ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com



FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

Submitted Date:12/02/2026 11:00

Filed Date:12/02/2026 11:01

Fees Paid:0.00



**Case Number :BVIHCOM2026/0007**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0007

**Submitted Date:04/02/2026 11:45**

**Filed Date:04/02/2026 11:46**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF GIANT VICTORY HOLDINGS LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

GIANT VICTORY HOLDINGS LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---

BEFORE:   THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:   THE 29th DAY OF JANUARY, 2026

ENTERED:   THE 5 DAY OF FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, GIANT VICTORY HOLDINGS LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 (**"the Continuation Application"**), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3. Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4. The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep. REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0007

BETWEEN:

IN THE MATTER OF GIANT VICTORY HOLDINGS LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE

LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

**Applicant**

-v-

GIANT VICTORY HOLDINGS LIMITED

**Respondent**

---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0008**



**Submitted Date:12/02/2026 11:04**

**Filed Date:12/02/2026 11:04**

**Fees Paid:0.00**



Case Number :BVIHCOM2026/0008

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0008

BETWEEN:

**Submitted Date:04/02/2026 08:56**

**Filed Date:04/02/2026 08:57**

**Fees Paid:0.00**

IN THE MATTER OF GOLDEN ASCEND INTERNATIONAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

GOLDEN ASCEND INTERNATIONAL LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:     THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:       THE 29th DAY OF JANUARY, 2026

ENTERED:   THE 10 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, GOLDEN ASCEND INTERNATIONAL LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("**the Continuation Application**"), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("**JPLs**") of the Company ("**the JPL Order**") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("**the Originating Application**"); and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.   Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.   The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep. **REGISTRAR**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0008

BETWEEN:

IN THE MATTER OF GOLDEN ASCEND INTERNATIONAL
LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE
LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

                                                          Applicant

-v-

GOLDEN ASCEND INTERNATIONAL LIMITED

                                                          Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com



**FILED**

**HIGH COURT**

**TERRITORY OF**

**THE VIRGIN ISLANDS**

**Submitted Date:12/02/2026 11:24**

**Filed Date:12/02/2026 11:29**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0009**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0009

BETWEEN:

**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

**Submitted Date:04/02/2026 09:02**

**Filed Date:04/02/2026 09:02**

**Fees Paid:0.00**

IN THE MATTER OF HARMONIC STATE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

HARMONIC STATE LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:     THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:      THE 29th DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, HARMONIC STATE LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 (**"the Continuation Application"**), seeking an order that:

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.    The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3. Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4. The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep. REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0009

BETWEEN:

IN THE MATTER OF HARMONIC STATE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF
THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

HARMONIC STATE LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0010**



**FILED**
HIGH COURT
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Submitted Date:12/02/2026 11:32**

**Filed Date:12/02/2026 11:32**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0010**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0010

BETWEEN:

**Submitted Date:04/02/2026 09:05**

**Filed Date:04/02/2026 09:05**

**Fees Paid:0.00**

IN THE MATTER OF JUMBO HIGH LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

JUMBO HIGH LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:        THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:         THE 29th DAY OF JANUARY, 2026

ENTERED:       THE 5 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, JUMBO HIGH LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("JPLs") of the Company ("the JPL Order") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("the Originating Application"); and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.    Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.    The costs of this application be costs in the provisional liquidation application.

BY THE COURT

Dep. REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0010


BETWEEN:
IN THE MATTER OF JUMBO HIGH LIMITED


AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF

THE LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

Applicant

-v-

JUMBO HIGH LIMITED

Respondent


---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



O'Neal
Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

Case Number :BVIHCOM2026/0011


FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

Submitted Date:12/02/2026 11:36
Filed Date:12/02/2026 11:36
Fees Paid:0.00



**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

**Case Number :BVIHCOM2026/0011**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0011

**Submitted Date:04/02/2026 09:07**

**Filed Date:04/02/2026 09:07**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF LATERAL BRIDGE GLOBAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

LATERAL BRIDGE GLOBAL LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:      THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:       THE 29th DAY OF JANUARY, 2026

ENTERED:     THE 5 DAY OF FEBRUARY, 2026

### PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, LATERAL BRIDGE GLOBAL LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON** the ordinary application filed by the Applicant on January 29, 2026 (**"the Continuation Application"**) seeking an order that

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant and Mr. Iain Tucker of Walkers for the JPLs.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON** the Company not being present or represented.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**IT IS HEREBY ORDERED THAT:**

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.    The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.  Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.  The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep. REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0011

BETWEEN:

IN THE MATTER OF LATERAL BRIDGE GLOBAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003
OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

LATERAL BRIDGE GLOBAL LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER**

**APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---



O'Neal
Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0012**



**FILED**

HIGH COURT

**TERRITORY OF**

**THE VIRGIN ISLANDS**

**Submitted Date:12/02/2026 11:39**

**Filed Date:12/02/2026 11:39**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0012**



**FILED**
**HIGH COURT**
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0012

BETWEEN:

**Submitted Date:04/02/2026 09:08**

**Filed Date:04/02/2026 09:09**

**Fees Paid:0.00**

IN THE MATTER OF LUMINOUS GLOW LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

LUMINOUS GLOW LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---

BEFORE:     THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:      THE 29th DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, LUMINOUS GLOW LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

UPON THE ORDINARY APPLICATION filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("JPLs") of the Company ("the JPL Order") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("the Originating Application"); and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

AND UPON hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

AND UPON Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

AND UPON READING the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

AND UPON the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

IT IS HEREBY ORDERED THAT:

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.      Any application to inspect any of the reports filed by the JPLs must be made on not less than

7 days' notice to the JPLs.

4.      The costs of this application be costs in the provisional liquidation application.

BY THE COURT

Dep. REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0012


BETWEEN:
IN THE MATTER OF LUMINOUS GLOW LIMITED


AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE

LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

Applicant

-v-

LUMINOUS GLOW LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



O'Neal Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com



**Case Number :BVIHCOM2026/0013**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**Submitted Date:12/02/2026 11:42**

**Filed Date:12/02/2026 11:43**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0013**

**FILED**
**HIGH COURT**
TERRITORY OF
THE VIRGIN ISLANDS

**Submitted Date:04/02/2026 09:10**

**Filed Date:04/02/2026 09:10**

**Fees Paid:0.00**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0013

BETWEEN:

### IN THE MATTER OF MIGHTY DIVINE LIMITED

### AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

MIGHTY DIVINE LIMITED

Respondent

---

### ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:       THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:        THE 29th DAY OF JANUARY, 2026

ENTERED:      THE 5 DAY OF FEBRUARY, 2026

### PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, MIGHTY DIVINE LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("**JPLs**") of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("**the Originating Application**"); and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3. Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4. The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep. REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0013


BETWEEN:


IN THE MATTER OF MIGHTY DIVINE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

MIGHTY DIVINE LIMITED

Respondent

---

### ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com



**Case Number :BVIHCOM2026/0014**

**FILED**
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**Submitted Date:12/02/2026 11:45**
**Filed Date:12/02/2026 11:46**
**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0014**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0014

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Submitted Date:04/02/2026 09:13**

**Filed Date:04/02/2026 09:14**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF NOBLE TITLE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

NOBLE TITLE LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:       THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:        THE 29th DAY OF JANUARY, 2026

ENTERED:      THE 5 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, NOBLE TITLE LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("**the Continuation Application**"), seeking an order that:

(a)   the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("**JPLs**") of the Company ("**the JPL Order**") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("**the Originating Application**"); and

(b)   the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.   The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.   The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.      Any application to inspect any of the reports filed by the JPLs must be made on not less than

7 days' notice to the JPLs.

4.      The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep    REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0014

BETWEEN:

IN THE MATTER OF NOBLE TITLE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF

THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

**Applicant**

-v-

NOBLE TITLE LIMITED

**Respondent**

---

ORDER FOR THE CONTINUATION OF THE ORDER
APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0015**



**FILED**

**HIGH COURT**

**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Submitted Date:12/02/2026 11:49**

**Filed Date:12/02/2026 11:49**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0015**

**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0015

**Submitted Date:04/02/2026 09:15**

**Filed Date:04/02/2026 09:15**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF ORIENTAL CHARM HOLDINGS INVESTMENT LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

ORIENTAL CHARM HOLDINGS INVESTMENT LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:    THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:    THE 29th DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, ORIENTAL CHARM HOLDINGS INVESTMENT LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 (**"the Continuation Application"**), seeking an order that:

(a)      the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)      the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.      The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.     Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.     The costs of this application be costs in the provisional liquidation application.

BY THE COURT

_____

REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0015

BETWEEN:

IN THE MATTER OF ORIENTAL CHARM HOLDINGS
INVESTMENT LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF
THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

ORIENTAL CHARM HOLDINGS INVESTMENT LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER
APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---



O'Neal Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com



**Submitted Date:12/02/2026 11:51**

**Filed Date:12/02/2026 11:51**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0016**

**FILED**
**HIGH COURT**
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0016

**Submitted Date:04/02/2026 09:16**

**Filed Date:04/02/2026 09:17**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF PACIFIC CHARM HOLDINGS INVESTMENT LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

PACIFIC CHARM HOLDINGS INVESTMENT LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:      THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:       THE 29th DAY OF JANUARY, 2026

ENTERED:     THE ⊃ DAY OF FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, PACIFIC CHARM HOLDINGS INVESTMENT LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("JPLs") of the Company ("the JPL Order") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("the Originating Application"); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2. The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3. Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4. The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep. REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0016


BETWEEN:


IN THE MATTER OF PACIFIC CHARM HOLDINGS
INVESTMENT LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF
THE LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

Applicant

-v-


PACIFIC CHARM HOLDINGS INVESTMENT LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING
JOINT PROVISIONAL LIQUIDATORS**

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com



FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**Case Number :BVIHCOM2026/0018**

**Submitted Date:12/02/2026 14:08**

**Filed Date:12/02/2026 14:08**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0018**

**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0018

**Submitted Date:04/02/2026 09:18**

**Filed Date:04/02/2026 09:19**

**Fees Paid:0.00**

BETWEEN:

### IN THE MATTER OF PRAISE MARBLE LIMITED

### AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

PRAISE MARBLE LIMITED

Respondent

---

### ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:      THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:        THE 29th DAY OF JANUARY, 2026

ENTERED:     THE 5 DAY OF FEBRUARY, 2026

### PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, PRAISE MARBLE LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 **("the Continuation Application")**, seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators **("JPLs")** of the Company **("the JPL Order")** be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 **("the Originating Application")**; and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.      Any application to inspect any of the reports filed by the JPLs must be made on not less than

7 days' notice to the JPLs.

4.      The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep   REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0018

BETWEEN:

IN THE MATTER OF PRAISE MARBLE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF
THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

PRAISE MARBLE LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



O'Neal
Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0017**



**Submitted Date:12/02/2026 12:06**

**Filed Date:12/02/2026 12:06**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0017**

**FILED
HIGH COURT**
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0017

**Submitted Date:04/02/2026 09:21**

**Filed Date:04/02/2026 09:21**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF PRINCE GLOBAL GROUP LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

PRINCE GLOBAL GROUP LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:      THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:      THE 29th DAY OF JANUARY, 2026

ENTERED:      THE 5 DAY OF FEBRUARY, 2026

**PENAL NOTICE**

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, PRINCE GLOBAL GROUP LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 (**"the Continuation Application"**), seeking an order that:

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.     Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.     The costs of this application be costs in the provisional liquidation application.

BY THE COURT

_____
Dep. REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0017

BETWEEN:

IN THE MATTER OF PRINCE GLOBAL GROUP LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF

THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

PRINCE GLOBAL GROUP LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER
APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0019**



**FILED**
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**Submitted Date:12/02/2026 14:12**

**Filed Date:12/02/2026 14:13**

**Fees Paid:0.00**



**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

**Case Number :BVIHCOM2026/0019**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0019

**Submitted Date:04/02/2026 09:22**

**Filed Date:04/02/2026 09:23**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF PRINCE GLOBAL HOLDINGS LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

PRINCE GLOBAL HOLDINGS LIMITED

Respondent

---

## ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:       THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:        THE 29th DAY OF JANUARY, 2026

ENTERED:      THE 5 DAY OF FEBRUARY, 2026

### PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, PRINCE GLOBAL HOLDINGS LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 (**"the Continuation Application"**), seeking an order that:

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be

sealed and may not be inspected without further order of the Court.

3.     Any application to inspect any of the reports filed by the JPLs must be made on not less than

7 days' notice to the JPLs.

4.     The costs of this application be costs in the provisional liquidation application.

BY THE COURT

_____

Dep **REGISTRAR**



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0019


BETWEEN:

IN THE MATTER OF PRINCE GLOBAL HOLDINGS LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF

THE LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

Applicant

-v-

PRINCE GLOBAL HOLDINGS LIMITED

Respondent


---

**ORDER FOR THE CONTINUATION OF THE ORDER
APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---

O'Neal
Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com



**Case Number :BVIHCOM2026/0020**

**Submitted Date:12/02/2026 14:16**

**Filed Date:12/02/2026 14:17**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0020**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0020

**FILED**

**HIGH COURT**

TERRITORY OF
THE VIRGIN ISLANDS

**Submitted Date:04/02/2026 09:24**

**Filed Date:04/02/2026 09:24**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF RESPECTFUL STEED LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

RESPECTFUL STEED LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:        THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:         THE  29TH DAY OF JANUARY, 2026

ENTERED:       THE 5 DAY OF  FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, RESPECTFUL STEED LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("**the Continuation Application**"), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("**JPLs**") of the Company ("**the JPL Order**") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("**the Originating Application**"); and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.      The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.      Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.      The costs of this application be costs in the provisional liquidation application.

**BY THE COURT**

Dep **REGISTRAR**



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0020

BETWEEN:

IN THE MATTER OF RESPECTFUL STEED LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF

THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

RESPECTFUL STEED LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER
APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---



O'Neal
Webster
Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0021**



**FILED**
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**Submitted Date:12/02/2026 14:20**

**Filed Date:12/02/2026 14:20**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0021**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0021

**Submitted Date:04/02/2026 09:26**

**Filed Date:04/02/2026 09:26**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF RETAIN PROSPER LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

RETAIN PROSPER LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:    THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:    THE 29TH DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF  FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, RETAIN PROSPER LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 **("the Continuation Application")**, seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators **("JPLs")** of the Company **("the JPL Order")** be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 **("the Originating Application")**; and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.      The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be

sealed and may not be inspected without further order of the Court.

3.      Any application to inspect any of the reports filed by the JPLs must be made on not less than

7 days' notice to the JPLs.

4.      The costs of this application be costs in the provisional liquidation application.

**BY THE COURT**



_____

REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0021

BETWEEN:

IN THE MATTER OF RETAIN PROSPER LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

RETAIN PROSPER LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 | Fax: (284) 393 5805
www.onealwebster.com



**Case Number :BVIHCOM2026/0022**

**Submitted Date:12/02/2026 14:30**

**Filed Date:12/02/2026 14:32**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0022**



**FILED**

**HIGH COURT**

**TERRITORY OF
THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0022

**Submitted Date:04/02/2026 09:27**

**Filed Date:04/02/2026 09:28**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF ROBUST HARMONY LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

ROBUST HARMONY LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:      THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:       THE 29th DAY OF JANUARY, 2026

ENTERED:   THE 5 DAY OF FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, ROBUST HARMONY LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

UPON the ordinary application filed by the Applicant on January 29, 2026 ("the Continuation Application") seeking an order that

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("JPLs") of the Company ("the JPL Order") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("the Originating Application"); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

AND UPON hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant and Mr. Iain Tucker of Walkers for the JPLs.

AND UPON Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

AND UPON the Company not being present or represented.

AND UPON READING the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

IT IS HEREBY ORDERED THAT:

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.    The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3. Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4. The costs of this application be costs in the provisional liquidation application.

BY THE COURT

_____

 REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0022

BETWEEN:

IN THE MATTER OF ROBUST HARMONY LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF
THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

ROBUST HARMONY LIMITED

Respondent

---

## ORDER FOR THE CONTINUATION OF THE ORDER
## APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



O'Neal
Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com



**Case Number :BVIHCOM2026/0023**

**Submitted Date:12/02/2026 15:50**

**Filed Date:12/02/2026 15:50**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0023**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0023

**Submitted Date:04/02/2026 09:30**

**Filed Date:04/02/2026 09:30**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF SIMPLY ADVANCED LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

SIMPLY ADVANCED LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:    THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:    THE 29th DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, SIMPLY ADVANCED LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("JPLs") of the Company ("the JPL Order") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("the Originating Application"); and

(b)    the first report of JPLs filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs, Mr. Grant Carroll of Campbells for the Company and Mr. James Petkovic of Harney, Westwood & Riegels (BVI) LP for Renovaire Group Holding RSC Ltd **("Renovaire").**

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application which was filed on January 5, 2026 the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** reading the Notice of Intention to Appeal filed by Renovaire.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**AND UPON** Renovaire through counsel indicating that it supports the continuation of the JPL Order.

**IT IS HEREBY ORDERED THAT:**

1. The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2. The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3. Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4. The costs of this application be costs in the provisional liquidation application.

BY THE COURT



REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0023

BETWEEN:

IN THE MATTER OF SIMPLY ADVANCED LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE
LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

SIMPLY ADVANCED LIMITED

Respondent

---

### ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING
### JOINT PROVISIONAL LIQUIDATORS

---



O'Neal Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0024**



**FILED**
HIGH COURT
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Submitted Date:12/02/2026 14:35**

**Filed Date:12/02/2026 14:35**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0024**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0024

**Submitted Date:04/02/2026 09:32**

**Filed Date:04/02/2026 09:32**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF SOUTHERN HERITAGE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

SOUTHERN HERITAGE LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:      THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:       THE 29th DAY OF JANUARY, 2026

ENTERED:     THE 5 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, SOUTHERN HERITAGE LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("JPLs") of the Company **("the JPL Order")** be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 **("the Originating Application")**; and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.    Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.    The costs of this application be costs in the provisional liquidation application.

BY THE COURT

Dep    REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0024

BETWEEN:

IN THE MATTER OF SOUTHERN HERITAGE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE

LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

SOUTHERN HERITAGE LIMITED

Respondent

---

## ORDER FOR THE CONTINUATION OF THE ORDER

## APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



O'Neal Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

**Case Number :BVIHCOM2026/0025**



**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Submitted Date:12/02/2026 15:47**

**Filed Date:12/02/2026 15:48**

**Fees Paid:0.00**





**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

**Case Number :BVIHCOM2026/0025**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0025

**Submitted Date:04/02/2026 09:33**

**Filed Date:04/02/2026 09:34**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF STAR MERIT GLOBAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

STAR MERIT GLOBAL LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---

BEFORE:    THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:    THE 29TH DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF  FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, STAR MERIT GLOBAL LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("JPLs") of the Company **("the JPL Order")** be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 **("the Originating Application")**; and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.    Any application to inspect any of the reports filed by the JPLs must be made on not less than

7 days' notice to the JPLs.

4.    The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0025


BETWEEN:

IN THE MATTER OF STAR MERIT GLOBAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF

THE LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

**Applicant**

-v-

STAR MERIT GLOBAL LIMITED

**Respondent**

---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



O'Neal Webster
Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com

Case Number :BVIHCOM2026/0026



FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

Submitted Date:12/02/2026 15:54

Filed Date:12/02/2026 15:54

Fees Paid:0.00





**Case Number :BVIHCOM2026/0026**

**Submitted Date:04/02/2026 13:48**

**Filed Date:04/02/2026 13:48**

**Fees Paid:0.00**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0026

BETWEEN:

IN THE MATTER OF STARRY BLOOM LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

STARRY BLOOM LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:       THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:        THE 29th DAY OF JANUARY, 2026

ENTERED:      THE 5 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, STARRY BLOOM LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("**JPLs**") of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.    The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be

sealed and may not be inspected without further order of the Court.

3.    Any application to inspect any of the reports filed by the JPLs must be made on not less than

7 days' notice to the JPLs.

4.    The costs of this application be costs in the provisional liquidation application.

BY THE COURT

_____
Dep    REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0026

BETWEEN:
IN THE MATTER OF STARRY BLOOM LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

STARRY BLOOM LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



O'Neal
Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 l Fax: (284) 393 5805
www.onealwebster.com



**Submitted Date:12/02/2026 15:59**

**Filed Date:13/02/2026 08:30**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0027**

FILED

HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0027

**Submitted Date:04/02/2026 09:36**

**Filed Date:04/02/2026 09:36**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF SURE TYCOON LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

SURE TYCOON LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---

BEFORE:      THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:       THE 29th DAY OF JANUARY, 2026

ENTERED:     THE 5 DAY OF FEBRUARY, 2026

<u>PENAL NOTICE</u>

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, SURE TYCOON LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 **("the Continuation Application")**, seeking an order that:

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators **("JPLs")** of the Company **("the JPL Order")** be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 **("the Originating Application")**;

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.   The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.   Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.   The costs of this application be costs in the provisional liquidation application.

BY THE COURT



Dep  REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0027


BETWEEN:

IN THE MATTER OF SURE TYCOON LIMITED


AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE
LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

Applicant

-v-

SURE TYCOON LIMITED

Respondent


---

ORDER FOR THE CONTINUATION OF THE ORDER

APPOINTING JOINT PROVISIONAL LIQUIDATORS

---




Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

Case Number :BVIHCOM2026/0028



FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

Submitted Date:12/02/2026 16:05

Filed Date:13/02/2026 08:30

Fees Paid:0.00



**Case Number :BVIHCOM2026/0028**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0028

**Submitted Date:04/02/2026 09:37**

**Filed Date:04/02/2026 09:37**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF SWORD RIVER LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

SWORD RIVER LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:        THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:         THE 29th DAY OF JANUARY, 2026

ENTERED:     THE 5 DAY OF FEBRUARY, 2026

PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, SWORD RIVER LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON** the ordinary application filed by the Applicant on January 29, 2026 (**"the Continuation Application"**) seeking an order that

(a)     the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)     the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant and Mr. Iain Tucker of Walkers for the JPLs.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON** the Company not being present or represented.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**IT IS HEREBY ORDERED THAT:**

1.     The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.     The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.      Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.      The costs of this application be costs in the provisional liquidation application.

BY THE COURT

Dep    REGISTRAR



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0028

BETWEEN:

IN THE MATTER OF SWORD RIVER LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

**Applicant**

-v-

SWORD RIVER LIMITED

**Respondent**

---

**ORDER FOR THE CONTINUATION OF THE ORDER**

**APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---



Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com



**FILED**
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**Submitted Date:12/02/2026 16:17**

**Filed Date:13/02/2026 08:30**

**Fees Paid:0.00**



**Case Number :BVIHCOM2026/0029**



THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0029

**Submitted Date:04/02/2026 09:38**

**Filed Date:04/02/2026 09:39**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF TOWARDS SUNSHINE LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

TOWARDS SUNSHINE LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:     THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:      THE 29th DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF FEBRUARY, 2026

### PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, TOWARDS SUNSHINE LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 (**"the Continuation Application"**), seeking an order that:

(a)   the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators (**"JPLs"**) of the Company (**"the JPL Order"**) be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 (**"the Originating Application"**); and

(b)   the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.   The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.  The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3.  Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4.  The costs of this application be costs in the provisional liquidation application.

BY THE COURT



_____
Dep    REGISTRAR

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0029


BETWEEN:
IN THE MATTER OF TOWARDS SUNSHINE LIMITED


AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE

LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

Applicant

-v-

TOWARDS SUNSHINE LIMITED

Respondent

---

### ORDER FOR THE CONTINUATION OF THE ORDER

### APPOINTING JOINT PROVISIONAL LIQUIDATORS

---



**O'Neal
Webster**

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com

Case Number :BVIHCOM2026/0030


FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

Submitted Date:12/02/2026 16:20
Filed Date:13/02/2026 08:30
Fees Paid:0.00



**Case Number :BVIHCOM2026/0030**



THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0030

**Submitted Date:04/02/2026 09:40**

**Filed Date:04/02/2026 09:41**

**Fees Paid:0.00**

BETWEEN:

IN THE MATTER OF UNITED RICHES GLOBAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

UNITED RICHES GLOBAL LIMITED

Respondent

---

## ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE:    THE HONOURABLE JUSTICE ABBAS MITHANI

DATED:    THE 29th DAY OF JANUARY, 2026

ENTERED:    THE 5 DAY OF FEBRUARY, 2026

### PENAL NOTICE

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, UNITED RICHES GLOBAL LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

**This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 ("the Continuation Application"), seeking an order that:

(a)    the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("JPLs") of the Company ("the JPL Order") be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 ("the Originating Application"); and

(b)    the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1.    The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2.      The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be

sealed and may not be inspected without further order of the Court.

3.      Any application to inspect any of the reports filed by the JPLs must be made on not less than

7 days' notice to the JPLs.

4.      The costs of this application be costs in the provisional liquidation application.

**BY THE COURT**

_Dep._ **REGISTRAR**



IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0030


BETWEEN:
IN THE MATTER OF UNITED RICHES GLOBAL LIMITED


AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF

THE LAWS OF THE VIRGIN ISLANDS.


THE ATTORNEY GENERAL

Applicant

-v-

UNITED RICHES GLOBAL LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER**

**APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---



O'Neal
Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com