## EXHIBIT E

**Litigation Hold Notice sent by BSF to the JPLs on March 5, 2026**

26-10769-mg    Doc 3-5    Filed 04/08/26    Entered 04/08/26 22:20:25    Exhibit E -
Litigation Hold Notice sent by BSF to the JPLs on March 5    2026    Pg 1 of 3

**BSF** | BOIES
SCHILLER
FLEXNER

March 25, 2026

**VIA EMAIL**

James Drury
David Standish
Paul Pretlove
Interpath (BVI) Limited, PO Box 4571,
4th Floor, LM Business Centre,
Fish Lock Road, Road Town, Tortola,
British Virgin Islands, VG1110
james.drury@interpath.com
david.standish@interpath.com
paul.pretlove@interpath.com

Re:          *Litigation Hold Notice*

Dear Sirs:

We are counsel to Mr. Chen Zhi and Prince Holding Group in matters including *United States v. Approximately 127,271 Bitcoin* ("BTC"), EDNY Case No. 1:25-cv-05745-RPK (the "Forfeiture Action"), and we write to memorialize the rules and procedures governing the preservation of documents and other electronically stored media that may be relevant to the Forfeiture Action and any other contemplated future actions that may arise in the event of an unlawful and potentially below-market sale of certain assets or interests of Mr. Chen (the "Contemplated Actions").

It is our understanding that, pursuant to an appointment order by the British Virgin Islands High Court on January 9, 2026, you became the provisional liquidators of Allied Cigar Fund, L.P.  As you are likely aware, Mr. Chen is the sole shareholder of Simply Advanced Limited (BVI), which holds a majority shareholding interest in Allied Cigar Fund, L.P.  You are likely also aware that Mr. Chen is a Specially Designated National ("SDN") subject to sanctions by the United States Department of the Treasury, Office of Foreign Assets Control ("OFAC"). As such, companies affiliated with Mr. Chen, such as Allied Cigar Fund, L.P., are in certain instances subject to sanctions imposed under the laws of the United States.

We further understand that you and/or your counsel, Walkers, are actively seeking to sell some or all assets of Allied Cigar Fund, L.P., which would necessarily include Mr. Chen's interest in this entity. Based on Mr. Chen's status as an SDN, we presume that you may be seeking a specific license from OFAC to permit the sale of these and potentially other assets alleged to be subject to provisional liquidators' appointment. To be clear, however, we have not been privy to any communications between you and OFAC regarding any application for, or grant of, a license to dispose of Allied Cigar Fund, L.P. or any of its assets.

You, in your capacity as provisional liquidators of British Virgin Islands-registered companies in which Mr. Chen has an ownership interest, are under an obligation to preserve documents and other information relevant to the Forfeiture Action and/or the Contemplated

**BSF**

Action that are in your possession, custody, or control. Accordingly, should such records exist now or in the future, we require that you preserve any such communications and any related documents, so that such information will remain available for discovery and potential use in the Forfeiture Action and/or any Contemplated Actions.

Pursuant to these document preservation obligations, please retain and prevent destruction or loss of all documents, in whatever form kept, including, without limitation, electronic files, paper documents, communications, memoranda, and other materials that are or may be relevant to either the Forfeiture Action and/or the Contemplated Actions. Please disable all routine or automated deletion, destruction, or recycling functions with respect to relevant information, and preserve the relevant information in the format in which it was created or received, without alteration in any way.

For avoidance of doubt, this obligation extends to you and any of your counsel, representatives, agents, employees, subsidiaries, affiliates, and anyone purporting to act on your behalf. It is recommended that you designate an individual who will administer the litigation hold, who will work directly with counsel for Mr. Chen and maintain your obligation to retain and preserve relevant information.

Please contact us if you have any questions regarding the scope of this litigation hold demand. Someone from our firm will be available to coordinate collection of relevant documents as needed.

Sincerely,

*/s/*

Dan G. Boyle
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, California 90067
Tel.: (213) 629-9040
dboyle@bsfllp.com

Matthew L. Schwartz
Peter M. Skinner
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com