Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel to the Authorized Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al,.*[1]<br><br>  Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Joint Administration Requested) |

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR ENTRY OF
ORDERS GRANTING (I) *EX PARTE* RELIEF AND (II) PROVISIONAL RELIEF,
PURSUANT TO SECTION 1519 OF THE BANKRUPTCY CODE**

Paul Pretlove, David Standish and James Drury, in their capacities as the authorized

foreign representatives for Prince Global Holdings Limited and its affiliated debtors, regarding the

Debtors' provisional liquidation proceedings in the Eastern Caribbean Supreme Court in the BVI

High Court of Justice (Commercial Division) pursuant to section 170 of the BVI Insolvency Act,

2003 hereby files this notice withdrawing the *Emergency Motion for Entry of Orders Granting*

---

[1]    The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands (the "BVI") and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110.  A complete list of the Debtors and their company numbers is attached as Exhibit A.

*(I)* Ex Parte *Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code*

[D.I. 7].

Dated: April 9, 2026                  Respectfully submitted,
       New York, New York

                                  */s/ Andrew G. Dietderich*
                                  Andrew G. Dietderich
                                  Sharon Cohen Levin
                                  Christopher J. Dunne
                                  Jacob M. Croke
                                  Alexa J. Kranzley
                                  **SULLIVAN & CROMWELL LLP**
                                  125 Broad Street
                                  New York, NY 10004
                                  Telephone: (212) 558-4000
                                  Facsimile:  (212) 558-3588
                                  Email:  dietdericha@sullcrom.com
                                                 levinsc@sullcrom.com
                                                 dunnec@sullcrom.com
                                                 crokej@sullcrom.com
                                                 kranzleya@sullcrom.com

                                  *Counsel to the Authorized Foreign*
                                  *Representatives*

# **EXHIBIT A**

## **List of Debtors**

| No. | Debtor Name | Company Number |
|---|---|---|
| 1. | Amber Hill Ventures Limited | 1965875 |
| 2. | Auspicious Tycoon Limited | 1984330 |
| 3. | Bright Team Global Limited | 1984336 |
| 4. | Delightful Thrive Limited | 1992053 |
| 5. | Even Sincerity Limited | 1970592 |
| 6. | Fulam Investment Limited | 1542112 |
| 7. | Giant Victory Holdings Limited | 1930566 |
| 8. | Golden Ascend International Limited | 1976645 |
| 9. | Harmonic State Limited | 2030628 |
| 10. | Jumbo High Limited | 1984889 |
| 11. | Lateral Bridge Global Limited | 2030656 |
| 12. | Luminous Glow Limited | 1992019 |
| 13. | Mighty Divine Limited | 1961510 |
| 14. | Noble Title Limited | 1925678 |
| 15. | Oriental Charm Holdings Investment Limited | 1977528 |
| 16. | Pacific Charm Holdings Investment Limited | 1977603 |
| 17. | Praise Marble Limited | 1903478 |
| 18. | Prince Global Group Limited | 1988522 |
| 19. | Prince Global Holdings Limited | 1988528 |
| 20. | Respectful Steed Limited | 1971898 |
| 21. | Retain Prosper Limited | 2022874 |
| 22. | Robust Harmony Limited | 1971181 |
| 23. | Simply Advanced Limited | 2035067 |
| 24. | Southern Heritage Limited | 2035209 |

| No. | Debtor Name | Company Number |
|-----|-------------|----------------|
| 25. | Star Merit Global Limited | 1984550 |
| 26. | Starry Bloom Limited | 2035066 |
| 27. | Sure Tycoon Limited | 2030676 |
| 28. | Sword River Limited | 1971899 |
| 29. | Towards Sunshine Limited | 1970125 |
| 30. | United Riches Global Limited | 1984537 |