**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PRINCE GLOBAL HOLDINGS LIMITED et al.,[1] | Case No. 26-10769 (MG) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Matthew L. Schwartz of Boies Schiller Flexner LLP, an attorney admitted to practice before this Court, hereby appears on behalf of Objecting Debtors Prince Global Holdings Limited, Auspicious Tycoon Limited, Bright Team Global Limited, Delightful Thrive Limited, Even Sincerity Limited, Fulam Investment Limited, Giant Victory Holdings Limited, Golden Ascend International Limited, Harmonic State Limited, Luminous Glow Limited, Mighty Divine Limited, Noble Title Limited, Oriental Charm Holdings Investment Limited, Pacific Charm Holdings Investment Limited, Praise Marble Limited, Prince Global Group Limited, Respectful Steed Limited, Retain Prosper Limited, Simply Advanced Limited, Southern Heritage Limited, Star Merit Global Limited, Starry Bloom Limited, Sure Tycoon Limited, Towards Sunshine Limited, and United Riches Global Limited (the "Objecting Debtors") in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Bankruptcy Rules 2002, 9007 and 9010, all notices, motions, applications, reports, stipulations, pleadings, orders,

---

[1]    The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110.   A complete list of the Debtors and their company numbers may be found at ECF No. 2-1. Notwithstanding the case caption, the Objecting Debtors dispute that these entities are the subject of a "foreign proceeding" under Chapter 15.

1

complaints, and other documents filed in the above-captioned matter without limitation should be

duly served upon:

> Matthew L. Schwartz
> BOIES SCHILLER FLEXNER LLP
> 55 Hudson Yards
> New York, New York 10001
> Phone: (212) 446-2300
> Facsimile: (212) 446-2350
> mlschwartz@bsfllp.com

Dated: New York, New York      BOIES SCHILLER FLEXNER LLP
   April 16, 2026

               By:  /s/ *Matthew L. Schwartz*
               Matthew L. Schwartz
               55 Hudson Yards
               New York, New York 10001
               Tel.: (212) 446-2300
               Fax: (212) 446-2350
               mlschwartz@bsfllp.com

               *Counsel for Objecting Debtors*