Matthew L. Schwartz
Peter M. Skinner
Gordon Z. Novod
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300

Dan G. Boyle
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East
Los Angeles, California 90067
Telephone: (213) 995-5732
dboyle@bsfllp.com

Laura Femino (*pro hac vice to be filed*)
**BOIES SCHILLER FLEXNER LLP**
401 E Las Olas Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 377-0716
lfemino@bsfllp.com

*Counsel to the Objecting Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

**DECLARATION OF PETER M. SKINNER IN SUPPORT OF THE OBJECTING
DEBTORS' OBJECTION TO MOTION FOR PROVISIONAL RELIEF
PURSUANT TO SECTION 1519 OF THE BANKRUPTCY CODE**

---

[1] The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at ECF No. 2-1. Notwithstanding the case caption, the Objecting Debtors dispute that these entities are the subject of a "foreign proceeding" under Chapter 15.

I, PETER M. SKINNER, declare as follows:

1.  I am a member of the Bar of the State of New York and a partner at BOIES SCHILLER FLEXNER LLP, counsel to Prince Global Holdings Limited, Auspicious Tycoon Limited, Bright Team Global Limited, Delightful Thrive Limited, Even Sincerity Limited, Fulam Investment Limited, Giant Victory Holdings Limited, Golden Ascend International Limited, Harmonic State Limited, Luminous Glow Limited, Mighty Divine Limited, Noble Title Limited, Oriental Charm Holdings Investment Limited, Pacific Charm Holdings Investment Limited, Praise Marble Limited, Prince Global Group Limited, Respectful Steed Limited, Retain Prosper Limited, Simply Advanced Limited, Southern Heritage Limited, Star Merit Global Limited, Starry Bloom Limited, Sure Tycoon Limited, Towards Sunshine Limited, and United Riches Global Limited (collectively, the "Objecting Debtors") in the above-captioned case.

2.  I make this declaration to place before the Court certain materials referenced in the Objecting Debtors' Objection to Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code, dated April 16, 2026.

3.  Attached as **Exhibit 1** is a true and correct copy of the Indictment in *United States of America v. Chen Zhi, also known as "Vincent"*, Case No. 1:25-cr-312-RPK (E.D.N.Y.), dated October 8, 2025.

4.  Attached as **Exhibit 2** is a true and correct copy of the Verified Complaint in the matter of *United States of America v. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto*, Case No. 1:25-cv-5745-RPK (E.D.N.Y.), dated October 14, 2025.

5. Attached as **Exhibit 3** are true and correct copies of the moving papers submitted in connection with Claimant Chen Zhi's Motion to Dismiss in the Forfeiture Action, filed on March 10, 2026.

6. Attached as **Exhibit 4** are true and correct copies of the moving papers submitted in connection with Claimant Chen Zhi's Motion for a More Definite Statement in the Forfeiture Action, filed on March 10, 2026.

7. Attached as **Exhibit 5** is a true and correct copy of the Office of Foreign Assets Control publication entitled "Transnational Criminal Organizations Designations; Issuance of TCO-related General License," dated October 14, 2025.

8. Attached as **Exhibit 6** is a true and correct copy of the Office of Financial Sanctions Implementation, HM Treasury, Financial Sanctions Notice entitled "Global Human Rights," dated October 14, 2025.

9. Attached as **Exhibit 7** are true and correct copies of the originating and *ex parte* ordinary applications filed by the Attorney General of the British Virgin Islands (the "BVI AG") in the provisional proceedings before the British Virgin Islands Commercial Court (the "BVI Court" and the "BVI Proceedings"), dated January 5, 2026.

10. Attached as **Exhibit 8** are true and correct copies of the Notices of Opposition to the BVI AG's Applications, filed in the BVI Proceedings by Campbells Law ("Campbells") on behalf of the Objecting Debtors, dated March 2, 2026.

11. Attached as **Exhibit 9** are true and correct copies of the Applications to Discharge the BVI Court's orders appointing Joint Provisional Liquidators, filed in the BVI Proceedings by Campbells on behalf of the Objecting Debtors, dated March 2, 2026.

12.     Attached as **Exhibit 10** is a true and correct copy of BVI AG's Skeleton Argument, filed in the BVI Proceedings, dated April 14, 2026.

13.     Attached as **Exhibit 11** is a true and correct copy of a letter sent by Campbells on behalf of the Objecting Debtors to counsel for the BVI AG, dated February 21, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2026
         New York, New York

Respectfully Submitted,

**BOIES SCHILLER FLEXNER LLP**

/s/ *Peter M. Skinner*
Peter M. Skinner
55 Hudson Yards
New York, New York 10001
Telephone: (212) 303-3654
pskinner@bsfllp.com

*Counsel to the Objecting Debtors*