# EXHIBIT 8

# BVI Notices of Opposition

**Case Number :BVIHCOM2026/0002**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**Submitted Date:01/03/2026 14:43**

CLAIM No: BVIHC (COM) 2026/0002

**Filed Date:02/03/2026 08:30**

B E T W E E N:

**Fees Paid:59.14**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**AUSPICIOUS TYCOON LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondents

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0002**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**AUSPICIOUS TYCOON LIMITED**
**Respondent / Applicant**

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0001**

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**CLAIM No: BVIHC (COM) 2026/0001**

**Submitted Date:01/03/2026 14:50**

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

**B E T W E E N:**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**BRIGHT TEAM GLOBAL LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondents

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM Nos: BVIHC (COM) 2026/0001;**

**B E T W E E N:**

**ATTORNEY GENERAL**
<u>**Applicant / Respondent**</u>

**-and-**

**BRIGHT TEAM GLOBAL LIMITED**
<u>**Respondent / Applicant**</u>

———————————————————————

**Notice of Opposition**

———————————————————————

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0004**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

**Submitted Date:01/03/2026 14:58**

CLAIM No: BVIHC (COM) 2026/0004

**Filed Date:02/03/2026 08:30**

B E T W E E N:

**Fees Paid:59.14**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**DELIGHTFUL THRIVE LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0004**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**DELIGHTFUL THRIVE LIMITED**
**Respondent / Applicant**

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0005**

**FILED HIGH COURT TERRITORY OF THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**Submitted Date:01/03/2026 15:03**

CLAIM No: BVIHC (COM) 2026/0005

**Filed Date:02/03/2026 08:30**

B E T W E E N:

**Fees Paid:59.14**

### ATTORNEY GENERAL

**Applicant / Respondent**

**-and-**

### EVEN SINCERITY LIMITED

**Respondent / Applicant**

---

### NOTICE OF OPPOSITION

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1. The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2. There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3. The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

VIRGIN ISLANDS COMMERCIAL DIVISION


CLAIM No: BVIHC (COM) 2026/0005


**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**


-and-

**EVEN SINCERITY LIMITED**
**Respondent / Applicant**

_____

**Notice of Opposition**

_____


Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0006**

**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

**IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION**

**Submitted Date:01/03/2026 15:07**

**CLAIM No: BVIHC (COM) 2026/0006**

**Filed Date:02/03/2026 08:30**

**B E T W E E N :**

**Fees Paid:59.14**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**FULAM INVESTMENT LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1. The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2. There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3. The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

CLAIM No: BVIHC (COM) 2026/0006

B E T W E E N:

ATTORNEY GENERAL
Applicant / Respondent

-and-

FULAM INVESTMENT LIMITED
Respondent / Applicant

_____

Notice of Opposition

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0007**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**Submitted Date:01/03/2026 15:14**

CLAIM No: BVIHC (COM) 2026/0007

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

B E T W E E N:

ATTORNEY GENERAL

Applicant / Respondent

-and-

GIANT VICTORY HOLDINGS LIMITED

Respondent / Applicant

---

### NOTICE OF OPPOSITION

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**


**CLAIM No: BVIHC (COM) 2026/0007**


**B E T W E E N:**


**ATTORNEY GENERAL**
**Applicant / Respondent**


**-and-**


**GIANT VICTORY HOLDINGS LIMITED**
**Respondent / Applicant**
_____

**Notice of Opposition**
_____


Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0008**

**FILED**
**HIGH COURT**
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**Submitted Date:01/03/2026 15:19**

CLAIM No: BVIHC (COM) 2026/0008

**Filed Date:02/03/2026 08:30**

**B E T W E E N:**

**Fees Paid:59.14**

ATTORNEY GENERAL

**Applicant / Respondent**

-and-

GOLDEN ASCEND INTERNATIONAL LIMITED

**Respondent / Applicant**

---

### NOTICE OF OPPOSITION

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0008**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**GOLDEN ASCEND INTERNATIONAL LIMITED**
**Respondent / Applicant**

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0009**

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0009**

**B E T W E E N:**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**HARMONIC STATE LIMITED**

**Respondent / Applicant**

**Submitted Date:01/03/2026 15:24**

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

---

### NOTICE OF OPPOSITION

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0009**

**B E T W E E N:**

**ATTORNEY GENERAL**
<u>**Applicant / Respondent**</u>

**-and-**

**HARMONIC STATE LIMITED**
<u>**Respondent / Applicant**</u>

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Case Number :BVIHCOM2026/0012**

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**Submitted Date:01/03/2026 15:29**

**CLAIM No: BVIHC (COM) 2026/0012**

**Filed Date:02/03/2026 08:30**

**B E T W E E N:**

**Fees Paid:59.14**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**LUMINOUS GLOW LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0012**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**LUMINOUS GLOW LIMITED**
**Respondent / Applicant**

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0013**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**Submitted Date:01/03/2026 15:33**

**CLAIM No: BVIHC (COM) 2026/0013**

**Filed Date:02/03/2026 08:30**

**B E T W E E N:**

**Fees Paid:59.14**

ATTORNEY GENERAL

Applicant / Respondent

-and-

MIGHTY DIVINE LIMITED

Respondent / Applicant

---

### NOTICE OF OPPOSITION

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**

**IN THE HIGH COURT OF JUSTICE**

**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0013**

**B E T W E E N:**

**ATTORNEY GENERAL**

<u>**Applicant / Respondent**</u>

**-and-**

**MIGHTY DIVINE LIMITED**

<u>**Respondent / Applicant**</u>

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**Submitted Date:01/03/2026 15:39**

**Filed Date:02/03/2026 08:30**

CLAIM No: BVIHC (COM) 2026/0014

**Fees Paid:59.14**

B E T W E E N:

ATTORNEY GENERAL

Applicant / Respondent

-and-

NOBLE TITLE LIMITED

Respondent / Applicant

___

**NOTICE OF OPPOSITION**

___

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0014**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**NOBLE TITLE LIMITED**
**Respondent / Applicant**

——————————————————————————

**Notice of Opposition**

——————————————————————————

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0015**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**FILED HIGH COURT TERRITORY OF THE VIRGIN ISLANDS**

**Submitted Date:01/03/2026 15:43**

CLAIM No: BVIHC (COM) 2026/0015

**Filed Date:02/03/2026 08:30**

**B E T W E E N:**

**Fees Paid:59.14**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**ORIENTAL CHARM HOLDINGS INVESTMENT LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0015**

**B E T W E E N:**

**ATTORNEY GENERAL**
<u>**Applicant / Respondent**</u>

**-and-**

**ORIENTAL CHARM HOLDINGS INVESTMENT LIMITED**
<u>**Respondent / Applicant**</u>

——————————————————————————

**Notice of Opposition**

——————————————————————————

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0016**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

CLAIM No: BVIHC (COM) 2026/0016

**Submitted Date:01/03/2026 15:48**

**Filed Date:02/03/2026 08:30**

B E T W E E N:

**Fees Paid:59.14**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**PACIFIC CHARM HOLDINGS INVESTMENT LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0016**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**PACIFIC CHARM HOLDINGS INVESTMENT LIMITED**
**Respondent / Applicant**

———————————————————————

**Notice of Opposition**

———————————————————————

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0018**

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Submitted Date:01/03/2026 15:54**

**CLAIM No: BVIHC (COM) 2026/0018**

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

**B E T W E E N:**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**PRAISE MARBLE LIMITED**

**Respondent / Applicant**

---

### NOTICE OF OPPOSITION

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.   The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.   There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.   The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**

**IN THE HIGH COURT OF JUSTICE**

**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0018**

**B E T W E E N:**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**PRAISE MARBLE LIMITED**

**Respondent / Applicant**

—————————————————————

**Notice of Opposition**

—————————————————————

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0017**

**FILED**
**HIGH COURT**
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**Submitted Date:01/03/2026 15:59**

CLAIM No: BVIHC (COM) 2026/0017

**Filed Date:02/03/2026 08:30**

**B E T W E E N:**

**Fees Paid:59.14**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**PRINCE GLOBAL GROUP LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0017**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**PRINCE GLOBAL GROUP LIMITED**
**Respondent / Applicant**

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

Case Number :BVIHCOM2026/0019

**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

**IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION**

**Submitted Date:01/03/2026 16:04**

**Filed Date:02/03/2026 08:30**

CLAIM No: BVIHC (COM) 2026/0019

**Fees Paid:59.14**

**B E T W E E N:**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**PRINCE GLOBAL HOLDINGS LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0019**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**PRINCE GLOBAL HOLDINGS LIMITED**
**Respondent / Applicant**

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0020**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**Submitted Date:01/03/2026 16:42**

CLAIM No: BVIHC (COM) 2026/0020

**Filed Date:02/03/2026 08:30**

**B E T W E E N:**

**Fees Paid:59.14**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**RESPECTFUL STEED LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0020**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**RESPECTFUL STEED LIMITED**
**Respondent / Applicant**
——————————————————————

**Notice of Opposition**
——————————————————————

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0021**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**FILED HIGH COURT TERRITORY OF THE VIRGIN ISLANDS**

CLAIM No: BVIHC (COM) 2026/0021

**Submitted Date:01/03/2026 16:49**

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

B E T W E E N:

ATTORNEY GENERAL

Applicant / Respondent

-and-

RETAIN PROSPER LIMITED

Respondent / Applicant

---

NOTICE OF OPPOSITION

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0021**

**B E T W E E N:**

**ATTORNEY GENERAL**
<u>**Applicant / Respondent**</u>

**-and-**

**RETAIN PROSPER LIMITED**
<u>**Respondent / Applicant**</u>

———————————————————————

**Notice of Opposition**

———————————————————————

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0023**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

CLAIM No: BVIHC (COM) 2026/0023

**B E T W E E N:**

**FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS**

**Submitted Date:01/03/2026 16:55**

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**SIMPLY ADVANCED LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**") (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1. The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2. There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3. The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**

**IN THE HIGH COURT OF JUSTICE**

**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0023**

**B E T W E E N:**

**ATTORNEY GENERAL**

<u>**Applicant / Respondent**</u>

**-and-**

**SIMPLY ADVANCED LIMITED**

<u>**Respondent / Applicant**</u>

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0024**

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**CLAIM No: BVIHC (COM) 2026/0024**

**Submitted Date:01/03/2026 17:00**

**B E T W E E N:**

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

**ATTORNEY GENERAL**

Applicant / Respondent

**-and-**

**SOUTHERN HERITAGE LIMITED**

Respondent / Applicant

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**

**IN THE HIGH COURT OF JUSTICE**

**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0024**

**B E T W E E N:**

**ATTORNEY GENERAL**

Applicant / Respondent

-and-

**SOUTHERN HERITAGE LIMITED**

Respondent / Applicant

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0025**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

CLAIM No: BVIHC (COM) 2026/0025

**B E T W E E N:**

**Submitted Date:01/03/2026 17:06**

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

**FILED**
**HIGH COURT**
**TERRITORY OF
THE VIRGIN ISLANDS**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**STAR MERIT GLOBAL LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0025**

**B E T W E E N:**

**ATTORNEY GENERAL**
<u>**Applicant / Respondent**</u>

**-and-**

**STAR MERIT GLOBAL LIMITED**
<u>**Respondent / Applicant**</u>

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0026**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

CLAIM No: BVIHC (COM) 2026/0026

B E T W E E N:

**Submitted Date:01/03/2026 17:12**

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

**FILED HIGH COURT TERRITORY OF THE VIRGIN ISLANDS**

ATTORNEY GENERAL

<u>**Applicant / Respondent**</u>

-and-

STARRY BLOOM LIMITED

<u>**Respondent / Applicant**</u>

---

### NOTICE OF OPPOSITION

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.   The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.   The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.   The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.   Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.   Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.   The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.   The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0026**

**B E T W E E N:**

**ATTORNEY GENERAL**
<u>**Applicant / Respondent**</u>

**-and-**

**STARRY BLOOM LIMITED**
<u>**Respondent / Applicant**</u>

———————————————————————————

**Notice of Opposition**

———————————————————————————

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**Case Number :BVIHCOM2026/0027**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

**Submitted Date:01/03/2026 17:18**

CLAIM No: BVIHC (COM) 2026/0027

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

B E T W E E N:

ATTORNEY GENERAL

Applicant / Respondent

-and-

SURE TYCOON LIMITED

Respondent / Applicant

---

### NOTICE OF OPPOSITION

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0027**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**SURE TYCOON LIMITED**
**Respondent / Applicant**

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0029**

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**FILED**
**HIGH COURT**
**TERRITORY OF**
**THE VIRGIN ISLANDS**

**Submitted Date:01/03/2026 17:23**

**CLAIM No: BVIHC (COM) 2026/0029**

**Filed Date:02/03/2026 08:30**

**B E T W E E N:**

**Fees Paid:59.14**

**ATTORNEY GENERAL**

Applicant / Respondent

-and-

**TOWARDS SUNSHINE LIMITED**

Respondent / Applicant

## NOTICE OF OPPOSITION

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0029**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**TOWARDS SUNSHINE LIMITED**
**Respondent / Applicant**

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1

**Case Number :BVIHCOM2026/0030**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS COMMERCIAL DIVISION

CLAIM No: BVIHC (COM) 2026/0030

**B E T W E E N:**

**Submitted Date:01/03/2026 17:28**

**Filed Date:02/03/2026 08:30**

**Fees Paid:59.14**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**ATTORNEY GENERAL**

**Applicant / Respondent**

-and-

**UNITED RICHES GLOBAL LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**")  (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1.  The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2.  There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3.  The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

#3503642v1

4.  The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5.  The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6.  The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7.  Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8.  Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1.  The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2.  The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

_____

Grant Carroll
Campbells
Legal Practitioners for the Respondent

#3503642v1

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0030**

**B E T W E E N:**

**ATTORNEY GENERAL**
<u>**Applicant / Respondent**</u>

**-and-**

**UNITED RICHES GLOBAL LIMITED**
<u>**Respondent / Applicant**</u>

_____

**Notice of Opposition**

_____

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687

#3503642v1