Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel to the Authorized Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al,.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR ENTRY OF ORDERS GRANTING (I) *EX PARTE* RELIEF AND (II) PROVISIONAL RELIEF, PURSUANT TO SECTION 1519 OF THE BANKRUPTCY CODE

Paul Pretlove, David Standish and James Drury, in their capacities as the authorized foreign representatives for Prince Global Holdings Limited and its affiliated debtors, regarding the Debtors' provisional liquidation proceedings in the Eastern Caribbean Supreme Court in the BVI High Court of Justice (Commercial Division) pursuant to section 170 of the BVI Insolvency Act, 2003 hereby file this notice withdrawing the *Emergency Motion for Entry of Orders Granting*

---

[1]    The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands (the "BVI") and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110.  A complete list of the Debtors and their company numbers may be found at D.I. 2-1.

*(I)* Ex Parte *Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code*

[D.I. 9].

Dated: April 18, 2026
       New York, New York

Respectfully submitted,


*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
Email:   dietdericha@sullcrom.com
         levinsc@sullcrom.com
         dunnec@sullcrom.com
         crokej@sullcrom.com
         kranzleya@sullcrom.com


*Counsel to the Authorized Foreign
Representatives*