**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al,.*[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |
| In re:<br><br>AMBER HILL VENTURES LTD.<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-10770 (MG) |

**CORPORATE OWNERSHIP STATEMENT OF DEBTOR AMBER HILL**
**VENTURES LIMITED PURSUANT TO BANKRUPTCY RULE 1012(c)**

Pursuant to Federal Rule of Bankruptcy Procedure 1012(c), the undersigned counsel for

Debtor Amber Hill Ventures Limited certifies that no parent or publicly held corporation owns

10% or more of Amber Hill Ventures Limited stock.

---

[1] The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at ECF No. 2-1.

Dated: April 20, 2026
New York, New York

Respectfully submitted,

**KOBRE & KIM LLP**

*/s/ Daniel J. Saval*
Daniel J. Saval
Jeremy O. Bressman
Adam M. Lavine
Martine B. Forneret
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Dan.Saval@kobrekim.com
Jeremy.Bressman@kobrekim.com
Adam.Lavine@kobrekim.com
Martine.Forneret@kobrekim.com

*Counsel to Debtor Amber Hill Ventures Limited*