Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel to the Authorized Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al,.* [1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

**NOTICE OF HEARING AND AGENDA OF MATTERS SCHEDULED FOR HEARING
ON APRIL 22, 2026 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**HEARING**

The hearing (the "Hearing") will be held on **April 22, 2026 at 11:00 a.m. (prevailing Eastern Time)** in front of the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Court").

The Hearing will take place in a hybrid fashion both in person and via Zoom for Government.  Those wishing to participate in the Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.  For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether (a) an

---

[1]    The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands (the "BVI") and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110.  A complete list of the Debtors and their company numbers may be found at D.I. 2-1.

attorney or non-attorney, (b) making a "live" or "listen only" appearance before the Court or (c) attending the hearing in person or via Zoom, all need to register an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance.  Electronic appearances (eCourtAppearances) need to be made by **April 21, 2026** at **4:00 p.m. (prevailing Eastern Time)** (the business day before the Hearing).

A copy of each pleading can be viewed for a fee on the Court's website at https://www.ecf.uscourts.gov.

## MATTERS GOING FORWARD

1.    Corrected Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code, filed April 18, 2026 [Docket No. 27].

Related Filings:

A.    Chapter 15 Petition for Recognition of a Foreign Proceeding, filed April 8, 2026 [Docket No. 1].

B.    Declaration of Paul Pretlove in Support of (A) the Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code and (B) the Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, filed April 8, 2026 [Docket No. 3].

C.    Declaration of Andrew Barrington Chissick in Support of (A) the Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code and (B) the Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, filed April 8, 2026 [Docket No. 4].

D.    Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code, filed April 8, 2026 [Docket No. 7].

E.    Notice of Withdrawal of Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code, filed April 9, 2026 [Docket No. 8]

F.    Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code, filed April 9, 2026 [Docket No. 9].

2

G.    Declaration of Peter M. Skinner in Support of the Objecting Debtors' Objection to Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code, filed April 16, 2026 [Docket No. 16].

H.    The Objecting Debtors' Objection to Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code, filed April 16, 2026 [Docket No. 17].

I.    Objection of Amber Hill Ventures Limited and Lateral Bridge Global Limited to Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code, filed April 16, 2026 [Docket No. 18].

J.    Letter to Honorable Martin Glenn re: In re Prince Global Holdings Limited, *et al.*, No. 26-10769, filed April 18, 2026 [Docket No. 25].

K.    Notice of Withdrawal of Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code, filed April 18, 2026 [Docket No. 26].

L.    Reply in Support of Corrected Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code, filed April 20, 2026 [Docket No. 30].

M.    Supplemental Declaration of Andrew Barrington Chissick in Support of the Corrected Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code, filed April 20, 2026 [Docket No. 31].

Status:  This matter will be going forward.

2.    Motion of the Debtors for Entry of an Order (I) Scheduling the Recognition Hearing and Objection Deadline, (II) Specifying the Form and Manner of Service of Notice and (III) Granting Related Relief, filed April 8, 2026 [Docket No. 6].

Status:  This matter will be going forward.

3

Dated: April 21, 2026
       New York, New York

Respectfully submitted,

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
Email:   dietdericha@sullcrom.com
         levinsc@sullcrom.com
         dunnec@sullcrom.com
         crokej@sullcrom.com
         kranzleya@sullcrom.com

*Counsel to the Authorized Foreign*
*Representatives*