Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel to the Authorized Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alexa J. Kranzley, hereby certify that:

1.      On April 20 and 21, 2026, I caused true and correct copies of the following documents, including all exhibits and attachments, to be served in the manner and to the parties indicated in the service list attached hereto as Exhibit A:

- *Letter to Hon. Martin Glenn* [D.I. 25];

- *Corrected Emergency Motion for Entry of Orders Granting (I)* Ex Parte *Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code* [D.I. 27];

---

[1]     The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110.  A complete list of the Debtors and their company numbers may be found at D.I. 2-1.

- *Reply in Support of Corrected Emergency Motion for Entry of Orders Granting (I)* Ex Parte *Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code* [D.I. 30];

- *Supplemental Declaration of Andrew Barrington Chissick in Support of the Corrected Emergency Motion for Entry of Orders Granting (I)* Ex Parte *Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code* [D.I. 31];

- *Notice of Hearing and Agenda of Matters Scheduled for Hearing on April 22, 2026 at 11:00 A.M. (Prevailing Eastern Time)* [D.I. 35].

Dated: April 21, 2026
New York, New York

Respectfully submitted,

/s/ Alexa J. Kranzley
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email:   kranzleya@sullcrom.com


*Counsel to the Authorized Foreign Representatives*

**EXHIBIT A**

**Service List**

| Notice Party | Method(s) of Service |
|---|---|
| Office of the United States Trustee for Region 2 | Email: <br> shara.cornell@usdoj.gov <br> Paul.Schwartzberg@usdoj.gov <br> Mark.Bruh@usdoj.gov <br> linda.riffkin@usdoj.gov |
| United States Attorney's Office <br> Southern District of New York | USPS Priority Mail: <br> United States Attorney's Office <br> Southern District of New York <br> Attention: Tax & Bankruptcy Unit <br> 86 Chambers Street, Third Floor <br> New York, NY 10007 |
| United States Attorney's Office <br> Eastern District of New York | USPS Priority Mail: <br> United States Attorney's Office <br> Eastern District of New York <br> Attention: Kevin Yim, Andrew Reich and Alexander Mindlin <br> 271 Cadman Plaza East <br> Brooklyn, NY 11201-1820 <br><br> Email: <br> Andrew.Reich@usdoj.gov <br> Alexander.Mindlin@usdoj.gov |
| United States Department of Justice | USPS Priority Mail: <br> U.S. Department of Justice <br> Attention: Christopher Brown <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530-0001 <br><br> Email: <br> Christopher.Brown8@usdoj.gov |
| United States Department of the Treasury's Office of Foreign Assets Control | USPS Priority Mail: <br> Office of Foreign Assets Control <br> U.S. Department of the Treasury <br> Attention: Mary Pat Rasmussen, Alan Christian, Daniel Brooks and Sharon Benzoni <br> Treasury Annex / Freedman's Bank Building <br> 1500 Pennsylvania Avenue NW <br> Washington, DC 20220 <br><br> Email: <br> mary.rasmussen@treasury.gov; <br> Alan.Christian@treasury.gov; <br> Daniel.Brooks@treasury.gov; <br> Sharon.Benzoni@treasury.gov |
| United States Department of the Treasury's Financial Crimes Enforcement Network | USPS Priority Mail: <br> Financial Crimes Enforcement Network <br> Department of the Treasury <br> Attention: Scott Bruce <br> P.O. Box 39 <br> Vienna, VA 22183 <br><br> Email: <br> Scott.Bruce@fincen.gov |

| Amber Hill Ventures Limited | USPS Priority Mail:<br>Amber Hill Ventures Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
|---|---|
| Auspicious Tycoon Limited | USPS Priority Mail:<br>Auspicious Tycoon Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Bright Team Global Limited | USPS Priority Mail:<br>Bright Team Global Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Delightful Thrive Limited | USPS Priority Mail:<br>Delightful Thrive Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Even Sincerity Limited | USPS Priority Mail:<br>Even Sincerity Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Fulam Investment Limited | USPS Priority Mail:<br>Fulam Investment Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Giant Victory Holdings Limited | USPS Priority Mail:<br>Giant Victory Holdings Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Golden Ascend International Limited | USPS Priority Mail:<br>Golden Ascend International Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Harmonic State Limited | USPS Priority Mail:<br>Harmonic State Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |

| | |
|---|---|
| Jumbo High Limited | USPS Priority Mail:<br>Jumbo High Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Lateral Bridge Global Limited | USPS Priority Mail:<br>Lateral Bridge Global Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Luminous Glow Limited | USPS Priority Mail:<br>Luminous Glow Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Mighty Divine Limited | USPS Priority Mail:<br>Mighty Divine Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Noble Title Limited | USPS Priority Mail:<br>Noble Title Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Oriental Charm Holdings Investment Limited | USPS Priority Mail:<br>Oriental Charm Holdings Investment Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Pacific Charm Holdings Investment Limited | USPS Priority Mail:<br>Pacific Charm Holdings Investment Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Prince Global Group Limited | USPS Priority Mail:<br>Prince Global Group Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Praise Marble Limited | USPS Priority Mail:<br>Praise Marble Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |

| Prince Global Holdings Limited | USPS Priority Mail:<br>Prince Global Holdings Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
|---|---|
| Respectful Steed Limited | USPS Priority Mail:<br>Respectful Steed Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Retain Prosper Limited | USPS Priority Mail:<br>Retain Prosper Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Robust Harmony Limited | USPS Priority Mail:<br>Robust Harmony Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Simply Advanced Limited | USPS Priority Mail:<br>Simply Advanced Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Southern Heritage Limited | USPS Priority Mail:<br>Southern Heritage Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Star Merit Global Limited | USPS Priority Mail:<br>Star Merit Global Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Starry Bloom Limited | USPS Priority Mail:<br>Starry Bloom Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Sure Tycoon Limited | USPS Priority Mail:<br>Sure Tycoon Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |

| | |
|---|---|
| Sword River Limited | USPS Priority Mail:<br>Sword River Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Towards Sunshine Limited | USPS Priority Mail:<br>Towards Sunshine Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| United Riches Global Limited | USPS Priority Mail:<br>United Riches Global Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Fan Yang | USPS Priority Mail:<br>Fan Yang<br>Fit ND 51/F.<br>Tower 3, Festival City Phase 3, 1 Mei Tin Road<br>Tai Wai, Kowloon, Hong Kong |
| Prince Group Holdings Limited | USPS Priority Mail:<br>Prince Group Holdings Limited<br>68 Kimberley Road<br>Tsim Sha Tsui, Kowloon, Hong Kong |
| Ample Luck Investment Limited | USPS Priority Mail:<br>Ample Luck Investment Limited<br>72-76/F.<br>Two International Finance Centre, 8 Finance Street<br>Central, Hong Kong |
| Deluxe Heaven Limited | USPS Priority Mail:<br>Deluxe Heaven Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Fu Chao | USPS Priority Mail:<br>Fu Chao<br>Room A. 4F, Mainway Building<br>21 Yuet Yuen Street<br>North Point, Hong Kong |
| Zhou Yun | USPS Priority Mail:<br>Zhou Yun<br>Room A, 4/F, Mainway Building, 21 Yuet Yuen Street,<br>North Point, Hong Kong |

| | |
|---|---|
| Boies Schiller Flexner LLP | USPS Priority Mail:<br>Boies Schiller Flexner LLP<br>Attention: Chen Zhi, Matthew L. Schwartz, Peter M. Skinner and Gordon Z. Novod<br>55 Hudson Yards<br>New York, NY 10001<br><br>USPS Priority Mail:<br>Boies Schiller Flexner LLP<br>Attention: Dan G. Boyle<br>2029 Century Park East<br>Los Angeles, California 90067<br><br>Email:<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>gnovod@bsfllp.com<br>dboyle@bsfllp.com |
| Kobre & Kim LLP | USPS Priority Mail:<br>Kobre & Kim LLP<br>Attention: Daniel J. Saval, Adam M. Lavine, Jeremy O. Bressman and Martine B. Forneret<br>800 Third Avenue<br>New York, NY 10022<br><br>Email:<br>Daniel.Saval@kobrekim.com<br>Adam.Lavine@kobrekim.com<br>Jeremy.Bressman@kobrekim.com<br>Martine.Forneret@kobrekim.com |