**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

**ORDER (I) SCHEDULING THE RECOGNITION HEARING AND**
**OBJECTION DEADLINE, (II) SPECIFYING THE FORM AND MANNER**
**OF SERVICE OF NOTICE AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of Paul Pretlove, David Standish and

James Drury, in their capacities as the authorized foreign representatives (collectively, the

"Authorized Foreign Representatives") for Prince Global Holdings Limited and its affiliated

debtors (collectively, the "Debtors"), requesting entry of an order (i) scheduling the Recognition

Hearing and Objection Deadline; (ii) specifying the form and manner of service of the Notice

attached to the Motion as Schedule 1 to Exhibit B; and (iii) granting certain related relief; and the

Court having found that it has jurisdiction to consider the Motion and the relief requested therein

pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* M-431 of

the U.S. District Court for the Southern District of New York, dated January 31, 2012

(Preska, C.J.); and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding being proper before

the Court pursuant to 28 U.S.C. § 1410; and the Court having found that proper and adequate

---

[1]   The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110.  A complete list of the Debtors and their company numbers is attached to the Motion as Exhibit A.

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that no other or further notice is necessary; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors; and no objections or other responses having been filed that have not been overruled, withdrawn or otherwise resolved; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      The Hybrid Recognition Hearing will be held in Courtroom No. 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on **June 9, 2026 at 10:00 a.m. (prevailing Eastern Time)**. The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing.  Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, http://www.nysb.uscourts.gov/ecourt-appearances or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

3.      The form of Notice of the Recognition Hearing in substantially the form attached hereto as **Schedule 1** is approved.

4.      Prior to serving the Notice or causing it to be served, the Authorized Foreign Representatives may insert any missing dates and other information, correct any typographical errors, conform the provisions thereof to the provisions of this Order and make such other and further non-material, non-substantive changes as they deem necessary or appropriate.

5.      Copies of the Notice Documents shall be served by email or first class mail upon:

appearance in these Chapter 15 Cases within three (3) business days of filing such notice of appearance; and (i) all parties required to be given notice under Bankruptcy Rule 2002(q)(1) of which the Authorized Foreign Representatives are aware (collectively, the "Notice Parties").

6.      The notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of these Chapter 15 Cases or, to the extent applicable, are waived.

7.      Subsequent notices shall be served in the form and manner set forth in this Order or as otherwise required by the Bankruptcy Code and Bankruptcy Rules.

8.      Any party-in-interest wishing to submit a response or objection to the Authorized Foreign Representatives must do so in writing and in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, setting forth the basis for such response or objection with specificity and the nature and extent of the respondent's claims against the Debtors.   Such responses or objections must be filed electronically with the Court by registered users of the Court's electronic case filing system in accordance with General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) and by all other parties in interest, on a compact disc in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format, which disc shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408.   A hard copy of any response or objection shall be sent to the Chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon (a) the Authorized Foreign Representatives' counsel, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 (Attn.: Andrew G. Dietderich, Sharon Cohen Levin, Christopher J. Dunne, Jacob M. Croke and Alexa J. Kranzley), and (b) the United States Trustee for the Southern

District of New York, One Bowling Green, Room 534, New York, New York 10004, (Attn: Shara C. Cornell) (shara.cornell@usdoj.gov), so as to be actually received by **4:00 p.m. (prevailing Eastern Time) on May 15, 2026**.

9.      Service of the Notice Documents in accordance with this Order is approved as adequate and sufficient notice and service on all interested parties.  Notice provided in accordance with this Order satisfies the requirements of the Bankruptcy Code and the Bankruptcy Rules, including Bankruptcy Rules 2002(p) and (q).  No other or further notice is required.

10.     Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

11.     The Authorized Foreign Representatives are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

12.     This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

**IT IS SO ORDERED.**

Dated:  April 24, 2026
         New York, New York

_____**/s/ Martin Glenn**_____
MARTIN GLENN
Chief United States Bankruptcy Judge

4

## <u>SCHEDULE 1</u>

**Form of Notice**