Matthew L. Schwartz
Peter M. Skinner
Gordon Z. Novod
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300

Dan G. Boyle
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East
Los Angeles, California 90067
Telephone: (213) 995-5732

Laura Femino (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
401 E Las Olas Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 377-0716

*Counsel to Cosimo Borrelli in his
capacity as the sole director of each
of the Borrelli Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Re ECF Nos. 1, 2<br><br>Hearing Date and Time: June 9, 2026 at 10:00 AM ET<br><br>Objection Deadline: May 21, 2026 at 4:00 PM ET<br><br>Chapter 15<br>Case No. 26-10769 (MG)<br>(Jointly Administered) |

**SECOND DECLARATION OF PETER M. SKINNER IN SUPPORT OF COSIMO
BORRELLI'S OBJECTION TO THE VERIFIED PETITION UNDER CHAPTER 15
FOR RECOGNITION OF FOREIGN MAIN PROCEEDINGS AND RELATED RELIEF**

---

[1]  The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at ECF No. 2-1. Notwithstanding the case caption, Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, disputes that each of these entities is the subject of a "foreign proceeding" within the meaning of 11 U.S.C. § 101(23).

I, PETER M. SKINNER, declare as follows:

1.      I am a member of the Bar of the State of New York and a partner at BOIES SCHILLER FLEXNER LLP, counsel to Cosimo Borrelli in his capacity as the sole director of twenty-five of the Debtors[2] in the above-captioned case.

2.      I make this declaration to place before the Court certain materials referenced in Cosimo Borrelli's Objection to the Verified Petition under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, dated April 8, 2026.

3.      Attached as **Exhibit 1** is a true and correct copy of the Declaration of Riz Mokal pursuant to 28 U.S.C. § 1746, dated May 21, 2026.

4.      Attached as **Exhibit 2** is a true and correct copy of the Affidavit of Cosimo Borrelli pursuant to 28 U.S.C. § 1746, dated May 21, 2026.

5.      Attached as **Exhibit 3** is a true and correct copy of the Indictment in *United States of America v. Chen Zhi, also known as "Vincent"*, Case No. 1:25-cr-312-RPK (E.D.N.Y.), dated October 8, 2025.

6.      Attached as **Exhibit 4** is a true and correct copy of the Verified Complaint *In Rem* in the matter of *United States of America v. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto*, Case No. 1:25-cv-5745-RPK (E.D.N.Y.), dated October 14, 2025.

---

[2]   Mr. Borrelli is the sole director of each of Prince Global Holdings Limited, Auspicious Tycoon Limited, Bright Team Global Limited, Delightful Thrive Limited, Even Sincerity Limited, Fulam Investment Limited, Giant Victory Holdings Limited, Golden Ascend International Limited, Harmonic State Limited, Luminous Glow Limited, Mighty Divine Limited, Noble Title Limited, Oriental Charm Holdings Investment Limited, Pacific Charm Holdings Investment Limited, Praise Marble Limited, Prince Global Group Limited, Respectful Steed Limited, Retain Prosper Limited, Simply Advanced Limited, Southern Heritage Limited, Star Merit Global Limited, Starry Bloom Limited, Sure Tycoon Limited, Towards Sunshine Limited, and United Riches Global Limited (together, the "**Borrelli Debtors**").

7. Attached as **Exhibit 5** are true and correct copies of the moving papers submitted in connection with Claimant Chen Zhi's Motion for a More Definite Statement in the Forfeiture Action, filed on March 10, 2026.

8. Attached as **Exhibit 6** are true and correct copies of the moving papers submitted in connection with Claimant Chen Zhi's Motion to Dismiss in the Forfeiture Action, filed on March 10, 2026.

9. Attached as **Exhibit 7** is a true and correct copy of the transcript of the Open Court Proceedings held on April 17, 2026, before the High Court of Justice, Commercial Division, of the British Virgin Islands (the "BVI Court" and the "BVI Proceedings"), dated April 17, 2026.

10. Attached as **Exhibit 8** is a true and correct copy of the Office of Foreign Assets Control publication entitled "Transnational Criminal Organizations Designations; Issuance of TCO-related General License," dated October 14, 2025.

11. Attached as **Exhibit 9** is a true and correct copy of the Office of Financial Sanctions Implementation, HM Treasury, Financial Sanctions Notice entitled "Global Human Rights," dated October 14, 2025.

12. Attached as **Exhibit 10** is a true and correct copy of one of the *ex parte* ordinary applications submitted by the Attorney General of the British Virgin Islands (the "BVI AG") in the BVI Proceedings before the BVI Court, dated January 2, 2026.

13. Attached as **Exhibit 11** is a true and correct copy of one of the originating applications submitted by the BVI AG in the BVI Proceedings before the BVI Court, dated January 2, 2026.

14. Attached as **Exhibit 12** is a true and correct copy of the Skeleton Argument submitted by the BVI AG in the BVI Proceedings before the BVI Court, dated April 14, 2026.

3

15.     Attached as **Exhibit 13** is a true and correct copy of the closing summaries submitted by the BVI AG in the BVI Proceedings before the BVI Court in support of her originating applications to appoint liquidators over the Borrelli Debtors, dated May 15, 2026.

16.     Attached as **Exhibit 14** is a true and correct copy of the transcript of the Open Court Proceedings held on April 16, 2026, before the BVI Court in the BVI Proceedings, dated April 16, 2026.

17.     Attached as **Exhibit 15** is a true and correct copy of the Skeleton Argument submitted by Campbells Legal (BVI) Limited ("Campbells") on behalf of the Borrelli Debtors in the BVI Proceedings before the BVI Court, dated April 13, 2026.

18.     Attached as **Exhibit 16** is a true and correct copy of the transcript of the *ex parte* Chambers Proceedings held on January 9, 2026, before the BVI Court in the BVI Proceedings, dated January 9, 2026.

19.     Attached as **Exhibit 17** is a true and correct copy of the transcript of the videotaped deposition of Paul Pretlove held on May 13, 2026, dated May 13, 2026.

20.     Attached as **Exhibit 18** is a true and correct copy of one of the Orders on Application for Joint Provisional Liquidators issued by the BVI Court in the BVI Proceedings, dated January 9, 2026.

21.     Attached as **Exhibit 19** is a true and correct copy of one of the Orders for the Continuation of the Order Appointing Joint Provisional Liquidators issued by the BVI Court in the BVI Proceedings, dated January 29, 2026.

22.     Attached as **Exhibit 20** is a true and correct copy of the Affidavit of Cosimo Borrelli submitted in the BVI Proceedings before the BVI Court in support of the Borrelli Debtors'

4

Notices of Opposition to the BVI AG's Applications and Applications to Discharge the BVI Court's Orders Appointing Joint Provisional Liquidators, dated March 1, 2026.

23. Attached as **Exhibit 21** is a true and correct copy of the transcript of the Open Court Proceedings held on May 14, 2026, before the BVI Court in the BVI Proceedings, dated May 14, 2026.

24. Attached as **Exhibit 22** is a true and correct copy of the letter from Walkers Global ("Walkers") on behalf of the Paul Pretlove, David Standish, and James Drury (the "JPLs") to the Registrar of the BVI Court, dated May 15, 2026.

25. Attached as **Exhibit 23** is a true and correct copy of the letter from Walkers on behalf of the JPLs to the Registrar of the BVI Court, dated April 28, 2026.

26. Attached as **Exhibit 24** is a true and correct copy of the letter from Campbells on behalf of the Borrelli Debtors to the Registrar of the BVI Court, dated April 28, 2026.

27. Attached as **Exhibit 25** is a true and correct copy of the letter from Campbells on behalf of the Cosimo Borrelli to Walkers, dated March 11, 2026.

28. Attached as **Exhibit 26** is a true and correct copy of letter from Walkers on behalf of the JPLs to Campbells, dated March 17, 2026.

29. Attached as **Exhibit 27** is a true and correct copy of the letter from Campbells on behalf of the Borrelli Debtors to O'Neal Webster, dated February 21, 2026.

30. Attached as **Exhibit 28** is a true and correct copy of one of the Notices of Opposition to the BVI AG's Applications, filed in the BVI Proceedings by Campbells on behalf of the Borrelli Debtors, dated March 1, 2026.

31. Attached as **Exhibit 29** is a true and correct copy of the letter from O'Neal Webster on behalf of the BVI AG to Campbells, dated February 27, 2026.

32.     Attached as **Exhibit 30** is a true and correct copy of the letter from Campbells on behalf of the Borrelli Debtors to Interpath, dated February 24, 2026.

33.     Attached as **Exhibit 31** is a true and correct copy of the letter from Walkers on behalf of the JPLs to Campbells, dated March 19, 2026.

34.     Attached as **Exhibit 32** is a true and correct copy of the Responses and Objections to Objecting Debtors' First Set of Requests for Production submitted by the JPLs in these chapter 15 proceedings, dated May 11, 2026.

35.     Attached as **Exhibit 33** is a true and correct copy of one of the Applications to Discharge the BVI Court's Orders Appointing Joint Provisional Liquidators, filed in the BVI Proceedings by Campbells on behalf of the Borrelli Debtors, dated March 1, 2026.

36.     Attached as **Exhibit 34** is a true and correct copy of the transcript of the videotaped deposition of Andrew Barrington Chissick held on May 14, 2026, dated May 14, 2026.

37.     Attached as **Exhibit 35** is a true and correct copy of an invoice for an advance payment retainer issued by Sullivan & Cromwell LLP to Paul Pretlove, dated March 31, 2026.

38.     Attached as **Exhibit 36** is a true and correct copy of the Restraint Order Prohibiting Disposal of Assets in Hong Kong and Elsewhere issued by the High Court of the Hong Kong Special Administrative Region, Court of First Instance, dated May 4, 2026.

39.     Attached as **Exhibit 37** is a true and correct copy of the Skeleton Argument submitted by the JPLs before the BVI Court in the BVI Proceedings, dated May 12, 2026.

40.    Attached as **Exhibit 38** is a true and correct copy of the First Affidavit of James Kenneth Drury submitted in the BVI Proceedings before the BVI Court in support of the JPLs' Ordinary Application (Company) per Rule 14 regarding standing, dated May 4, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2026
        New York, New York

*/s/ Peter M. Skinner*
Peter M. Skinner