# EXHIBIT 19

## BVI Extension Orders

Case Number :BVIHCOM2026/0001

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

Submitted Date:12/02/2026 09:52

Filed Date:12/02/2026 09:53

Fees Paid:0.00

REGISTRAR HIGH COURT
COMMERCIAL DIVISION
VIRGIN ISLANDS

Case Number :BVIHCOM2026/0001

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0001

Submitted Date:03/02/2026 18:36

Filed Date:04/02/2026 08:30

Fees Paid:0.00

BETWEEN:

IN THE MATTER OF BRIGHT TEAM GLOBAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

BRIGHT TEAM GLOBAL LIMITED

Respondent

---

ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS

---

BEFORE: THE HONOURABLE JUSTICE ABBAS MITHANI

DATED: THE 29th DAY OF JANUARY, 2026

ENTERED: THE 5 DAY OF FEBRUARY, 2026

**PENAL NOTICE**

The effect of this Order is that the directors, former directors, office holders and former office holders of the Respondent, BRIGHT TEAM GLOBAL LIMITED ("the Company") are replaced by the joint provisional liquidators and that the directors, former directors, office holders and former office holders are prohibited from taking any action in relation to the Company's affairs without prior consent of the joint provisional liquidators.

If you, the directors, former directors, office holders and former office holders of the Company fail to comply with the terms of this order, proceedings may be commenced against you for contempt of court and you may be liable to be imprisoned, fined or have your assets seized.

This order must be complied with by any person affected by it upon whom it is served. Any other person who knows of this order and does anything which helps or permits the directors, former directors, office

**holders and/or former office holders of the Company to breach its terms may also be held to be in contempt of Court and may be imprisoned, fined or have their assets seized.**

**UPON THE ORDINARY APPLICATION** filed by the Applicant on January 29, 2026 **("the Continuation Application")**, seeking an order that:

(a) the Order dated January 9, 2026 appointing James Drury, Paul Pretlove and David Standish as joint provisional liquidators ("**JPLs**") of the Company **("the JPL Order")** be continued until the hearing and determination of the Originating Application filed herein on January 5, 2026 **("the Originating Application")**; and

(b) the first report of the joint provisional liquidators filed on January 27, 2026, and any subsequent reports filed by the JPLs, be sealed and may not be inspected without further order of the Court and any application to inspect any of the reports to be made on not less than 7 days' notice to the JPLs,

coming on for hearing.

**AND UPON** hearing Mrs. Nadine Whyte Laing and with her Ms. Koya Ryan of O'Neal Webster for the Applicant, Mr. Iain Tucker of Walkers for the JPLs and Mr. Grant Carroll of Campbells for the Company.

**AND UPON** Mr. Paul Pretlove and Mr. James Drury, two of the JPLs being present.

**AND UPON READING** the Continuation Application, the Originating Application, the first affidavit of the Attorney General, the affidavit of Jeni-Lee Watson, the affidavit of Jo-Ann Williams-Roberts, the affidavit of service of D'Andre Mitcham and the other documents on the Court file.

**AND UPON** the Company through counsel indicating that it does not oppose the continuation of the JPL Order until the hearing and determination of the Originating Application or further order.

**IT IS HEREBY ORDERED THAT:**

1. The JPL Order is continued until the hearing and determination of the Originating Application or until further order.

2. The JPLs' report filed on January 27, 2026, and any subsequent reports filed by the JPLs be sealed and may not be inspected without further order of the Court.

3. Any application to inspect any of the reports filed by the JPLs must be made on not less than 7 days' notice to the JPLs.

4. The costs of this application be costs in the provisional liquidation application.

**BY THE COURT**

Dep. **REGISTRAR**

IN THE EASTERN CARIBBEAN SUPREME COURT

IN THE HIGH COURT OF JUSTICE

BRITISH VIRGIN ISLANDS

COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0001

BETWEEN:

IN THE MATTER OF BRIGHT TEAM GLOBAL LIMITED

AND IN THE MATTER OF THE INSOLVENCY ACT, 2003 OF THE LAWS OF THE VIRGIN ISLANDS.

THE ATTORNEY GENERAL

Applicant

-v-

BRIGHT TEAM GLOBAL LIMITED

Respondent

---

**ORDER FOR THE CONTINUATION OF THE ORDER APPOINTING JOINT PROVISIONAL LIQUIDATORS**

---

O'Neal Webster

Legal Practitioners for the Applicant
2nd Floor Commerce House
181 Main Street
P.O. Box 961, Road Town, Tortola
British Virgin Islands VG 1110
Tel: (284) 393 5800 I Fax: (284) 393 5805
www.onealwebster.com