# EXHIBIT 22

## May 15, 2026 Letter to BVI Registrar

Walkers

**BY EMAIL**

15 May 2026

Our Ref: AC/TH/L16832

**The Registrar**
Registry of the High Court
2nd Floor, Sakal Building
Wickhams Cay
PO Box 418, Road Town
Tortola VG1110
British Virgin Islands

Dear Madam Registrar

**BVIHC (COM) 2026/0001 - 0030: proceedings relating to the provisional liquidations of the Companies (the "Proceedings")**

1. We act on behalf of Mr Paul Pretlove, Mr David Standish and Mr James Drury, the Joint Provisional Liquidators of the 30 BVI companies subject to the matters at caption and listed at Annex A to this letter (the "**Companies**"); by Orders of the Honourable Justice Abbas Mithani (Ag.) on 9 January 2026 (the "**Appointment Orders**") and continued 29 January 2026 (the "**Continuation Orders**").

2. In accordance with the Joint Provisional Liquidators' mandate, they have prepared a further report in relation to the Proceedings at caption (the "**JPLs Third Report**"), which has today been filed with the Court. Pursuant to paragraph 2 of the Continuation Orders, the report has been filed under seal and may not be inspected without further order of the Court.

3. We should be most grateful if this letter could be brought to the attention of the Honourable Justice Wallbank KC.

Yours faithfully

Walkers

**WALKERS**

**cc. O'Neal Webster**
**Campbells**
**Kobre & Kim**

**Annex A**

| Company |
|---|
| Auspicious Tycoon Limited |
| Bright Team Global Limited |
| Delightful Thrive Limited |
| Even Sincerity Limited |
| Fulam Investment Limited |
| Giant Victory Holdings Limited |
| Golden Ascend International Limited |
| Harmonic State Limited |
| Jumbo High Limited |
| Luminous Glow Limited |
| Mighty Divine Limited |
| Noble Title Limited |
| Oriental Charm Holdings Investment Limited |
| Pacific Charm Holdings Investment Limited |
| Praise Marble Limited |
| Prince Global Group Limited |
| Prince Global Holdings Limited |
| Respectful Steed Limited |
| Retain Prosper Limited |
| Simply Advanced Limited |
| Southern Heritage Limited |
| Star Merit Global Limited |
| Starry Bloom Limited |
| Sure Tycoon Limited |
| Towards Sunshine Limited |
| United Riches Global Limited |
| Amber Hill Ventures Limited |
| Lateral Bridge Global Limited |
| Robust Harmony Limited |
| Sword River Limited |