# EXHIBIT 23

## April 28, 2026 Letter from Walkers to BVI Registrar

Walkers

**BY EMAIL**

28 April 2026

Your Ref: GC/PK/20785-45687
Our Ref: AC/TH/L16832

**The Registrar**
Registry of the High Court
2nd Floor, Sakal Building
Wickhams Cay
PO Box 418, Road Town
Tortola VG1110
British Virgin Islands

Dear Sirs

**BVIHC (COM) 2026/0001 - 0030: proceedings relating to the provisional liquidations of the Companies (the "Proceedings")**

1. We act on behalf of Mr Paul Pretlove, Mr. David Standish and Mr. James Drury, the Joint Provisional Liquidators of the 30 BVI companies subject to the matters at caption and listed at Annex A to this letter (the "**Companies**"); by Order of the Honourable Justice Abbas Mithani (Ag.) on 9 January 2026 and continued 29 January 2026 (the "**Appointment Order**").

2. As the Court may recall, the Joint Provisional Liquidators were appointed pending the determination of the Originating Applications filed by the BVI Attorney General for the appointment of liquidators over the Companies. The Originating Application was heard on 16 and 17 April before the Honourable Justice Gerhard Wallbank KC (Ag.) (the "**Hearing**"). At the conclusion of the hearing the Honourable Judge directed that the applicant and the respondents file further written submissions. The Joint Provisional Liquidators (through their legal representatives) notified the Court that they were in the process of preparing a further update report for the Court, and that it was anticipated that it would be finalised and filed in the coming few weeks.

3. On 22 April 2026, the Joint Provisional Liquidators' motion before the United States Bankruptcy Court in the Southern District of New York for emergency and provisional relief (the "**Motion**") pending determination of a Chapter 15 recognition petition in the United States ( the "**Chapter 15 Petition**") came on for an inter partes hearing, before the Honourable Martin Glenn, Chief United States Bankruptcy Judge. The Motion was granted, pending the hearing of the Chapter 15 Petition (which is expected to be the week commencing 8 June 2026).

4. Various matters of relevance to the BVI Proceedings arose out of the hearing of 22 April, which has prompted the Joint Provisional Liquidators to prepare a short interim report which provides a high-level summary of matters arising from and relating to the Chapter 15 Petition (the "**JPLs Interim Report**"). A copy of the JPLs Interim Report has been filed with the BVI Court earlier today. Of particular relevance to the BVI Court is:

a) A dispute as to whether certain parties other than the JPLs have the current corporate authority under BVI law to appear for the Companies themselves (rather than shareholders in their individual capacities) in U.S. courts to oppose recognition in the United States, and Judge Glenn's expressed view that this is a question on which it would be convenient to receive further guidance from the BVI Court if it were in a position to do so in advance of the recognition hearing during the week of 8 June 2026.

b) Judge Glenn expressed a general openness to conduct court-to-court communications with the Honourable Justice Wallbank KC, in his capacity as presiding Judge over the BVI Proceedings.

5. The Joint Provisional Liquidators shall shortly take steps with progressing both matters, but in the interim and to the extent it would assist the Honourable Justice Wallbank KC, we wanted to bring the filing of the JPLs Interim Report (and its supporting annexures) to the Court's attention and confirm that if there are any matters with which the Court may require the assistance of the Joint Provisional Liquidators, then they are at its disposal. Whilst the JPLs Interim Report has been filed under seal in accordance with the Appointment Order, all parties have been copied to this correspondence as the points addressed were ventilated in open court. Further and for the avoidance of doubt, the JPLs Interim Report is not the further report referenced at paragraph 2 above which will be filed in due course.

6. We should be most grateful if this letter could be brought to the attention of the Honourable Justice Gerhard Wallbank K.C.

Yours faithfully

Walkers

**WALKERS**

**cc. O'Neal Webster**
**Campbells**
**Kobre & Kim**

**Encls.**

1. **Annex A**
2. **Order dated 9 January 2026**
3. **Order dated 29 January 2026**

## Annex A

| Company |
|---|
| Auspicious Tycoon Limited |
| Bright Team Global Limited |
| Delightful Thrive Limited |
| Even Sincerity Limited |
| Fulam Investment Limited |
| Giant Victory Holdings Limited |
| Golden Ascend International Limited |
| Harmonic State Limited |
| Jumbo High Limited |
| Luminous Glow Limited |
| Mighty Divine Limited |
| Noble Title Limited |
| Oriental Charm Holdings Investment Limited |
| Pacific Charm Holdings Investment Limited |
| Praise Marble Limited |
| Prince Global Group Limited |
| Prince Global Holdings Limited |
| Respectful Steed Limited |
| Retain Prosper Limited |
| Simply Advanced Limited |
| Southern Heritage Limited |
| Star Merit Global Limited |
| Starry Bloom Limited |
| Sure Tycoon Limited |
| Towards Sunshine Limited |
| United Riches Global Limited |
| Amber Hill Ventures Limited |
| Lateral Bridge Global Limited |
| Robust Harmony Limited |
| Sword River Limited |