# EXHIBIT 28

## Borrelli Debtors' Notices of Opposition

Case Number :BVIHCOM2026/0024

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

Submitted Date:01/03/2026 17:00

Filed Date:02/03/2026 08:30

Fees Paid:59.14

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0024**

**B E T W E E N:**

**ATTORNEY GENERAL**

**Applicant / Respondent**

**-and-**

**SOUTHERN HERITAGE LIMITED**

**Respondent / Applicant**

---

**NOTICE OF OPPOSITION**

---

**TAKE NOTICE** that the Respondents, whose addresses for service in these proceedings is that of their legal practitioner, Campbells, Floor 4, Banco Popular Building, Road Town, Tortola, British Virgin Islands, VG1110, oppose the Applicant's Notice of Application dated 5 January 2026 for an order appointing Paul Pretlove, James Drury and David Standish be appointed as joint liquidators of the Respondents (together the "**Companies**") (the "**PL Application**") and also the application to liquidate each company (the "**Liquidation Application**").

1. The Companies oppose the Applicant's PL Application, continuation of the provisional liquidation orders and the Liquidation Application.

2. There is no evidence of any wrongdoing by the Companies. The entirety of the evidence relied upon by the Applicant amounts to little more than allegations in the press concerning the ultimate beneficial owners and the fact that proceedings have been instigated in the United States against certain ultimate beneficial owners.

3. The Companies are not aware of any precedent whereby companies have been placed into provisional liquidation in circumstances where no evidence has been presented to the Court linking the companies to any wrongdoing or receipt of any proceeds of wrongdoing.

4. The evidence has not identified any creditors or any party who has been harmed by any of the Companies.

5. The evidence falls short of the threshold for provisional liquidation and/or liquidation.

6. The Companies are subject to comprehensive international sanctions with the effect being that the Companies' assets are frozen. There is no realistic risk of asset dissipation as any attempt to move or dispose of assets would be in breach of sanctions and would be blocked.

7. Any final liquidation orders would result in irreparable harm to the Companies, their owners, contractual counterparties and employees in circumstances where the underlying reasons for the application are allegations with no evidence in support.

8. Alternative remedies are available that would adequately serve the public interest without causing irreparable harm to the Companies. Mr Cosimo Borrelli of Admiralty Partners Asia has been appointed as a director of each of the Companies and is prepared to agree to undertakings in relation to the provision of information to the BVI Attorney General in similar terms to those in the current orders and to coordinate actions to preserve the value of the Companies and their assets.

Accordingly, the Companies' position is that:

1. The Provisional Liquidation orders made on 9 January 2026 should be discharged; and
2. The Applications for final liquidation orders should be dismissed.

**DATED** this 1st day of March 2026

______________________

Grant Carroll
Campbells
Legal Practitioners for the Respondent

**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS COMMERCIAL DIVISION**

**CLAIM No: BVIHC (COM) 2026/0024**

**B E T W E E N:**

**ATTORNEY GENERAL**
**Applicant / Respondent**

**-and-**

**SOUTHERN HERITAGE LIMITED**
**Respondent / Applicant**

---

**Notice of Opposition**

---

Campbells
Floor 4, Banco Popular Building
Road Town
Tortola VG1110
British Virgin Islands
Tel: (284) 494 2423
Ref: SDA/MCH/KCH/20785-45687