# EXHIBIT 36

# Hong Kong Restraining Order

HCMP 661 of 2026

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

MISCELLANEOUS PROCEEDINGS NO. 661 OF 2026

_____

IN THE MATTER OF THE

ORGANIZED AND SERIOUS CRIMES ORDINANCE, CAP 455

AND

IN THE MATTER OF

_____

| | |
|---|---|
| Secretary for Justice | Applicant |
| and | |

| | |
|---|---|
| CHEN Zhi (陳志) | 1st Respondent ("R1") |
| [Male, Holder of Hong Kong Identity Card No. M852253(2), Ex-Holder of Cambodia Identity Card No. 010868617, Ex-Holder of Cambodia Passport No. N00081108 / N01956666, Holder of Vanuatu Passport No. RV047996 and Holder of The Republic of Cyprus Passport No. K00395168] | |
| ZHOU Yun (周芸) | 2nd Respondent ("R2") |
| [Female, Holder of Hong Kong Identity Card No. R906725(5), Holder of Exit-Entry Permit for Travelling to and from Hong Kong and Macao No. W40085284, Holder of China Passport No. G30024177 and Holder of China Identity Card No. 421083198210170048] | |

LI Thet (李添)
[Alias LI Tian, Male, Holder of China Identity Card No.
110106198707060038, Holder of Cambodia Identity Card No.
G56318705, Holder of Cambodia Passport No. N00199997,
Holder of Vanuatu Passport No. RV091789 and Holder of
Saint Kitts and Nevis Passport No. RE008714]
          3rd  Respondent ("R3")

WU An-ming (胡晏銘)
[Alias CHEN Xiaoer (陳小二), Male, Holder of Hong Kong
Identity Card No. M200114(A), Holder of Hong Kong
Passport No. HJ2068539, Holder of Saint Kitts and Nevis
Passport No. RE0107642 / RE00660066 and Holder of China
Passport No. G44232996]
          4th  Respondent ("R4")

Star Merit Global Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1984550]
          5th  Respondent ("R5")

Southern Heritage Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 2035209]
          6th  Respondent ("R6")

Prince Global Holdings Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1988528]
          7th  Respondent ("R7")

Harmonic State Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 2030628]
          8th  Respondent ("R8")

Prince Group Holdings Limited
[A company incorporated in Hong Kong, Business
Registration No. 69148067, Company Registration No.
2673683]
          9th  Respondent ("R9")

Prince Global Group Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1988522]
          10th  Respondent ("R10")

Noble Title Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1925678]
          11th  Respondent ("R11")

Auspicious Tycoon Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1984330]

12th Respondent ("R12")

Even Sincerity Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1970592]

13th Respondent ("R13")

Luminous Glow Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1992019]

14th Respondent ("R14")

Oriental Charm Holdings Investment Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1977528]

15th Respondent ("R15")

United Riches Global Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1984537]

16th Respondent ("R16")

Cheer Capital Limited
[A company incorporated in Hong Kong, Business
Registration No. 51220263, Company Registration No.
1356765]

17th Respondent ("R17")

Giant Victory Holdings Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 1930566]

18th Respondent ("R18")

Asia Uni Corporation Limited
[A company incorporated in Hong Kong, Business
Registration No. 71820237, Company Registration No.
2937497]

19th Respondent ("R19")

Simply Advanced Limited
[A company incorporated in the British Virgin Islands, BVI
Company No. 2035067]

20th Respondent ("R20")

Pli No.2 Limited
[A company incorporated in the Jersey, Jersey Registration
No. 126931]

21st Respondent ("R21")

Path-Breaker Limited
[A company incorporated in the British Virgin Islands, BVI Company No. 2069227]

22nd Respondent ("R22")

Mighty Divine Securities Limited
[A company incorporated in Hong Kong, Business Registration No. 70808945, Company Registration No. 2838290]

23rd Respondent ("R23")

Mighty Divine Investment Management Limited
[A company incorporated in Hong Kong, Business Registration No. 62230883, Company Registration No. 1986022]

24th Respondent ("R24")

Mighty Divine (HK) Limited
[A company incorporated in Hong Kong, Business Registration No. 68645725, Company Registration No. 2623747]

25th Respondent ("R25")

Mighty Divine Limited
[A company incorporated in the British Virgin Islands, BVI Company No. 1961510]

26th Respondent ("R26")

Mighty Divine Management Limited
[A company incorporated in the Cayman Islands, Cayman Islands Registration No. 341114]

27th Respondent ("R27")

Mighty Divine Fund SPC
[A company incorporated in the Cayman Islands, Cayman Islands Registration No. 339930]

28th Respondent ("R28")

Mighty Divine Global Fund SPC
[A company incorporated in the Cayman Islands, Cayman Islands Registration No. 341500]

29th Respondent ("R29")

Sun & Sun Limited
[A company incorporated in Hong Kong, Business Registration No. 69483170, Company Registration No. 2706961]

30th Respondent ("R30")

Bright Team Global Limited
[A company incorporated in the British Virgin Islands, BVI Company No. 1984336]

31st Respondent ("R31")

- 4 -

Mighty Divine Personnel Consultants Limited
[A company incorporated in Hong Kong, Business Registration No. 72403753, Company Registration No. 2994832]

32nd Respondent ("R32")

Mighty Divine Trust (Hong Kong) Limited
[A company incorporated in Hong Kong, Business Registration No. 73464041, Company Registration No. 3095311]

33rd Respondent ("R33")

Mighty Divine Insurance Brokers Limited
[A company incorporated in Hong Kong, Business Registration No. 70487589, Company Registration No. 2806520]

34th Respondent ("R34")

Luxuriant East Limited
[A company incorporated in the British Virgin Islands, BVI Company No. 1996043]

35th Respondent ("R35")

Future Cosmos Limited
[A company incorporated in Hong Kong, Business Registration No. 69433109, Company Registration No. 2701984]

36th Respondent ("R36")

Future Cosmos One Limited
[A company incorporated in Hong Kong, Business Registration No. 69320546, Company Registration No. 2690808]

37th Respondent ("R37")

Future King INC.
[A company incorporated in the British Virgin Islands, BVI Company No. 1937304]

38th Respondent ("R38")

Xing Ye Heng Fu Co., Limited
[A company incorporated in Hong Kong, Business Registration No. 62883082, Company Registration No. 2050946]

39th Respondent ("R39")

Future Wing Financial Company Limited
[A company incorporated in Hong Kong, Business Registration No. 71356127, Company Registration No. 2891873]

40th Respondent ("R40")

China Reserve Securities Limited                                  41st Respondent ("R41")
[A company incorporated in Hong Kong, Business
Registration No. 22200353, Company Registration No.
0664601]

Future Oasis Pte. Ltd.                                            42nd Respondent ("R42")
[A company incorporated in Singapore, Company Unique
Entity No. 202211667K]

---

## RESTRAINT ORDER PROHIBITING
## DISPOSAL OF ASSETS IN HONG KONG AND ELSEWHERE
### [S.15 OF THE ORGANIZED AND SERIOUS CRIMES ORDINANCE, Cap. 455]

---

**IMPORTANT NOTICE TO THE RESPONDENTS**
致答辯人的重要告示

(1)        This Order prohibits you from dealing with your property in the Hong

Kong Special Administrative Region ("Hong Kong") or outside Hong Kong.

這是一項法庭命令，禁止你處理在香港特別行政區（「香港」）或香港以外的財產。

(2)        The Order is subject to any exceptions, which are set out in the Order.

You should read the whole of this document carefully.    You are advised to consult a

solicitor as soon as possible.    You have the right to ask the Court to vary or

discharge this Order.

本命令內文列出本命令之不適用範圍。你應仔細閱讀這命令，並儘早向律師咨詢法律

意見。你有權向法庭申請更改或撤銷本命令。

(3)        If you disobey this Order, you may be found guilty of Contempt of

Court and you may be sent to prison or fined or your property may be seized.    It is

a criminal offence to deal with property, which is subject to a Restraint Order.

如你違抗本命令，法庭可裁定你藐視法庭罪，判處你監禁或罰款，或扣押你的財產。處

理受限制令限制的財產是刑事罪行。

## BEFORE THE HONOURABLE MR. JUSTICE D. YAU IN CHAMBERS
## (NOT OPEN TO PUBLIC)

### ORDER

An application was made on the 4th day of May 2026 by Senior Public Prosecutor for the Secretary for Justice, by way of *ex parte* Originating Summons filed on the 27th day of April 2026, to the Judge who read the draft order, and the Affirmation listed in Schedule 1 and accepted the undertakings of the Secretary for Justice in Schedule 2 at the end of this Order. After hearing the application, the Judge made the following Order :-

**IT IS ORDERED** that :-

### RESTRICTION ON DISPOSAL OF PROPERTY

1.        The 1st to 42nd Respondents ("Respondents") whether by themselves, their servants, agents, attorneys, or otherwise, must not :-

(a) remove from Hong Kong any of their property which is located in Hong Kong, whether in their own names or not, and whether solely or jointly owned,
and

(b) in any way dispose of, or deal with, or diminish the value of any of their property, which is located within Hong Kong or outside Hong Kong, whether in their own names or not, and whether solely or jointly owned.

2.　　　　For the purpose of this Order, the Respondents' property includes any property which they have the power, directly or indirectly, to dispose of or deal with as if they are their own.   The Respondents are to be regarded as having such power if a third party holds or controls the property in accordance with their direct or indirect instructions.

3.　　　　Without prejudice to the generality of the foregoing, this prohibition includes the following property in particular:

*Realisable Properties of CHEN Zhi (1st Respondent)*

(i)　Chose in action represented by credit balances held in the following bank accounts in the name of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 1 | R1 | R1 | China Merchants Bank Co., Limited, Hong Kong Branch | 6212998608420713 (HKD) | HKD 91.83 | 10th January 2026 |
| 2 | R1 | R1 | China Merchants Bank Co., Limited, Hong Kong Branch | 6212998608420713 (USD) | USD 139.89 (approx. HKD 1,093.94) | 13th November 2025 |
| 6 | R1 | R1 | Hongkong and Shanghai Banking Corporation Limited | 811101500888 | HKD 20,356,101.03 | 27th October 2025 |
| 7 | R1 | R1 | Industrial and Commercial Bank of China (Asia) Limited | 701912020835 | HKD 3,673,699.24 | 28th February 2026 |
| 8 | R1 | R1 | Industrial and Commercial Bank of China (Asia) Limited | 701823316432 | HKD 2,795,800.80 | 1st February 2026 |
| 9 | R1 | R1 | The Bank of East Asia, Limited | U116615 | USD 2,939.15 (approx. HKD 22,984.15) | 6th November 2025 |

- 8 -

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 10 | R1 | R1 | The Bank of East Asia, Limited | E553985 | HKD 33,381.01 | 6th November 2025 |
| 11 | R1 | R1 | BOCOM International Holdings Company Limited | 941127820 | HKD 24.75 | 28th October 2025 |
| 12 | R1 | R1 | Compagnie d'Investissements et de Gestion Privée (Hong Kong) Limited | 1-Z-HCA-EX-585-23-CN | USD 4,942,535 (approx. HKD 38,650,623.7) | 19th March 2026 |
| 13 | R1 | R1 | AIA Company (Trustee) Limited | 15230023 | HKD 315,367.39 | 11th March 2026 |

Total:   [HKD 65,849,167.84]

(ii)   Chose in action represented by credit balances held in the following bank accounts in the name of R5 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 14 | R5 | R1 | Bank of Communications (Hong Kong) Limited | 027841100937001 | HKD 173,842.17 | 1st March 2026 |
| 14-1 | R5 | R1 | Bank of Communications (Hong Kong) Limited | 027841100937001 | USD 797,767.11 (approx. HKD 6,238,538.80) | 1st March 2026 |
| 15 | R5 | R1 | Bank of Communications (Hong Kong) Limited | 027841100937002 | HKD 6,990.00 | 21st November 2025 |

Total:   [HKD6,419,370.97 ]

(iii)   Securities held in the following account in the name of R5 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 16 | R5 | R1 | BOCOM International Holdings Company Limited | 941150842 | 919,480,000 shares of Geotech Holdings Limited (approx. HKD 39,537,640 at HKD 0.043 per share ending 2026-03-27) | 27th March 2026 |

Total:   [HKD 39,537,640 ]

(iv) Chose in action represented by credit balances held in the following bank accounts in the name of R6 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 17 | R6 | R1 | Bank of Communications (Hong Kong) Limited | 382849101753501 | HKD 553,534.47 | 30th November 2025 |
| 17-1 | R6 | R1 | Bank of Communications (Hong Kong) Limited | 382849101753501 | USD 1,504,486.19 (approx. HKD 11,765,082.01) | 30th November 2025 |
| 18 | R6 | R1 | Bank of Communications (Hong Kong) Limited | 382849101753502 | HKD 5,333,732.65 | 30th November 2025 |

Total:   [HKD17,652,349.13]

(v)  Securities held in the following account in the name of R6 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 19 | R6 | R1 | BOCOM International Holdings Company Limited | 134077208 | 550,000,000 shares of Khoon Group Limited (approx. HKD 110,550,000 at HKD 0.201 per share ending 2026-03-27) | 27th March 2026 |

Total:   [HKD 110,550,000]

(vi) Chose in action represented by credit balances held in the following bank accounts in the name of R7 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 20 | R7 | R1 & R2 | Bank J. Safra Sarasin Limited, Hong Kong Branch | 88622290 | USD 197,855,074.92 (approx. HKD 1,547,226,685.87) | 31st December 2025 |
| 21 | R7 | R1 | Bank of Communications (Hong Kong) Limited | 027841102688901 | HKD 49,184,528.06 | 21st November 2025 |
| 21-1 | R7 | R1 | Bank of Communications (Hong Kong) Limited | 027841102688901 | GBP 2,177,012.35 (approx. HKD 22,967,480.39) | 21st November 2025 |

- 10 -

| 22 | R7 | R1 | Bank of Communications (Hong Kong) Limited | 027841102688902 | HKD 995,690 | 21st November 2025 |
| 23 | R7 | R1 | Bank of Communications (Hong Kong) Limited | 027841100849001 (HKD) | HKD 33,960,951.71 | 28th February 2026 |
| 23-1 | R7 | R1 | Bank of Communications (Hong Kong) Limited | 027841100849001 (USD) | USD 787,659.03 (approx. HKD 6,159,493.61) | 28th February 2026 |
| 23-2 | R7 | R1 | Bank of Communications (Hong Kong) Limited | 027841100849001 (GBP) | GBP 101,734.41 (approx. HKD 1,073,298.03) | 28th February 2026 |
| 24 | R7 | R1 | Bank of Communications (Hong Kong) Limited | 027841100849002 | HKD 356,975.14 | 21st November 2025 |

Total:   [HKD 1,661,925,102.81 ]

(vii) Chose in action represented by credit balances held in the following bank accounts in the name of R8 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 25-1 | R8 | R1 | Bank of Communications (Hong Kong) Limited | 382849101752201 | USD 398,277.80 (approx. HKD 3,114,532.40) | 28th February 2026 |
| 26 | R8 | R1 | Bank of Communications (Hong Kong) Limited | 382849101752202 | HKD 995,000.00 | 12th November 2025 |

Total:   [HKD4,109,532.40]

(viii)   Chose in action represented by credit balances held in the following bank accounts in the name of R9 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 27 | R9 | R1 | Bank of Communications (Hong Kong) Limited | 027841100713201 | HKD 833,324.93 | 28th February 2026 |
| 28 | R9 | R1 | Bank of Communications (Hong Kong) Limited | 027841100713202 | HKD 1,072,244.16 | 21st November 2025 |

- 11 -

Total:   [HKD1,905,569.09]

(ix) Chose in action represented by credit balances held in the following bank accounts in the name of R10 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---------|-------|-------------------|------------------------|------------------------|----------------|--------------|
| 29 | R10 | R1 | Bank of Communications (Hong Kong) Limited | 027841100905101 (GBP) | GBP 84,481.88 (approx. HKD 891,283.83) | 28th February 2026 |
| 29-1 | R10 | R1 | Bank of Communications (Hong Kong) Limited | 027841100905101 (HKD) | HKD 2,255,656.62 | 28th February 2026 |
| 29-2 | R10 | R1 | Bank of Communications (Hong Kong) Limited | 027841100905101 (USD) | USD 385,157.16 (approx. HKD 3,011,928.99) | 28th February 2026 |
| 30 | R10 | R1 | Bank of Communications (Hong Kong) Limited | 027841100905102 | HKD 351,997.02 | 21st November 2025 |
| 31 | R10 | R1 & R2 | China CITIC Bank International Limited | 744220120200 | HKD 506,655.28 | 28th February 2026 |
| 32 | R10 | R1 & R2 | China CITIC Bank International Limited | 744141620500 | HKD 7,771.20 | 28th February 2026 |

Total:   [HKD7,025,292.94 ]

(x) Chose in action represented by credit balances held in the following bank accounts in the name of R11 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---------|-------|-------------------|------------------------|------------------------|----------------|--------------|
| 33 | R11 | R1 & R2 | China CITIC Bank International Limited | 744142947105 | GBP 23,488.84 (approx. HKD 247,807.26) | 31st January 2026 |
| 34 | R11 | R1 & R2 | China CITIC Bank International Limited | 744221397900 | HKD 50,691.43 | 31st January 2026 |

Total:   [HKD298,498.69 ]

- 12 -

(xi) Chose in action represented by credit balances held in the following bank accounts in the name of R12 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 35 | R12 | R1 | Bank of Communications (Hong Kong) Limited | 027841100938301 | USD 652,287.81 (approx. HKD 5,100,890.67) | 28th February 2026 |

Total:   [HKD5,100,890.67 ]

(xii) Chose in action represented by credit balances held in the following bank accounts in the name of R13 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 36 | R13 | R1 | Bank of Communications (Hong Kong) Limited | 027841100715801 | HKD 1,168,529.22 | 28th February 2026 |
| 36-1 | R13 | R1 | Bank of Communications (Hong Kong) Limited | 027841100715801 | EUR 483,401.95 (approx. HKD 4,466,634.02) | 21st November 2025 |
| 36-3 | R13 | R1 | Bank of Communications (Hong Kong) Limited | 027841100715801 | USD 2,102,314.19 (approx. HKD 16,440,096.97) | 28th February 2026 |
| 36-4 | R13 | R1 | Bank of Communications (Hong Kong) Limited | 027841100715801 | CHF 253,000 (approx. HKD 2,573,010.00) | 21st November 2025 |
| 37 | R13 | R1 | Bank of Communications (Hong Kong) Limited | 027841100715802 | HKD 1,000,000 | 21st November 2025 |

Total:   [HKD25,648,270.21 ]

(xiii) Chose in action represented by credit balances held in the following bank accounts in the name of R14 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 38 | R14 | R1 | Bank of Communications (Hong Kong) Limited | 027841101616501 | HKD 86,075,234.81 | 1st March 2026 |
| 38-1 | R14 | R1 | Bank of Communications (Hong Kong) | 027841101616501 | USD 136,285.56 (approx. HKD 1,065,753.08) | 1st March 2026 |

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---------|-------|-------------------|------------------------|------------------------|----------------|--------------|
|         |       |                   | Limited                |                        |                |              |

Total:   [HKD87,140,987.89 ]

(xiv)  Chose in action represented by credit balances held in the following bank accounts in the name of R15 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---------|-------|-------------------|------------------------|------------------------|----------------|--------------|
| 39 | R15 | R1 | Bank of Communications (Hong Kong) Limited | 027841101573501 | HKD 3,021,466.81 | 1st March 2026 |
| 39-1 | R15 | R1 | Bank of Communications (Hong Kong) Limited | 027841101573501 | USD 10,046.42 (approx. HKD 78,563.00) | 1st March 2026 |

Total:   [HKD3,100,029.81 ]

(xv) Chose in action represented by credit balances held in the following bank accounts in the name of R16 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---------|-------|-------------------|------------------------|------------------------|----------------|--------------|
| 40 | R16 | R1 | Bank of Communications (Hong Kong) Limited | 027841100870601 | HKD 33,850,639.54 | 21st November 2025 |
| 40-1 | R16 | R1 | Bank of Communications (Hong Kong) Limited | 027841100870601 | USD 181,262.96 (approx. HKD 1,417,476.35) | 21st November 2025 |
| 40-2 | R16 | R1 | Bank of Communications (Hong Kong) Limited | 027841100870601 | GBP 394,461.02 (approx. HKD 4,161,563.76) | 21st November 2025 |

Total:   [HKD39,429,679.65 ]

(xvi)  Chose in action represented by credit balances held in the following bank accounts in the name of R17 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---------|-------|-------------------|------------------------|------------------------|----------------|--------------|
| 41 | R17 | R1 & others | Bank of Communications (Hong Kong) Limited | 027841101165201 | HKD 40,562,658.79 | 28th February 2026 |

- 14 -

| 42 | R17 | R1 & others | Bank of Communications (Hong Kong) Limited | 027841101165202 | HKD 2,120,701.74 | 28th February 2026 |
| --- | --- | --- | --- | --- | --- | --- |

Total:  [HKD42,683,360.53 ]

(xvii) A real property held in the name of R17 but subject to the effective control of R1 (qua 100% ultimate beneficial owner of R17):-

| Property Reference No. | (1) D6032374<br>(2) D6032369<br>(3) D6032354<br>(4) D6032347 |
| --- | --- |
| Lot No. | Kowloon Inland Lot No.<br>(1) 10564<br>(2) 10534<br>(3) 10532<br>(4) 10505 |
| Share of the Lot | (1) –<br>(2) –<br>(3) –<br>(4) – |
| Address | (1) No. 68 Kimberley Road, Kowloon<br>(2) No. 68 Kimberley Road, Kowloon<br>(3) No. 68 Kimberley Road, Kowloon<br>(4) No. 68 Kimberley Road, Kowloon |
| Owner | Cheer Capital Limited (R17) |
| Date of Assignment | 31st August 2015 |
| Consideration | HKD 29,732,225.00 (PT.) |
| Estimated Market Value | **HKD 3,000,000,000**<br>[Memo sent to Rating and Valuation Department on 13th February 2026 pending reply] |

(xviii) Chose in action represented by credit balances held in the following bank accounts in the name of R18 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---------|-------|-------------------|------------------------|----------------------|----------------|---------------|
| 43 | R18 | R1 | Bank of Communications (Hong Kong) Limited | 027841100129901 | HKD 86,166.45 | 21st November 2025 |
| 44 | R18 | R1 | Bank of Communications (Hong Kong) Limited | 027841100129902 | HKD 1,471,840.16 | 21st November 2025 |

Total: [HKD 1,558,006.61]

(xix) A real property held in the name of R18 but subject to the effective control of R1 (qua 100% ultimate beneficial owner of R18):-

| | |
|---|---|
| Property Reference No. | D2807070 |
| Lot No. | Inland Lot No. 9007 |
| Share of the Lot | 810/32328 |
| Address | House 1, Mount Nicholson, No.8 Mount Nicholson Road, Hong Kong |
| Owner | Giant Victory Holdings Limited (R18) |
| Date of Purchase | 6th January 2017 |
| Consideration | HKD 1,080,000,000 |
| Estimated Market Value | HKD 1,000,000,000 [Memo sent to Rating and Valuation Department on 13th February 2026 pending reply] |

(xx) Chose in action represented by credit balances held in the following bank accounts in the name of R19 but subject to the effective control of R1 (due to his 57.1% shareholdings of R19):-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 45 | R19 | Others (not R1) | China Minsheng Banking Corp., Limited (Hong Kong Branch) | 800054939238 | EUR 10,353,193.71 (approx. HKD 95,663,509.88)<br><br>(57.1% = HKD 54,623,867.76) | 28th February 2026 |
| 46 | R19 | Others (not R1) | China Minsheng Banking Corp., Limited (Hong Kong Branch) | 800054939101 | HKD 294,799,145.76<br><br>(57.1% = HKD 168,330,312.23) | 28th February 2026 |
| 47 | R19 | Others (not R1) | China Minsheng Banking Corp., Limited (Hong Kong Branch) | 800054939201 | HKD 15,000.79<br><br>(57.1% = HKD 8,565.45) | 28th February 2026 |

Total:   [HKD 222,962,745.44]

(xxi) Chose in action represented by credit balances held in the following bank accounts in the name of R20 but subject to the effective control of R1:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 48 | R20 | R1 | Bank of Communications (Hong Kong) Limited | 382849101754801 (HKD) | HKD 160,855.83 | 28th February 2026 |
| 48-1 | R20 | R1 | Bank of Communications (Hong Kong) Limited | 382849101754801 (USD) | USD 2,090,635.74 (approx. HKD 16,348,771.49) | 28th February 2026 |
| 48-2 | R20 | R1 | Bank of Communications (Hong Kong) Limited | 382849101754801 (EUR) | EUR 134,665.00 (approx. HKD 1,244,304.60) | 28th February 2026 |
| 49 | R20 | R1 | Bank of Communications (Hong Kong) Limited | 382849101754802 | HKD 287,603.07 | 28th February 2026 |

Total:   [HKD18,041,534.99 ]

(xxii)  Chose in action represented by credit balances held in the following bank accounts in the name of R21 but subject to the effective control of R1:-

- 17 -

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 50 | R21 | R1 | Bank of Communications (Hong Kong) Limited | 382841101246601 | GBP 110,353.48 (approx. HKD 1,164,229.21) | 28th February 2026 |

Total:    [HKD1,164,229.21 ]

*Realisable Properties of ZHOU Yun (2nd Respondent)*

(i)    Chose in action represented by credit balances held in the following bank accounts in the name of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 51 | R2 | R2 | Standard Chartered Bank (Hong Kong) Limited | 31787243841 | HKD 7,200,697.71 | 6th March 2026 |
| 51-1 | R2 | R2 | Standard Chartered Bank (Hong Kong) Limited | 31787243841 | EUR 2,058.18 (approx. HKD 19,017.58) | 6th March 2026 |
| 52 | R2 | R2 | Standard Chartered Bank (Hong Kong) Limited | 31787243840 | HKD 733,204.67 | 6th March 2026 |
| 53 | R2 | R2 | DBS Bank (Hong Kong) Limited | AVALOQ_P-361377 _52090449 | HKD 6,631,535.35 | 28th February 2026 |
| 54 | R2 | R2 | DBS Bank (Hong Kong) Limited | 001185343344 | HKD 459,481.26 | 28th February 2026 |
| 55 | R2 | R2 | China CITIC Bank International Limited | 735221487900 | HKD 2,500 | 23th October 2025 |
| 56 | R2 | R2 | China CITIC Bank International Limited | 735117629900 | HKD 2,450 | 23th October 2025 |
| 57 | R2 | R2 | The Bank of East Asia, Limited | 5452290101427937 | HKD 94,267.05 | 8th March 2026 |
| 58 | R2 | R2 | The Bank of East Asia, Limited | 6223728001917792 | HKD 616.94 | 6th March 2026 |
| 60 | R2 | R2 | AIA Company (Trustee) Limited | 15161826 | HKD 706,855.69 | 11th March 2026 |
| 61 | R2 | R2 | Manulife Provident Funds Trust Company Limited | 9000027-952889 | HKD 77,864.17 | 20th March 2026 |
| 62 | R2 | R2 | Nest Clearing and Custody Limited | 43485323 | 0.0000207 Bitcoin (approx. HKD 14.836) | 22nd January 2026 |

Total:    [HKD 15,928,505.26 ]

- 18 -

(ii)  Chose in action represented by credit balances held in the following bank accounts in the name of R22 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 63 | R22 | R2 | Bank of Communications (Hong Kong) Limited | 382849102747701 | HKD 97,656.32 | 12th November 2025 |

Total: [HKD 97,656.32 ]

(iii)  Chose in action represented by credit balances held in the following bank accounts in the name of R23 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 64 | R23 | R2 | China CITIC Bank International Limited | 744221927600 | HKD 67,850.36 | 28th February 2026 |
| 65 | R23 | R2 & others | Bank of Communications (Hong Kong) Limited | 027841101888201 | HKD 17,005,301.18 | 21st November 2025 |
| 66 | R23 | R2 & others | Bank of Communications (Hong Kong) Limited | 027841101886602 | HKD 11,160,023.36 | 21st November 2025 |
| 67 | R23 | R2 & others | Bank of Communications (Hong Kong) Limited | 027841101886604 | CNY 6,834.79 (approx. HKD 7,791.66) | 21st November 2025 |
| 68 | R23 | R2 & others | Bank of Communications (Hong Kong) Limited | 027841101886605 | USD 0.50 (approx. HKD 3.91) | 21st November 2025 |

Total: [HKD 28,240,970.47 ]

(iv)  Securities held in the following account in the name of R23 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Securities | Date (As of ) |
|---|---|---|---|---|---|---|
| 69 | R23 | R2 & others | Hong Kong Securities Clearing Company Limited | B02196 | 34,232,000 shares of Khoon Group Limited (HKD 0.201 per share ending on 2026-03-27) | 27th March 2026 |

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Securities | Date (As of ) |
|---------|-------|-------------------|------------------------|-----------------------|------------|---------------|
| | | | | | 173,032,000 shares of Geotech Holdings Limited (HKD 0.043 per share ending on 2026-03-27)<br><br>11,080,000 shares of HKE Holdings Limited (HKD 1.23 per share ending on 2026-03-27)<br><br>17,350,000 shares of Maxicity Holdings Limited (HKD 3.75 per share ending on 2026-03-27)<br><br>128,590,000 shares of FSM Holdings Limited (HKD 0.14 per share ending on 2026-03-27) | |
| | | | | Total: | [HKD 111,014,508] | |

(v)  Chose in action represented by credit balances held in the following bank accounts in the name of R24 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---------|-------|-------------------|------------------------|-----------------------|----------------|---------------|
| 70 | R24 | R2 | Bank of Communications (Hong Kong) Limited | 027841101432102 | HKD 11,607,286.54 | 21st November 2025 |
| 71 | R24 | R2 | Bank of Communications (Hong Kong) Limited | 027841101432101 | USD 75,796.10 (approx. HKD 592,725.5) | 1st March 2026 |
| | | | | Total: | [HKD 12,200,012.04 ] | |

(vi)  Chose in action represented by credit balances held in the following bank accounts in the name of R25 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---------|-------|-------------------|------------------------|-----------------------|----------------|---------------|
| 72 | R25 | R2 | Bank of Communications (Hong Kong) Limited | 027841100150501 | HKD 228,987.17 | 1st March 2026 |

| 73 | R25 | R2 | Bank of Communications (Hong Kong) Limited | 027841100150502 | HKD 633,062.61 | 21st November 2025 |
| 74 | R25 | R2 | Fubon Bank (Hong Kong) Limited | 86207326118 | HKD 5,700 | 28th February 2026 |

Total: [HKD 867,749.78]

(vii) Chose in action represented by credit balances held in the following bank accounts in the name of R26 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
| --- | --- | --- | --- | --- | --- | --- |
| 75 | R26 | R2 | Bank of Communications (Hong Kong) Limited | 027841100148801 | HKD 47,156,572 | 1st March 2026 |
| 76 | R26 | R2 | Bank of Communications (Hong Kong) Limited | 027841100148802 | HKD 378,376.78 | 21st November 2025 |
| 77 | R26 | R2 | Fubon Bank (Hong Kong) Limited | 86207326126 | HKD 4,101.85 | 28th February 2026 |

Total: [HKD 47,539,050.63]

(viii) Chose in action represented by credit balances held in the following bank accounts in the name of R27 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
| --- | --- | --- | --- | --- | --- | --- |
| 78 | R27 | R2 | Bank of Communications (Hong Kong) Limited | 027841100851701 | USD 10,253,196.60 (approx. HKD 80,179,997.41) | 1st November 2025 |

Total: [HKD 80,179,997.41]

(ix) Chose in action represented by credit balances held in the following bank accounts in the name of R28 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
| --- | --- | --- | --- | --- | --- | --- |
| 79 | R28 | R2 | Bank of Communications (Hong Kong) Limited | 027841100656801 | USD 2,016.96 (approx. HKD 15,772.63) | 21st November 2025 |

Total: [HKD 15,772.63]

- 21 -

(x) Chose in action represented by credit balances held in the following bank accounts in the name of R28 (for and on account of Mighty Divine Fund II SP) but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 80 | R28 | R2 | Bank of Communications (Hong Kong) Limited | 027841100709901 | USD 10,510,505.40 (approx. HKD 82,192,152.23) | 21st November 2025 |

Total: [HKD 82,192,152.23]

(xi) Chose in action represented by credit balances held in the following bank accounts in the name of R28 (for and on account of Mighty Divine Fund III SP) but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 81 | R28 | R2 | Bank of Communications (Hong Kong) Limited | 027841101739301 | USD 148,696.32 (approx. HKD 1,162,805.22) | 21st November 2025 |
| 82 | R28 | R2 | Bank of Communications (Hong Kong) Limited | 027841101740701 | USD 5,001,976.18 (approx. HKD 39,115,453.73) | 8th December 2025 |

Total: [HKD 40,278,258.95]

(xii) 4,830,447 Series E preferred shares of ClinChoice Medical Development Limited held in MD Alpha Limited in the name of R28 (for and on account of Mighty Divine Fund III SP) but subject to the effective control of R2 (qua 100% ownership of R28):-

| Account | Owner | Account Signatory | Institution/ Company | Securities | Estimated values | Date (As of) |
|---|---|---|---|---|---|---|
| N/A | R28 | N/A | MD Alpha Limited | 4,830,447 Series E preferred shares of ClinChoice Medical Development Limited | USD 16,974,960 (approx. HKD 132,744,187.20) | 31st December 2024 (from audited financial statements of Mighty Divine Fund III SP) |

Total: [HKD 132,744,187.20]

(xiii)   Chose in action represented by credit balances held in the following bank accounts in the name of R29 (for and on account of Mighty Divine Global Fund I SP) but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 83 | R29 | R2 | Bank of Communications (Hong Kong) Limited | 027841100852001 | HKD 187,806,076.88 | 21st November 2025 |
| 83-1 | R29 | R2 | Bank of Communications (Hong Kong) Limited | 027841100852001 | USD 33,325,264.14 (approx. HKD 260,603,565.57) | 21st November 2025 |
| 84 | R29 | R2 & others | China International Capital Corporation Hong Kong Securities Limited | MGDGFS0 | USD 4,977,513.33 (approx. HKD 38,924,154.241) + HKD 9,696.64 (Total approx. HKD 38,933,850.88) | 28th February 2026 |
| 85 | R29 | R2 & others | CICC Financial Trading Limited | FT-M047 | USD 4,195,676.13 (approx. HKD 32,810,188.3) + HKD 0.96 (Total approx. HKD 32,810,189.26) | 20th March 2026 |
| 86 | R29 | R2 & others | CITIC Securities Brokerage (HK) Limited | 8685203416 | HKD 123,016,393.16 | 27th February 2026 |
| 87 | R29 | R2 | Goldman Sachs (Asia) L.L.C. | 054973953 | USD 6,411,021.39 (approx. HKD 50,134,187.27) | 28th February 2026 |
| 88 | R29 | R2 | Goldman Sachs (Asia) L.L.C. | 054977475 | USD 1,407,171.59 (approx. HKD 11,004,081.83) | 28th February 2026 |
| 89 | R29 | R2 | Goldman Sachs International | 402590970 | USD 93,847,593.12 (approx. HKD 733,888,178.20) | 23rd March 2026 |

Total:   [HKD1,438,196,523.05]

(xiv)   Chose in action represented by credit balances held in the following bank accounts held by R30 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 90 | R30 | R2 | Bank of Communications (Hong Kong) Limited | 027841100508201 (HKD) | HKD 19,015.02 | 21st November 2025 |

- 23 -

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---------|-------|-------------------|------------------------|----------------------|----------------|--------------|
| 90-1 | R30 | R2 | Bank of Communications (Hong Kong) Limited | 027841100508201 (USD) | USD 16,049.75 (approx. HKD 125,509.05) | 28th February 2026 |
| 91 | R30 | R2 | Bank of Communications (Hong Kong) Limited | 027841100508202 | HKD 752,717.41 | 21st November 2025 |

Total:   [HKD897,241.48]

(xv) Chose in action represented by credit balances held in the following bank accounts held by R31 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---------|-------|-------------------|------------------------|----------------------|----------------|--------------|
| 92 | R31 | R2 | China CITIC Bank International Limited | 744141633701 | USD 9.72 (approx. HKD 76.01) | 28th February 2026 |
| 93 | R31 | R2 | China CITIC Bank International Limited | 744141633718 | CNY 93.68 (approx. HKD 106.8) | 28th February 2026 |
| 94 | R31 | R2 | China CITIC Bank International Limited | 744141633700 | HKD 2,424,511.78 | 28th February 2026 |
| 95 | R31 | R2 | China CITIC Bank International Limited | 744220132600 | HKD 107.79 | 28th February 2026 |
| 96 | R31 | R2 | Bank of Communications (Hong Kong) Limited | 027841102070201 | HKD 37,404.10 | 21st November 2025 |
| 97 | R31 | R2 | Bank of Communications (Hong Kong) Limited | 027841102070201 (EUR) | EUR 879.27 (approx. HKD 8,124.45) | 21st November 2025 |
| 97-1 | R31 | R2 | Bank of Communications (Hong Kong) Limited | 027841102070201 (GBP) | GBP 150.03 (approx. HKD 1,582.82) | 21st November 2025 |
| 98 | R31 | R2 | Bank of Communications (Hong Kong) Limited | 027841102070202 | HKD 4,858,019.84 | 21st November 2025 |

Total:   [HKD 7,329,933.59]

(xvi) Chose in action represented by credit balances held in the following bank accounts held by R32 but subject to the effective control of R2:-

- 24 -

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 99 | R32 | R2 | Bank of Communications (Hong Kong) Limited | 382849102051102 | HKD 193,533.60 | 21st November 2025 |

Total:   [HKD193,533.60]

(xvii)  Chose in action represented by credit balances held in the following bank accounts held by R33 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 100 | R33 | R2 & others | Bank of Communications (Hong Kong) Limited | 382849103467901 | HKD 32,931.4 | 22nd January 2026 |
| 101 | R33 | R2 & others | Bank of Communications (Hong Kong) Limited | 382849103467902 | HKD 826,397.25 | 12th November 2025 |
| 102 | R33 | R2 & others | Bank of Communications (Hong Kong) Limited | 382849103489703 | HKD 1,500,000.00 | 12th November 2025 |

Total:   [HKD 2,359,328.65]

(xviii)  Chose in action represented by credit balances held in the following bank accounts held by R34 but subject to the effective control of R2:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 103 | R34 | R2 | Bank of Communications (Hong Kong) Limited | 027841102032401 | HKD 108,721.53 | 31st January 2026 |
| 103-1 | R34 | R2 | Bank of Communications (Hong Kong) Limited | 027841102032401 | GBP 6,106.96 (approx. HKD 64,428.43) | 31st January 2026 |
| 104 | R34 | R2 | Bank of Communications (Hong Kong) Limited | 027841101696302 | HKD 617,207.57 | 21st November 2025 |

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 105 | R34 | R2 | Bank of Communications (Hong Kong) Limited | 027841101696301 | HKD 1,400.00 | 21st November 2025 |
| 106 | R34 | R2 | Bank of Communications (Hong Kong) Limited | 027841101693402 | HKD 1,352,232.72 | 21st November 2025 |

Total: [HKD 2,143,990.25]

## Realisable Properties of LI Thet (3rd Respondent)

(i)    Chose in action represented by credit balances held in the following bank accounts in the name of R3:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 107 | R3 | R3 | Standard Chartered Bank (Hong Kong) Limited | 114336850101 | HKD 23,278,344.13 | 14th March 2026 |
| 108 | R3 | R3 | Standard Chartered Bank (Hong Kong) Limited | 36807974664 (MISC C/A - LI THET - EXIT BAL RETURN) | USD 5,000,000 (approx. HKD 39,100,000) | 21st November 2025 |
| 109 | R3 | R3 | Standard Chartered Bank (Hong Kong) Limited | 36807974672 (MISC C/A - LI THET - EXIT BAL RETURN) | EUR 454,309.20 (approx. HKD 4,202,360.10) | 21st November 2025 |
| 110 | R3 | R3 | Standard Chartered Bank (Hong Kong) Limited | 36807974745 (MISC C/A - LI THET - UT DIVIDEND) | HKD 579,542.54 | 21st November 2025 |
| 111 | R3 | R3 | Prudential Hong Kong Limited | 000012162467 | HKD 1,163,169 | 1st January 2026 |
| 112 | R3 | R3 | AIA Company (Trustee) Limited | 48940792 | HKD 247,298.64 | 11th March 2026 |
| 113 | R3 | R3 | BOCOM International Holdings Company Limited | 941127824 | HKD 10,179.93 | 28th October 2025 |

Total: [HKD 68,580,894.34]

- 26 -

(ii) Chose in action represented by credit balances held in the following bank accounts held in the name of R35 but subject to the effective control of R3:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 115 | R35 | R3 | Bank of Communications (Hong Kong) Limited | 027841101150601 | HKD 19,442,515.79 | 1st March 2026 |
| 116 | R35 | R3 | Bank of Communications (Hong Kong) Limited | 027841101150602 | HKD 165,446.11 | 19th November 2025 |

Total: [HKD 19,607,961.90]

(iii) Securities held in the following account held in the name of R35 but subject to the effective control of R3:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 117 | R35 | R3 | BOCOM International Holdings Company Limited | 941127829 | 602,000,000 shares of FSM Holdings Limited (approx. HKD 84,280,000 at $0.14 per share ending on 2026-03-26) | 27th March 2026 |

Total: [HKD84,280,000 ]

(iv) Chose in action represented by a shareholder loan in the sum of HKD100,000,000 provided by R35 to FSM Holdings Limited (a registered Non-Hong Kong company with Business Registration No. 69307217) pursuant to a loan agreement dated 24th February 2023 but subject to the effective control of R3.

*Realisable Properties of WU An-ming (4th Respondent)*

(i) Chose in action represented by credit balances held in the following bank accounts held in the name of R4:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 118 | R4 | R4 | Citibank N.A. (Hong Kong Branch) | 606514 | USD 1,223,056.6 (approx. HKD 9,564,302.61) | 28th February 2026 |

- 27 -

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 119 | R4 | R4 | Hang Seng Bank Limited | 238229553888 | HKD 480,259.31 | 9th March 2026 |
| 120 | R4 | R4 | Hang Seng Bank Limited | 238229553209 | USD 1.26 (approx. HKD 9.85) | 9th March 2026 |
| 121 | R4 | R4 | Hang Seng Bank Limited | 238229553201 | AUD 0.60 (approx. HKD 3.34) | 9th March 2026 |
| 122 | R4 | R4 | Manulife Provident Funds Trust Company Limited | 9000027-2118906 | HKD 194,701.42 | 25th March 2026 |
| 123 | R4 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522319462 | USD 91,176.11 (approx. HKD 712,997.18) | 27th February 2026 |
| 124 | R4 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522622495 | GBP 115.88 (approx. HKD 1,222.54) | 27th February 2026 |
| 125 | R4 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522710658 | CHF 2,454.66 (approx. HKD 24,963.89) | 27th February 2026 |
| 126 | R4 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522319477 | HKD 12.89 | 27th February 2026 |
| 127 | R4 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522366761 | CNY 0.31 (approx. HKD 0.35) | 28th November 2025 |
| 129 | R4 | R4 | Standard Chartered Bank (Hong Kong) Limited | 28800098140 | HKD 5,444,101.20 | 5th December 2025 |
| 129-1 | R4 | R4 | Standard Chartered Bank (Hong Kong) Limited | 28810122346 | HKD 23,554.57 | 5th December 2025 |
| 130 | R4 | R4 | Nest Clearing and Custody Limited | 155776802 | 0.57056704 Bitcoin (approx. HKD 409,000.77) | 22nd January 2026 |
| | | | | Total: | [HKD 16,855,129.92 ] | |

(ii)    A real property held by R4:-

| | |
|---|---|
| Property Reference No. | B5165105 |
| Lot No. | Kowloon Inland Lot No. 11090 |
| Share of the Lot | 877/4415570 |
| Address | Flat A on 7th Floor of Tower 6, Park Avenue, No.18 Hoi Ting Road, Kowloon |
| Owner | WU An-ming (R4) |
| Date of Purchase | 15th August 2013 |
| Consideration | HKD 10,700,000 |
| Estimated Market Value | **HKD 15,000,000** [as of 31st December 2025, replied by Rating and Valuation Department] |

(iii) Chose in action represented by credit balances held in the following bank accounts held in the name of R36 but subject to the effective control of R4 (qua 100% ultimate beneficial owner of R36):-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 131 | R36 | Others (not R4) | Citibank N.A. (Hong Kong Branch) | 606544 | USD 4,607,041.79 (approx. HKD 36,027,066.80) | 31st January 2026 |
| 132 | R36 | Others (not R4) | China Minsheng Banking Corp Limited | 800047273214 | USD 91,390.47 (approx. HKD 714,673.48) | 28th February 2026 |
| | | | | Total: | [HKD 36,741,740.28 ] | |

(iv) Chose in action represented by credit balances held in the following bank accounts held in the name of R37 but subject to the effective control of R4 (qua 100% ultimate beneficial owner of R37):-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 133 | R37 | R4 & others | Citibank N.A. (Hong Kong Branch) | 606541 | USD 87,698.12 (approx. HKD 685,799.30) | 31st January 2026 |
| | | | | Total: | [HKD 685,799.30] | |

(v) Chose in action represented by credit balances held in the following bank accounts held in the name of R38 but subject to the effective control of R4:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---------|-------|-------------------|------------------------|------------------------|----------------|--------------|
| 134 | R38 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522581772 | USD 20,516,026.69 (approx. HKD 160,435,328.72) | 27th February 2026 |
| 135 | R38 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522581787 | HKD 838,383.25 | 27th February 2026 |
| 136 | R38 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522581829 | CHF 238.51 (approx. HKD 2,425.65) | 27th February 2026 |
| 137 | R38 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522581867 | CNY 2,857.78 (approx. HKD 3,257.87) | 27th February 2026 |
| 138 | R38 | R4 | Standard Chartered Bank (Hong Kong) Limited | 8522581807 | GBP 9.00 (approx. HKD 94.95) | 5th December 2025 |
| 141 | R38 | R4 | Citibank N.A. (Hong Kong Branch) | 606542 | USD 956,026.84 (approx. HKD 7,476,129.89) | 28th February 2026 |
| 142 | R38 | R4 | China Minsheng Banking Corp Limited | 800048709201 | HKD 1,654,359.65 | 28th February 2026 |
| 143 | R38 | R4 | China Minsheng Banking Corp Limited | 800048709114 | USD 10 (approx. HKD 78.2) | 28th February 2026 |
| 144 | R38 | R4 | China Minsheng Banking Corp Limited | 800048709199 | CNY 69.26 (approx. HKD 78.96) | 28th February 2026 |
| 145 | R38 | R4 | China Minsheng Banking Corp Limited | 800048709101 | HKD 51,373 | 28th February 2026 |
| 146 | R38 | R4 | China Minsheng Banking Corp Limited | 800048709214 | USD 65,839.35 (approx. HKD 514,863.72) | 28th February 2026 |
| 147 | R38 | R4 | China Minsheng Banking Corp Limited | 800048709299 | CNY 69.48 (approx. HKD 79.2) | 28th February 2026 |
| | | | | Total: | [HKD 170,976,453.06] | |

(vi) Chose in action represented by credit balances held in the following bank accounts held in the name of R39 but subject to the effective control of R4:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 148 | R39 | R4 | Hang Seng Bank Limited | 369179437883 | HKD 1,413,067.35 + USD 2,265.59 (approx. HKD 17,716.91)  (Total approx.. 1,430,784.26) | 28th February 2026 |

Total:   [HKD 1,430,784.26 ]

(vii) Chose in action represented by credit balances held in the following bank accounts held in the name of R40 but subject to the effective control of R4 (due to his 20% shareholdings of R40):-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---|---|---|---|---|---|---|
| 149 | R40 | Others (not R4) | Fubon Bank (Hong Kong) Limited | 86202157344 | HKD 211,079.94 (20% = HKD 42,215.99) | 28th February 2026 |
| 150 | R40 | Others (not R4) | Fubon Bank (Hong Kong) Limited | 86252218253 | USD 2,046,379.80 (approx. HKD 16,002,690.04) (20% = HKD 3,200,538.01) | 28th February 2026 |
| 151 | R40 | Others (not R4) | Fubon Bank (Hong Kong) Limited | 86280010150 | CNY 33,610.37 (approx. HKD 38,267.96) (20% = HKD 7,653.59) | 28th February 2026 |
| 152 | R40 | Others (not R4) | Fubon Bank (Hong Kong) Limited | 8624015788504 | EUR 1.25 (approx. HKD 11.56) (20% = HKD 2.31) | 28th February 2026 |
| 153 | R40 | Others (not R4) | Fubon Bank (Hong Kong) Limited | 8624015788505 | GBP 272.87 (approx. HKD 2,878.78) (20% = HKD 575.76) | 28th February 2026 |
| 154 | R40 | Others (not R4) | Fubon Bank (Hong Kong) Limited | 86202157641 | HKD 20,013.75 (20% = HKD 4,002.75) | 28th February 2026 |

Total:   [HKD 3,254,988.41 ]

(viii) Chose in action represented by credit balances held in the following account in the name of R40 as trustee of "Future Wing Financial Discretionary Trust – WU An Ming's Trust" but subject to the effective control of R4 as discretionary beneficiary:-

- 31 -

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---------|-------|-------------------|------------------------|-----------------------|----------------|---------------|
| 155 | R40 | Others (not R4) | First Shanghai Securities Limited | 0829566-00-1 | HKD 21,785.29 | 31st March 2026 |
| | | | | Total: | [HKD 21,785.29 ] | |

(ix) Securities held in the following account held in the name of R40 as trustee of "Future Wing Financial Discretionary Trust – WU An Ming's Trust" but subject to the effective control of R4 as discretionary beneficiary:-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---------|-------|-------------------|------------------------|-----------------------|----------------|---------------|
| 155-1 | R40 | Others (not R4) | First Shanghai Securities Limited | 0829566-00-1 | **19,200,000 shares of Boyaa Interactive International Limited** (Approx. HKD 51,840,000 at $2.70 per share ending on 2026-03-27) | 27th March 2026 |
| 156 | R40 | Others (not R4) | Monmonkey Group Securities Limited | 1888844 | **20,000,000 shares of HKE Holdings Limited** (Approx. HKD 24,600,000 at $1.23 per share ending on 2026-03-27) | 27th March 2026 |
| | | | | Total: | [HKD 76,440,000] | |

(x) Chose in action represented by credit balances held in the following bank accounts held in the name of R41 but subject to the effective control of R4 (qua 100% ultimate beneficial owner of R41):-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of ) |
|---------|-------|-------------------|------------------------|-----------------------|----------------|---------------|
| 157 | R41 | Others (not R4) | Bank of China (Hong Kong) Limited | 01288892281678 | CNY 5,064,718.70 + USD 97,722.43 (total approx. HKD 6,537,968.72) | 5th March 2026 |
| 158 | R41 | Others (not R4) | Bank of China (Hong Kong) Limited | 01288810347433 | HKD 16,023,917.85 | 5th March 2026 |
| 159 | R41 | Others (not R4) | Bank of China (Hong Kong) Limited | 01288800143355 | HKD 671,468.43 | 5th March 2026 |
| 160 | R41 | Others (not R4) | Bank of China (Hong Kong) Limited | 01288800144303 | HKD 31,985.87 | 5th March 2026 |

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 161 | R41 | Others (not R4) | Mizuho Bank Limited (Hong Kong Branch) | H10-153067 | HKD 54,862.79 | 5th March 2026 |
| 162 | R41 | Others (not R4) | Mizuho Bank Limited (Hong Kong Branch) | F15-265518 | USD 23.33 (approx. HKD 182.44) | 31st January 2026 |
| 163 | R41 | Others (not R4) | Mizuho Bank Limited (Hong Kong Branch) | F15-907518 | RMB 17,038.86 (approx. HKD 19,424.3) | 31st January 2026 |
| 164 | R41 | Others (not R4) | Mizuho Bank Limited (Hong Kong Branch) | H15-265500 | HKD 4,161.34 | 31st January 2026 |

Total:    [HKD 23,343,971.74 ]

(xi) Chose in action represented by credit balances held in the following account held in the name of R42 but subject to the effective control of R4 (qua 100% ultimate beneficial owner of R42):-

| Account | Owner | Account Signatory | Financial Institutions | Bank No. / Policy No. | Credit Balance | Date (As of) |
|---|---|---|---|---|---|---|
| 165 | R42 | Others (not R4) | Interactive Brokers Singapore Pte. Ltd. | U13373883 | USD 7,192,557.06 (approx. HKD 56,245,796.20) | 10th April 2026 |

Total:    [HKD 56,245,796.20 ]

## DISCLOSURE OF INFORMATION

4.        Unless there is a further order of the Court, the Respondents shall file and serve upon the Secretary for Justice on or before **the 6th day of July 2026** affidavits/affirmations disclosing for the preceding six years the full value of any salary or other earnings, together with any money, goods or other assets whatsoever which are held by them, whether in their own name or on their behalf by some other person or company, and whether located within or outside Hong Kong, and identifying with full particularity the nature and location of such assets and in whose names those assets are held and the sources from which such assets are derived and without prejudice to the generality of the foregoing :

- 33 -

(a)    details of all accounts held with banks, deposits taking companies or other financial institutions whether located within or outside Hong Kong, including details sufficient to identify the accounts, the present balance of the accounts and any encumbrances on the accounts;

(b)    particulars, including addresses, of all real property, whether freehold or leasehold, in which the Respondents have any proprietary interest, the nature and extent of that interest and details of any mortgage or charge thereon stipulating any sum loaned in respect of such property and how much is outstanding.   Full particulars of any rent paid to them, their servants or agents by any person including which account such rent is paid into or how such rent is otherwise applied;

(c)    particulars of all securities, including but not limited to unit trusts, shares or debentures in any company or corporation, public or private, whether incorporated in Hong Kong or elsewhere, insurance policies and any other deposits or investments held by them;

(d)    particulars of all personal property, including but not limited to jewellery, cash, motor vehicles, antiques or other items of value; and

(e)    particulars of any monies owed to them by other persons or companies or vice versa.

- 34 -

5.          No disclosure made in compliance with this Order shall be used as evidence against the Respondents in any criminal prosecution, except in proceedings under section 31 of the Crimes Ordinance, Cap. 200.

6.          The information disclosed in compliance with this Order shall not be used for any purpose other than these proceedings and confiscation proceedings, and shall not be disclosed or otherwise divulged to any third party without the leave of this Court.

## QUALIFICATIONS

7.          Nothing in this Order shall :

(a)    prevent any person affected by this Order, including any financial institution, from paying any money restrained by this Order to the party responsible for enforcement of any Confiscation Order which may hereafter be made by the Court of First Instance or District Court against the Respondents in satisfaction of part or the whole of the said Confiscation Order; and

(b)    prevent the levy of distress upon any goods subject to this Order for the purpose of enforcement of any Confiscation Order which may hereafter be made by the Court of First Instance or District Court.

## DURATION OF THIS ORDER

8.    This Order will remain in force unless before then it is varied or discharged by a further order of the Court.   The application for continuation of this Order shall be heard by the Court at 9:30 am on **the 3rd day of August 2026.**   There be liberty to apply for an extension.

## EFFECT OF THIS ORDER

9.    A Respondent who is an individual who is ordered not to do something must not do it himself/herself or in any other way.   He/She must not do it through others acting on his/her behalf or on his/her instructions or with his/her encouragement.

10.    A person which is a corporation and which is ordered not to do something must not do it itself or by its directors, officers, partners, employees or agents or in any other way.

11.    It is a Contempt of Court for any person notified of this Order knowingly to assist in or permit a breach of this Order.   Any person doing so may be imprisoned or fined, or have his/her/their assets seized.

## CRIMINAL OFFENCE FOR BREACHING THIS ORDER

12.     A person who knowingly deals in any realizable property in contravention of this Order commits an offence and is liable:

   (a)   on conviction upon indictment to a fine of $500,000 or to the value of the realizable property the subject of the Restraint Order concerned which has been dealt with in contravention of that Order, whichever is the greater, and to imprisonment for 5 years; or

   (b)   on summary conviction to a fine of $250,000 and to imprisonment for 2 years.

## SERVICE

13.     The Order is to be served upon: -

   (a)   The Respondents (R1-R42) at their last known addresses or such places (including company secretary offices) as they may be located by an authorized officers as soon as practicable by post.

   (b)   Should service as mentioned in para. 13(a) be unsuccessful, service of all documents in these proceedings including but not limited to summonses, orders and incidental documents by advertising a notice of the same for one issue in each of the followings: -

   (i) The South China Morning Post published and circulated in Hong Kong; and

- 37 -

(ii) The Sing Tao Daily published and circulated in Hong Kong,

shall be deemed good and sufficient service of the said documents

upon the Respondents.


14.        Notice of this Order shall be given to persons and companies

affected by it.


## UNDERTAKINGS

15.        The Secretary for Justice gives to the Court the undertakings set out in

Schedule 2 to this Order.


## VARIATION OR DISCHARGE OF THIS ORDER

16.        The Respondents, or anyone affected by this Order, may apply to the

Court at any time to vary or discharge this Order (or so much of it as affects that

person), but anyone wishing to do so should give not less than 3 clear days' notice

before the date fixed for the application to the Secretary for Justice.


## REGISTRATION

17.        The Secretary for Justice be at liberty to lodge for registration of this

Order at relevant government registry/registries.

## COUNSEL ACTING ON BEHALF OF THE SECRETARY FOR JUSTICE

18.     Counsel on behalf of the Secretary for Justice is :-

Ms. Jessie Sham
Senior Public Prosecutor
Prosecutions Division, Department of Justice,
10th Floor, West Wing, Justice Place,
18 Lower Albert Road,
Central,
Hong Kong
Tel   : 3902 8219
Fax   : 2536 8316

## INTERPRETATION OF THIS ORDER

19.     In this Order "he", "him", or "his" include "she", "her", "hers" and "it" or "its" and "they", "them" or "their".

20.     When there are two or more Respondents then (unless otherwise stated) :-

(a)   references to "The Respondent" mean both or all of them;

(b)   an Order requiring "The Respondent" to do or not to do anything requires each Respondent to do it or not to do it; and

(c)   a requirement relating to service of this Order, or of any legal proceedings on "The Respondent" means on each of them.

Dated this 4th day of May 2026.

Registrar

## SCHEDULE 1

### Affirmation

The Judge has read the Affirmation of Detective Senior Inspector LAU Ka-chun filed on the 27th day of April 2026 together with the exhibits referred to therein before making this Order.

## SCHEDULE 2

### Undertakings given to the Court by the Secretary for Justice

AND UPON the undertaking of the Secretary for Justice through the said Senior Public Prosecutor:

1.    To serve upon any banks which may hold accounts belonging to the Respondents and where applicable the Land Registries, the Company Registry, the Transport Department and any third parties of which the Secretary for Justice may be given notice, a copy of this Order.

2.    To pay the reasonable costs, damages, and expenses of any person or body, other than the Respondents, to whom notice of this Order may be given in ascertaining whether any assets that are the subject of the Order are within their possession or control or which are incurred by them in complying with the terms of this Order.

3.    If for any reason this Order ceases to have effect, the Secretary for Justice will forthwith take all reasonable steps to inform, in writing, any person or company to whom he has given notice of this Order, or who he has reasonable grounds for supposing may act upon this Order, that it has ceased to have effect.

- 40 -

HCMP 661 of 2026

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

MISCELLANEOUS PROCEEDINGS NO. 661 OF 2026

IN THE MATTER OF THE

ORGANIZED AND SERIOUS CRIMES ORDINANCE, CAP 455

AND

IN THE MATTER OF

| | |
|---|---|
| Secretary for Justice | Applicant |
| and | |

| | |
|---|---|
| CHEN Zhi (陳志) | 1st Respondent ("R1") |
| [Male, Holder of Hong Kong Identity Card No. M852253(2), Ex-Holder of Cambodia Identity Card No. 010868617, Ex-Holder of Cambodia Passport No. N00081108 / N01956666, Holder of Vanuatu Passport No. RV047996 and Holder of The Republic of Cyprus Passport No. K00395168] | |

| | |
|---|---|
| ZHOU Yun (周芸) | 2nd Respondent ("R2") |
| [Female, Holder of Hong Kong Identity Card No. R906725(5), Holder of Exit-Entry Permit for Travelling to and from Hong Kong and Macao No. W40085284, Holder of China Passport No. G30024177 and Holder of China Identity Card No. 421083198210170048] | |

- 41 -

LI Thet (李添)                                                                                     3rd Respondent ("R3")
[Alias LI Tian, Male, Holder of China Identity Card No.
110106198707060038, Holder of Cambodia Identity Card No.
G56318705, Holder of Cambodia Passport No. N00199997,
Holder of Vanuatu Passport No. RV091789 and Holder of
Saint Kitts and Nevis Passport No. RE008714]

WU An-ming (胡晏銘)                                                                           4th Respondent ("R4")
[Alias CHEN Xiaoer (陳小二), Male, Holder of Hong Kong
Identity Card No. M200114(A), Holder of Hong Kong
Passport No. HJ2068539, Holder of Saint Kitts and Nevis
Passport No. RE0107642 / RE00660066 and Holder of China
Passport No. G44232996]

Star Merit Global Limited                                                                     5th Respondent ("R5")
[A company incorporated in the British Virgin Islands, BVI
Company No. 1984550]

Southern Heritage Limited                                                                    6th Respondent ("R6")
[A company incorporated in the British Virgin Islands, BVI
Company No. 2035209]

Prince Global Holdings Limited                                                             7th Respondent ("R7")
[A company incorporated in the British Virgin Islands, BVI
Company No. 1988528]

Harmonic State Limited                                                                        8th Respondent ("R8")
[A company incorporated in the British Virgin Islands, BVI
Company No. 2030628]

Prince Group Holdings Limited                                                            9th Respondent ("R9")
[A company incorporated in Hong Kong, Business
Registration No. 69148067, Company Registration No.
2673683]

Prince Global Group Limited                                                              10th Respondent ("R10")
[A company incorporated in the British Virgin Islands, BVI
Company No. 1988522]

Noble Title Limited                                                                             11th Respondent ("R11")
[A company incorporated in the British Virgin Islands, BVI
Company No. 1925678]

| | |
|---|---|
| Auspicious Tycoon Limited<br>[A company incorporated in the British Virgin Islands, BVI<br>Company No. 1984330] | 12th Respondent ("R12") |
| Even Sincerity Limited<br>[A company incorporated in the British Virgin Islands, BVI<br>Company No. 1970592] | 13th Respondent ("R13") |
| Luminous Glow Limited<br>[A company incorporated in the British Virgin Islands, BVI<br>Company No. 1992019] | 14th Respondent ("R14") |
| Oriental Charm Holdings Investment Limited<br>[A company incorporated in the British Virgin Islands, BVI<br>Company No. 1977528] | 15th Respondent ("R15") |
| United Riches Global Limited<br>[A company incorporated in the British Virgin Islands, BVI<br>Company No. 1984537] | 16th Respondent ("R16") |
| Cheer Capital Limited<br>[A company incorporated in Hong Kong, Business<br>Registration No. 51220263, Company Registration No.<br>1356765] | 17th Respondent ("R17") |
| Giant Victory Holdings Limited<br>[A company incorporated in the British Virgin Islands, BVI<br>Company No. 1930566] | 18th Respondent ("R18") |
| Asia Uni Corporation Limited<br>[A company incorporated in Hong Kong, Business<br>Registration No. 71820237, Company Registration No.<br>2937497] | 19th Respondent ("R19") |
| Simply Advanced Limited<br>[A company incorporated in the British Virgin Islands, BVI<br>Company No. 2035067] | 20th Respondent ("R20") |
| Pli No.2 Limited<br>[A company incorporated in the Jersey, Jersey Registration<br>No. 126931] | 21st Respondent ("R21") |

Path-Breaker Limited
[A company incorporated in the British Virgin Islands, BVI Company No. 2069227]

22nd Respondent ("R22")

Mighty Divine Securities Limited
[A company incorporated in Hong Kong, Business Registration No. 70808945, Company Registration No. 2838290]

23rd Respondent ("R23")

Mighty Divine Investment Management Limited
[A company incorporated in Hong Kong, Business Registration No. 62230883, Company Registration No. 1986022]

24th Respondent ("R24")

Mighty Divine (HK) Limited
[A company incorporated in Hong Kong, Business Registration No. 68645725, Company Registration No. 2623747]

25th Respondent ("R25")

Mighty Divine Limited
[A company incorporated in the British Virgin Islands, BVI Company No. 1961510]

26th Respondent ("R26")

Mighty Divine Management Limited
[A company incorporated in the Cayman Islands, Cayman Islands Registration No. 341114]

27th Respondent ("R27")

Mighty Divine Fund SPC
[A company incorporated in the Cayman Islands, Cayman Islands Registration No. 339930]

28th Respondent ("R28")

Mighty Divine Global Fund SPC
[A company incorporated in the Cayman Islands, Cayman Islands Registration No. 341500]

29th Respondent ("R29")

Sun & Sun Limited
[A company incorporated in Hong Kong, Business Registration No. 69483170, Company Registration No. 2706961]

30th Respondent ("R30")

Bright Team Global Limited
[A company incorporated in the British Virgin Islands, BVI Company No. 1984336]

31st Respondent ("R31")

Mighty Divine Personnel Consultants Limited
[A company incorporated in Hong Kong, Business Registration No. 72403753, Company Registration No. 2994832]

32nd Respondent ("R32")

Mighty Divine Trust (Hong Kong) Limited
[A company incorporated in Hong Kong, Business Registration No. 73464041, Company Registration No. 3095311]

33rd Respondent ("R33")

Mighty Divine Insurance Brokers Limited
[A company incorporated in Hong Kong, Business Registration No. 70487589, Company Registration No. 2806520]

34th Respondent ("R34")

Luxuriant East Limited
[A company incorporated in the British Virgin Islands, BVI Company No. 1996043]

35th Respondent ("R35")

Future Cosmos Limited
[A company incorporated in Hong Kong, Business Registration No. 69433109, Company Registration No. 2701984]

36th Respondent ("R36")

Future Cosmos One Limited
[A company incorporated in Hong Kong, Business Registration No. 69320546, Company Registration No. 2690808]

37th Respondent ("R37")

Future King INC.
[A company incorporated in the British Virgin Islands, BVI Company No. 1937304]

38th Respondent ("R38")

Xing Ye Heng Fu Co., Limited
[A company incorporated in Hong Kong, Business Registration No. 62883082, Company Registration No. 2050946]

39th Respondent ("R39")

Future Wing Financial Company Limited                    40th Respondent ("R40")
[A company incorporated in Hong Kong, Business
Registration No. 71356127, Company Registration No.
2891873]

China Reserve Securities Limited                         41st Respondent ("R41")
[A company incorporated in Hong Kong, Business
Registration No. 22200353, Company Registration No.
0664601]

Future Oasis Pte. Ltd.                                   42nd Respondent ("R42")
[A company incorporated in Singapore, Company Unique
Entity No. 202211667K]

---

## ORDER

---

Filed this 4th day of May, 2026 @ ____ a.m./p.m.


Department of Justice
10th Floor, West Wing
Justice Place
18 Lower Albert Road
Central
Hong Kong

Tel : 3902 8219
Fax : 2536 8316

- 46 -