**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

**AUTHORIZED FOREIGN REPRESENTATIVES' NOTICE OF SUBPOENAS TO MINYI TANG, FAN YANG, AMBER HILL VENTURES LIMITED, AND LATERAL BRIDGE GLOBAL LIMITED PURSUANT TO FED. R. CIV. P. 45**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to rule 45 of the Federal Rules of Civil Procedure (as made applicable in these proceedings by rule 9016 of the Federal Rules of Bankruptcy Procedure), rule 2004 of the Federal Rules of Bankruptcy Procedure, sections 1521(a)(4) and 1521(a)(7) of title 11 of the United States Code, and the *Order Granting Provisional Relief*, ECF No. 44, Paul Pretlove, David Standish and James Drury, in their capacities as Joint Provisional Liquidators of Prince Global Holdings Limited and its affiliated debtors (each, a "Debtor," and collectively, the "Debtors")[1] and the Authorized Foreign Representatives of the Debtors in these proceedings, by and through their undersigned counsel, will serve the attached subpoenas for the production of documents on the following recipients: Minyi Tang, Fan Yang, and Amber Hill Ventures Limited and Lateral Bridge Global Limited. The requested materials

---

[1]   The Debtors in the above-captioned action are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at *Exhibit A – List of Debtors*, ECF No. 2-1.

must be produced on or before June 5, 2026 at 9:00 a.m. ET at Sullivan & Cromwell LLP, 125

Broad Street, New York, NY, 10004 or at such other time and place as may be agreed upon in

writing by counsel for the parties.

Dated: May 23, 2026
      New York, New York

Respectfully submitted,

Christopher J. Dunne

Andrew G. Dietderich
Sharon Cohen Levin
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
Email:   dietdericha@sullcrom.com
      levinsc@sullcrom.com
      dunnec@sullcrom.com
      crokej@sullcrom.com
      kranzleya@sullcrom.com

*Counsel to the Authorized Foreign
Representatives*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2026, I caused true and correct copies of the foregoing

**AUTHORIZED FOREIGN REPRESENTATIVES' NOTICE OF SUBPOENAS TO MINYI**

**TANG, FAN YANG, AMBER HILL VENTURES LIMITED, AND LATERAL BRIDGE**

**GLOBAL LIMITED PURSUANT TO FED. R. CIV. P. 45** to be served via CM/ECF upon all

parties entitled to notice.

Christopher J. Dunne

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

____Southern____ District of __New York_____

In re __PRINCE GLOBAL HOLDINGS LIMITED et al.__      Case No. __26-10769 (MG)_____

_____Debtor_____

Chapter ____15_____

## SUBPOENA FOR RULE 2004 EXAMINATION

To: __Minyi Tang_____

*(Name of person to whom the subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
| | |

The examination will be recorded by this method: _____

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See Authorized Foreign Representatives' First Set of Requests for Production of Documents to Minyi Tang pursuant to Fed. R. Bankr. P. 2004

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __May 23, 2026__

CLERK OF COURT

OR

_____          _____/s/ Samuel F. Moran_____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
__Paul Pretlove, David Standish and__ , who issues or requests this subpoena, are:
  James Drury

Christopher J. Dunne, 125 Broad Street, New York, NY 10004, dunnec@sullcrom.com, (212) 558-4000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re PRINCE GLOBAL HOLDINGS LIMITED et al.   Case No. 26-10769 (MG)

Debtor

Chapter 15

## SUBPOENA FOR RULE 2004 EXAMINATION

To: Fan Yang

*(Name of person to whom the subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure.  A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The examination will be recorded by this method: _____

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See Authorized Foreign Representatives' First Set of Requests for Production of Documents to Fan Yang pursuant to Fed. R. Bankr. P. 2004

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 23, 2026

CLERK OF COURT

OR

_____          _____/s/ Samuel F. Moran_____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Paul Pretlove, David Standish and James Drury , who issues or requests this subpoena, are:

Christopher J. Dunne, 125 Broad Street, New York, NY 10004, dunnec@sullcrom.com, (212) 558-4000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  PRINCE GLOBAL HOLDINGS LIMITED et al.        Case No. 26-10769 (MG)

Debtor

Chapter 15

## SUBPOENA FOR RULE 2004 EXAMINATION

To: Amber Hill Ventures Limited and Lateral Bridge Global Limited

*(Name of person to whom the subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
| | |

The examination will be recorded by this method: _____

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See Authorized Foreign Representatives' First Set of Requests for Production of Documents to Amber Hill Ventures Limited and Lateral Bridge Global Limited pursuant to Fed. R. Bankr. P. 2004

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 23, 2026

CLERK OF COURT

OR

_____        _____/s/ Samuel F. Moran_____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
__Paul Pretlove, David Standish and__ , who issues or requests this subpoena, are:
James Drury

Christopher J. Dunne, 125 Broad Street, New York, NY 10004, dunnec@sullcrom.com, (212) 558-4000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).