**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

PRINCE GLOBAL HOLDINGS LIMITED *et al.*,

Debtors in Foreign Proceedings.

Chapter 15

Case No. 26-10769 (MG)

(Jointly Administered)

**AUTHORIZED FOREIGN REPRESENTATIVES' NOTICE OF SUBPOENA TO**
**KOBRE & KIM LLP PURSUANT TO FED. R. CIV. P. 45**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to rule 45 of the Federal Rules of Civil Procedure (as made applicable in this proceeding by rule 9016 of the Federal Rules of Bankruptcy Procedure), rule 2004 of the Federal Rules of Bankruptcy Procedure, sections 1521(a)(4) and 1521(a)(7) of title 11 of the United States Code, and the *Order Granting Provisional Relief*, ECF No. 44, Paul Pretlove, David Standish and James Drury, in their capacities as Joint Provisional Liquidators of Prince Global Holdings Limited and its affiliated debtors (each, a "Debtor," and collectively, the "Debtors")[1] and the Authorized Foreign Representatives of the Debtors in this proceeding, by and through their undersigned counsel, will serve the attached subpoena for the production of documents on the following recipients: Kobre & Kim LLP. The requested materials must be produced on or before June 8, 2026 at 9:00 a.m. ET at Ellenoff

---

[1] The Debtors in the above-captioned action are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at *Exhibit A – List of Debtors*, ECF No. 2-1.

1

Grossman & Schole LLP, 1345 Avenue of the Americas, 11th Fl., New York, NY, 10105 or at

such other time and place as may be agreed upon in writing by counsel for the parties.


Dated: May 23, 2026                                  Respectfully submitted,
      New York, New York


                                                  */s/ Howard J. Kaplan*
                                                  Howard J. Kaplan
                                                  Harry L. Grabow
                                                  **ELLENOF GROSSMAN & SCHOLE LLP**
                                                  1345 Avenue of the Americas, 11th Fl.
                                                  New York, NY 10105
                                                  Telephone:   (212) 370-1300
                                                  Facsimile:   (212) 370-7889
                                                  Email:      HKaplan@egsllp.com
                                                  Email:      HGrabow@egsllp.com

                                                  *Counsel to the Authorized Foreign*
                                                  *Representatives*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2026, I caused true and correct copies of the foregoing

**AUTHORIZED FOREIGN REPRESENTATIVES' NOTICE OF SUBPOENA TO KOBRE &**

**KIM LLP PURSUANT TO FED. R. CIV. P. 45** to be served via CM/ECF upon all parties entitled

to notice.

*/s/ Howard J. Kaplan*

Howard J. Kaplan

3

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

_Southern_ _____ District of _New York_____

In re _PRINCE GLOBAL HOLDINGS LIMITED et al_.          Case No. _26-10769 (MG)_____
                        Debtor

Chapter _15_____

## SUBPOENA FOR RULE 2004 EXAMINATION

To:  _Kobre & Kim LLP, 800 Third Avenue, New York, NY 10022_____
                        _(Name of person to whom the subpoena is directed)_

☐ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The examination will be recorded by this method: _____

☒ _Production:_ You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

    See attached Exhibit B.

        The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _5/23/26_____

                CLERK OF COURT

                            OR

_____         ___/s/ Howard J. Kaplan___
_Signature of Clerk or Deputy Clerk_            _Attorney's signature_

The name, address, email address, and telephone number of the attorney representing _(name of party)_
_Mr. Pretlove et al in capacity as AFRs_____ , who issues or requests this subpoena, are:

  Howard J. Kaplan, Ellenoff Grossman & Schole LLP, 1345 Avenue of the Americas, 11th Fl., New York, NY, 10105

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).