**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

## ORDER SETTING DEADLINE FOR FILING REPLY TO OBJECTIONS TO RECOGNITION

**MARTIN GLENN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

The Foreign Representatives shall file any reply to objections to recognition on or before

5:00 pm, June 5, 2026.  Any reply shall not exceed 20 pages in length.

**IT IS SO ORDERED.**

Dated:    June 1, 2026
             New York, New York

*Martin Glenn*
MARTIN GLENN
Chief United States Bankruptcy Judge

1