Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel to the Authorized Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al,*.[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

### NOTICE OF FILING OF REVISED PROPOSED ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDINGS AND RELATED RELIEF

**PLEASE TAKE NOTICE** that on April 8, 2026, Paul Pretlove, David Standish and James Drury, in their capacities as the authorized foreign representatives (the "Authorized Foreign Representatives") for Prince Global Holdings Limited and its affiliated debtors (collectively, the "Debtors") regarding the Debtors' provisional liquidation proceedings in the Eastern Caribbean Supreme Court in the BVI High Court of Justice (Commercial Division) pursuant to section 170 of the BVI Insolvency Act, 2003, filed (i) petitions for recognition under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. and (ii) the *Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief* (together, the "Petitions"), which attached thereto a proposed form of order granting the Petitions (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that the Authorized Foreign Representatives have revised the Proposed Order.  Attached hereto as Exhibit A is the revised Proposed Order (the "Revised Proposed Order") and attached hereto as Exhibit B is a blackline of the Revised Proposed Order marked against the Proposed Order.

---

[1]   The Debtors in these Chapter 15 cases are incorporated in the British Virgin Islands (the "BVI") and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110.  A complete list of the Debtors and their company numbers may be found at D.I. 2-1.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hybrid hearing to consider the relief requested in the Petition for **10:00 a.m. (prevailing Eastern Time) on June 9, 2026**, in Courtroom No. 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petitions, the Proposed Order, the Revised Proposed Order and all documents filed in these Chapter 15 cases are available to parties-in-interest on the Court's Electronic Case Filing System, which can be accessed from the Court's website at www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document), or upon written request to the Authorized Foreign Representatives' counsel (including by facsimile or e-mail) addressed to:

> **SULLIVAN & CROMWELL LLP**
> 125 Broad Street
> New York, NY 10004
> Telephone: (212) 558-4000
> Facsimile: (212) 558-3588
> Email: PrinceGroupNotices@sullcrom.com

Dated: June 1, 2026
      New York, New York

Respectfully submitted,

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: dietdericha@sullcrom.com
     levinsc@sullcrom.com
     dunnec@sullcrom.com
     crokej@sullcrom.com
     kranzleya@sullcrom.com

*Counsel to the Authorized Foreign Representatives*