UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 15

PRINCE GLOBAL HOLDINGS LIMITED *et al.*,        Case No. 26-10769-MG

         Debtors in Foreign Proceedings.
-------------------------------------------------------------x

## ORDER DENYING REQUEST TO ADJOURN RECOGNITION HEARING

**MARTIN GLENN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

    The request from counsel to Cosimo Borrelli to adjourn the recognition hearing

scheduled for June 9, 2026, at 10:00 a.m. is **DENIED**.  The hearing will proceed as scheduled.


    **IT IS SO ORDERED.**

DATED:     June 3, 2026

                            /s/ Martin Glenn
                             MARTIN GLENN
             Chief United States Bankruptcy Judge