Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-10769 (MG) |

**DECLARATION OF CHRISTOPHER J. DUNNE IN**
**SUPPORT OF REPLY TO COSIMO BORRELLI'S OBJECTION TO**
**VERIFIED PETITION UNDER CHAPTER 15 FOR RECOGNITION OF**
<u>**FOREIGN MAIN PROCEEDINGS AND RELATED RELIEF**</u>

1.      I, Christopher J. Dunne, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

2.      I am a member in good standing of the Bar of the State of New York.  I am a partner of Sullivan & Cromwell LLP and am one of the attorneys representing Paul Pretlove, David Standish, and James Drury in their capacities as the authorized foreign representatives (collectively, the "<u>Authorized Foreign Representatives</u>") for Prince Global Holdings Limited and its affiliated debtors (collectively, the "<u>Debtors</u>") in the above-captioned proceedings.

3.      I respectfully submit this declaration in support of the *Reply to Cosimo Borrelli's Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief* (the "Reply"), filed concurrently herewith, to place before the Court certain documents and information referred to in the Reply.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the remote deposition of Cosimo Borrelli, held on June 3, 2026, and its accompanying exhibits.

5.      Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the remote deposition of Riz Mokal, held on June 3, 2026, and its accompanying exhibits.

6.      Attached hereto as Exhibit 3 is a true and correct copy of the *Responses and Objections to Authorized Foreign Representatives' First Set of Requests for Production of Documents to Cosimo Borrelli*, dated May 29, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2026
        New York, New York

_____
            Christopher J. Dunne