Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel to the Authorized Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

**NOTICE OF HEARING AND AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JUNE 9, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**HEARING**

The hearing (the "Hearing") will be held on **June 9, 2026 at 10:00 a.m. (prevailing Eastern Time)** in front of the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Court").

The Hearing will take place in a hybrid fashion both in person and via Zoom for Government.  Those wishing to participate in the Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.  For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government.  Parties wishing to appear at the Hearing,

---

[1]    The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands (the "BVI") and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110.  A complete list of the Debtors and their company numbers may be found at ECF No. 2-1.

whether (a) an attorney or non-attorney, (b) making a "live" or "listen only" appearance before the Court or (c) attending the hearing in person or via Zoom, all need to register an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by **June 8, 2026** at **4:00 p.m. (prevailing Eastern Time)** (the business day before the Hearing).

A copy of each pleading can be viewed for a fee on the Court's website at https://www.ecf.uscourts.gov.

## MATTERS GOING FORWARD

1.  Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, filed April 8, 2026 [ECF No. 2].

    Related Filings:

    A.  Chapter 15 Petition for Recognition of a Foreign Proceeding, filed April 8, 2026 [ECF No. 1].[2]

    B.  Declaration of Paul Pretlove in Support of (A) the Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code and (B) the Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, filed April 8, 2026 [Docket No. 3].

    C.  Declaration of Andrew Barrington Chissick in Support of (A) the Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code and (B) the Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, filed April 8, 2026 [Docket No. 4].

    D.  Second Declaration of Peter M. Skinner in Support of Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, filed on May 21, 2026 [ECF No. 49].

    E.  Cosimo Borrelli's Corrected Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, filed May 29, 2026 [ECF No. 68].

    F.  Notice of Filing of Revised Proposed Order Granting Recognition of Foreign Main Proceedings and Related Relief, filed June 1, 2026 [ECF No. 71].

---

2   In addition to Prince Global Holdings Limited's Chapter 15 Petition for Recognition of a Foreign Proceeding, the petitions filed by all other Debtors in these Chapter 15 Cases are also related filings.

G.      Declaration of Christopher J. Dunne in Support of Reply to Cosimo Borrelli's Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, filed June 5, 2026 [ECF No. 77].

H.      Reply to Cosimo Borelli's Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief, filed June 5, 2026 [ECF No. 78].

Status:  This matter will be going forward.


Dated:  June 8, 2026                              Respectfully submitted,
        New York, New York


                                                  */s/ Alexa J. Kranzley*
                                                  Andrew G. Dietderich
                                                  Sharon Cohen Levin
                                                  Christopher J. Dunne
                                                  Jacob M. Croke
                                                  Alexa J. Kranzley
                                                  **SULLIVAN & CROMWELL LLP**
                                                  125 Broad Street
                                                  New York, NY 10004
                                                  Telephone: (212) 558-4000
                                                  Facsimile:  (212) 558-3588
                                                  Email:   dietdericha@sullcrom.com
                                                           levinsc@sullcrom.com
                                                           dunnec@sullcrom.com
                                                           crokej@sullcrom.com
                                                           kranzleya@sullcrom.com


                                                  *Counsel to the Authorized Foreign Representatives*

3