Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel to the Authorized Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al,.*[1]<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |

### NOTICE OF FILING OF ORDER BEARING BVI COURT SEAL

**PLEASE TAKE NOTICE** that Paul Pretlove, James Drury, and David Standish, in their capacities as the authorized foreign representatives (the "Authorized Foreign Representatives") of Prince Global Holdings Limited and its affiliated debtors (collectively, the "Debtors") in the above-captioned Chapter 15 cases, hereby file a copy of the order of the Eastern Caribbean Supreme Court, British Virgin Islands, High Court of Justice (Commercial Division) (the "BVI Court") bearing the BVI Court's official seal regarding the residual powers of the Debtors' directors and their authority with respect to foreign recognition proceedings, which was approved by Justice Gerard Wallbank, KC (Ag) of the BVI Court on June 11, 2026 and entered on June 18, 2026 (the "BVI Court Order").  A copy of the BVI Court Order, which is otherwise identical in all respects to the copy previously filed on June 15, 2026 (D.I. 86), is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that copies of the BVI Court Order and all documents filed in these Chapter 15 cases are available to parties-in-interest on the Court's Electronic Case Filing System, which can be accessed from the Court's website at

---

[1]    The Debtors in these Chapter 15 cases are incorporated in the British Virgin Islands (the "BVI") and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110.  A complete list of the Debtors and their company numbers may be found at ECF No. 2-1.

www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document), or upon written request to the Authorized Foreign Representatives' counsel (including by facsimile or e-mail) addressed to:

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:  PrinceGroupNotices@sullcrom.com

Dated: June 22, 2026
     New York, New York

Respectfully submitted,

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588
Email:  dietdericha@sullcrom.com
     levinsc@sullcrom.com
     dunnec@sullcrom.com
     crokej@sullcrom.com
     kranzleya@sullcrom.com

*Counsel to the Authorized Foreign Representatives*