**<u>Exhibit A</u>**

**BVI Court Order**

**Case Number :BVIHCOM2026/0014**



FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

**Submitted Date:15/06/2026 10:50**

**Filed Date:15/06/2026 10:50**

CLAIM NO BVIHC (COM) 2026/0001, CLAIM NO BVIHC (COM) 2026/0002, CLAIM NO BVIHC (COM) 2026/0003, CLAIM NO BVIHC (COM) 2026/0004, CLAIM NO BVIHC (COM) 2026/0005, CLAIM NO BVIHC (COM) 2026/0006, CLAIM NO BVIHC (COM) 2026/0007, CLAIM NO BVIHC (COM) 2026/0008, CLAIM NO BVIHC (COM) 2026/0009, CLAIM NO BVIHC (COM) 2026/0010, CLAIM NO BVIHC (COM) 2026/0011, CLAIM NO BVIHC (COM) 2026/0012, CLAIM NO BVIHC (COM) 2026/0013, CLAIM NO BVIHC (COM) 2026/0014, CLAIM NO BVIHC (COM) 2026/0015, CLAIM NO BVIHC (COM) 2026/0016, CLAIM NO BVIHC (COM) 2026/0017, CLAIM NO BVIHC (COM) 2026/0018, CLAIM NO BVIHC (COM) 2026/0019, CLAIM NO BVIHC (COM) 2026/0020, CLAIM NO BVIHC (COM) 2026/0021, CLAIM NO BVIHC (COM) 2026/0022, CLAIM NO BVIHC (COM) 2026/0023, CLAIM NO BVIHC (COM) 2026/0024, CLAIM NO BVIHC (COM) 2026/0025, CLAIM NO BVIHC (COM) 2026/0026, CLAIM NO BVIHC (COM) 2026/0027, CLAIM NO BVIHC (COM) 2026/0028, CLAIM NO BVIHC (COM) 2026/0029, CLAIM NO BVIHC (COM) 2026/0030

IN THE MATTER OF SURE TYCOON LIMITED AND TWENTY-NINE OTHER COMPANIES AND IN THE MATTER OF THE INSOLVENCY ACT, 2003

BETWEEN:

(1) MR. JAMES DRURY
(2) MR. PAUL PRETLOVE
(3) MR. DAVID STANDISH
(in their capacities as Joint Provisional Liquidators)

<u>Applicants</u>

THE ATTORNEY GENERAL

<u>Respondent</u>

and

1. AMBER HILL VENTURES LIMITED
2. AUSPICIOUS TYCOON LIMITED
3. BRIGHT TEAM GLOBAL LIMITED
4. DELIGHTFUL THRIVE LIMITED
5. EVEN SINCERITY LIMITED
6. FULAM INVESTMENT LIMITED
7. GIANT VICTORY HOLDINGS LIMITED
8. GOLDEN ASCEND INTERNATIONAL LIMITED
9. HARMONIC STATE LIMITED
10. JUMBO HIGH LIMITED
11. LATERAL BRIDGE GLOBAL LIMITED
12. LUMINOUS GLOW LIMITED
13. MIGHTY DIVINE LIMITED
14. NOBLE TITLE LIMITED
15. ORIENTALCHARM HOLDINGS INVESTMENT LIMITED
16. PACIFIC CHARM HOLDINGS INVESTMENT LIMITED
17. PRAISE MARBLE LIMITED
18. PRINCE GLOBAL GROUP LIMITED

19. PRINCE GLOBAL HOLDINGS LIMITED
20. RESPECTFUL STEED LIMITED
21. RETAIN PROSPER LIMITED
22. ROBUST HARMONY LIMITED
23. SIMPLY ADVANCED LIMITED
24. SOUTHERN HERITAGE LIMITED
25. STAR MERIT GLOBAL LIMITED
26. STARRY BLOOM LIMITED
27. SURE TYCOON LIMITED
28. SWORD RIVER LIMITED
29. TOWARDS SUNSHINE LIMITED
30. UNITED RICHES GLOBAL LIMITED

**Respondents**

---

**ORDER**
*- Standing Applications -*

---

**Before**:    The Honourable Justice Wallbank KC [Ag.]

**Dated**:    14 May 2026

**Entered**: 1ꝰ Ɉᴜᴨᴇ 2026

**UPON** the orders dated 9 January 2026 (the "**Appointment Orders**") appointing Paul Pretlove and David Standish of Interpath Ltd, 10 Fleet Place, London EC4M 7RB, England and James Drury of Interpath (BVI) Limited, PO Box 4571, 4th Floor, LM Business Centre, Fish Lock Road, Road Town, Tortola, Virgin Islands, VG1110 as joint provisional liquidators of the Companies (as defined in the Schedule to this Order) (the "**JPLs**")

**AND UPON** the orders dated 29 January 2026 continuing the Appointment Orders

**AND UPON** the application of the Campbells Companies (as defined in the Schedule to this Order) by notice dated 1 May 2026 and amended on 7 May 2026 (the "**Campbells Companies' Application**")

**AND UPON** the application of the Kobre & Kim Companies (as defined in the Schedule to this Order and together with the Campbells Companies the "**Companies**") in proceedings BVIHC (COM) 0003 of 2026 and BVIHC (COM) 0011 of 2026 dated 1 May 2026 (the "**Kobre & Kim Companies' Application**")

**AND UPON** the JPLs' Ordinary Application dated 4 May 2026 (the "**JPLs' Application**" and together with the Campbells Companies' Application and the Kobre & Kim Companies' Application, the "**Standing Applications**")

**AND UPON** the Court determining that the Standing Applications be listed for hearing together on 14 May (the "**14 May Hearing**")

2

**AND UPON READING** the Affidavit of Jeremy Bressman dated 1 May 2026 and the Affidavit of James Kenneth Drury dated 4 May

**AND UPON HEARING** Michael Gibbon K.C. and Oliver Clifton for and on behalf of the JPLs, Peter Tyers-Smith, Timothy De Swardt, Merrick Ricardo Watson and Mungo Lowe for and on behalf of the Kobre & Kim Companies, Andreas Gledhill K.C. and Toby Brown for and on behalf of the Campbells Companies and Paul Dennis K.C., Nadine Whyte Laing and Koya Ryan for the Attorney General

**AND UPON** Jumbo High Limited, Robust Harmony Limited, Sword River Limited not appearing

**AND UPON** the application at paragraph 2 of the Campbells Companies' Application not being heard or determined at the 14 May Hearing

**IT IS HEREBY DECLARED THAT:**

1. Where the powers of the directors have been displaced by the appointment of the JPLs with respect to the affairs of any of the Companies, the directors' residual powers are not limited solely to opposing the liquidation application but extend to opposing or applying to vary or discharge the provisional liquidation order and appealing decisions with respect to those applications. The directors' powers do not extend to causing the Companies to appear in foreign recognition proceedings to challenge any foreign recognition proceedings commenced by the JPLs.

2. The directors of each of the Companies do not have authority in the name of such Company to oppose or interfere with the exercise by the JPLs of the powers granted to them pursuant to paragraph 3 of the Appointment Orders, including:

   (a) the JPLs' powers under paragraph 3a of the Appointment Orders to take possession of and preserve the books and records of the Companies;

   (b) the JPLs' powers under paragraph 3b of the Appointment Orders to take such steps as may be necessary to protect the assets of each of the Companies from removal or dissipation;

   (c) the JPLs' powers under paragraph 3c of the Appointment Orders to seek recognition (or its equivalent) of the Applicants' appointment in the United States, the United Kingdom, Singapore, Hong Kong, Taiwan, Thailand and Cambodia or elsewhere for the purposes of securing, realising and remitting assets to the control of the Provisional Liquidators and for the purpose of obtaining access to and control of the records of each of the Companies;

3

(d) the JPLs' powers under paragraph 3g of the Appointment Orders to take all necessary steps to obtain from any person documents or copy documents which belong to the Companies or have been created or maintained on its behalf or which each of the Companies have a right to obtain or inspect; and

(e) the JPLs' powers under paragraph 3i of the Appointment Orders to investigate the affairs of the Companies so far as necessary to protect and, if necessary, retrieve the assets and records of each of the Companies.

**IT IS HEREBY DIRECTED THAT**:

3. The hearing of the application at paragraph 2 of the JPLs' Application, and paragraph 3 of the Campbells Companies' Application, be adjourned *sine die* with liberty to restore.

4. The application at paragraph 2 of the Campbells Companies' Application remains in abeyance with liberty by the Campbells Companies to restore if so advised.

5. The Campbells Companies' Application (save for paragraphs 2 and 3) and the Kobre & Kim Companies' Application be dismissed.

6. The JPLs' costs of and incidental to the Standing Applications be costs in the provisional liquidations of the Companies.

**BY ORDER OF THE COURT**

Dep.
THE REGISTRAR

4

Schedule

(the "Companies" and each a "Company")

| No. | Entity Name | Purported BVI Legal representatives | Purported US Legal representatives |
|---|---|---|---|
| 1. | Amber Hill Ventures Limited | Kobre & Kim | Kobre & Kim |
| 2. | Lateral Bridge Global Limited | Kobre & Kim | Kobre & Kim |
| 1. and 2. together, the two "**Kobre & Kim Companies**" | | | |
| 3. | Auspicious Tycoon Limited | Campbells | Boies Schiller Flexner |
| 4. | Bright Team Global Limited | Campbells | Boies Schiller Flexner |
| 5. | Delightful Thrive Limited | Campbells | Boies Schiller Flexner |
| 6. | Even Sincerity Limited | Campbells | Boies Schiller Flexner |
| 7. | Fulam Investment Limited | Campbells | Boies Schiller Flexner |
| 8. | Giant Victory Holdings Limited | Campbells | Boies Schiller Flexner |
| 9. | Golden Ascend International Limited | Campbells | Boies Schiller Flexner |
| 10. | Harmonic State Limited | Campbells | Boies Schiller Flexner |
| 11. | Luminous Glow Limited | Campbells | Boies Schiller Flexner |
| 12. | Mighty Divine Limited | Campbells | Boies Schiller Flexner |
| 13. | Noble Title Limited | Campbells | Boies Schiller Flexner |
| 14. | Oriental Charm Holdings Investment Limited | Campbells | Boies Schiller Flexner |
| 15. | Pacific Charm Holdings Investment Limited | Campbells | Boies Schiller Flexner |
| 16. | Praise Marble Limited | Campbells | Boies Schiller Flexner |
| 17. | Prince Global Group Limited | Campbells | Boies Schiller Flexner |
| 18. | Prince Global Holdings Limited | Campbells | Boies Schiller Flexner |
| 19. | Respectful Steed Limited | Campbells | Boies Schiller Flexner |

| | | | |
|---|---|---|---|
| 20. | Retain Prosper Limited | Campbells | Boies Schiller Flexner |
| 21. | Simply Advanced Limited | Campbells | Boies Schiller Flexner |
| 22. | Southern Heritage Limited | Campbells | Boies Schiller Flexner |
| 23. | Star Merit Global Limited | Campbells | Boies Schiller Flexner |
| 24. | Starry Bloom Limited | Campbells | Boies Schiller Flexner |
| 25. | Sure Tycoon Limited | Campbells | Boies Schiller Flexner |
| 26. | Towards Sunshine Limited | Campbells | Boies Schiller Flexner |
| 27. | United Riches Global Limited | Campbells | Boies Schiller Flexner |
| 3 to 27 together, the 25 "**Campbells Companies**" | | | |
| 28. | Jumbo High Limited | None currently identified | None currently identified |
| 29. | Robust Harmony Limited | None currently identified | None currently identified |
| 30. | Sword River Limited | None currently identified | None currently identified |

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO BVIHC (COM) 2026/0001, CLAIM NO BVIHC (COM) 2026/0002, CLAIM NO BVIHC (COM) 2026/0003, CLAIM NO BVIHC (COM) 2026/0004, CLAIM NO BVIHC (COM) 2026/0005, CLAIM NO BVIHC (COM) 2026/0006, CLAIM NO BVIHC (COM) 2026/0007, CLAIM NO BVIHC (COM) 2026/0008, CLAIM NO BVIHC (COM) 2026/0009, CLAIM NO BVIHC (COM) 2026/0010, CLAIM NO BVIHC (COM) 2026/0011, CLAIM NO BVIHC (COM) 2026/0012, CLAIM NO BVIHC (COM) 2026/0013, CLAIM NO BVIHC (COM) 2026/0014, CLAIM NO BVIHC (COM) 2026/0015, CLAIM NO BVIHC (COM) 2026/0016, CLAIM NO BVIHC (COM) 2026/0017, CLAIM NO BVIHC (COM) 2026/0018, CLAIM NO BVIHC (COM) 2026/0019, CLAIM NO BVIHC (COM) 2026/0020, CLAIM NO BVIHC (COM) 2026/0021, CLAIM NO BVIHC (COM) 2026/0022, CLAIM NO BVIHC (COM) 2026/0023, CLAIM NO BVIHC (COM) 2026/0024, CLAIM NO BVIHC (COM) 2026/0025, CLAIM NO BVIHC (COM) 2026/0026, CLAIM NO BVIHC (COM) 2026/0027, CLAIM NO BVIHC (COM) 2026/0028, CLAIM NO BVIHC (COM) 2026/0029, CLAIM NO BVIHC (COM) 2026/0030

IN THE MATTER OF SURE TYCOON LIMITED AND TWENTY-NINE OTHER COMPANIES AND IN THE MATTER OF THE INSOLVENCY ACT, 2003

BETWEEN:

(1) MR. JAMES DRURY
(2) MR. PAUL PRETLOVE
(3) MR. DAVID STANDISH
(in their capacities as Joint Provisional Liquidators)

<u>Applicants</u>

THE ATTORNEY GENERAL

<u>Respondent</u>

and
1.  AMBER HILL VENTURES LIMITED
2.  AUSPICIOUS TYCOON LIMITED
3.  BRIGHT TEAM GLOBAL LIMITED
4.  DELIGHTFUL THRIVE LIMITED
5.  EVEN SINCERITY LIMITED

7

6. FULAM INVESTMENT LIMITED
7. GIANT VICTORY HOLDINGS LIMITED
8. GOLDEN ASCEND INTERNATIONAL LIMITED
9. HARMONIC STATE LIMITED
10. JUMBO HIGH LIMITED
11. LATERAL BRIDGE GLOBAL LIMITED
12. LUMINOUS GLOW LIMITED
13. MIGHTY DIVINE LIMITED
14. NOBLE TITLE LIMITED
15. ORIENTALCHARM HOLDINGS INVESTMENT LIMITED
16. PACIFIC CHARM HOLDINGS INVESTMENT LIMITED
17. PRAISE MARBLE LIMITED
18. PRINCE GLOBAL GROUP LIMITED
19. PRINCE GLOBAL HOLDINGS LIMITED
20. RESPECTFUL STEED LIMITED
21. RETAIN PROSPER LIMITED
22. ROBUST HARMONY LIMITED
23. SIMPLY ADVANCED LIMITED
24. SOUTHERN HERITAGE LIMITED
25. STAR MERIT GLOBAL LIMITED
26. STARRY BLOOM LIMITED
27. SURE TYCOON LIMITED
28. SWORD RIVER LIMITED
29. TOWARDS SUNSHINE LIMITED
30. UNITED RICHES GLOBAL LIMITED

**Respondents**

---

## ORDER

*-Standing Applications-*

---

**Walkers**

171 Main Street
PO Box 92
Road Town
Tortola
British Virgin Islands

Tel: +1 (284) 494 2204

Fax: 284 494 6683

**Ref: AC/TH/L16832**

**Legal practitioners for Applicants**

8