**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 26-10769 (KYP)<br>(Jointly Administered)<br><br>Bankruptcy Appeal<br>Case No. 26 Civ. 05279 (VEC) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Peter M. Skinner of Boies Schiller Flexner LLP, an attorney admitted to practice before this Court, hereby appears on behalf of Boies Schiller Flexner LLP in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, all notices, motions, applications, reports, stipulations, pleadings, orders, complaints, and other documents filed in the above-captioned matter without limitation should be duly served upon:

Peter M. Skinner
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Phone: (212) 446-2300
Facsimile: (212) 446-2350
E-Mail: pskinner@bsfllp.com

[1] The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at ECF No. 2-1. Notwithstanding the case caption, Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, disputes that each of these entities is the subject of a "foreign proceeding" within the meaning of 11 U.S.C. § 101(23).

Dated: November 2, 2026
New York, New York

Respectfully Submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Peter M. Skinner*
Peter M. Skinner
55 Hudson Yards
New York, New York 10001
Telephone: (212) 303-3646
pskinner@bsfllp.com

*Counsel to Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, and to Boies Schiller Flexner LLP*