Matthew L. Schwartz
Peter M. Skinner
Gordon Z. Novod
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300

Dan G. Boyle
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East
Los Angeles, California 90067
Telephone: (213) 995-5732

*Counsel to Cosimo Borrelli in his capacity as the sole director of each of the Borrelli Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 26-10769 (KYP)<br>(Jointly Administered)<br><br>Re ECF Nos. 82, 89, 90<br><br>Bankruptcy Appeal<br>Case No. 26 Civ. 05279 (VEC) |

# THIRD DECLARATION OF PETER M. SKINNER

[1] The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at ECF No. 2-1. Notwithstanding the case caption, Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, disputes that each of these entities is the subject of a "foreign proceeding" within the meaning of 11 U.S.C. § 101(23).

I, PETER M. SKINNER, declare as follows:

1. I am a member of the Bar of the State of New York and a partner at BOIES SCHILLER FLEXNER LLP ("BSF"), counsel to Cosimo Borrelli in his capacity as the sole director of twenty-five of the Debtors[2] in the above-captioned case and to BSF.

2. I submit this declaration in support of Mr. Borrelli and BSF's Motion to Terminate the Automatic and Discretionary Relief Granted to the Joint Provisional Liquidators in the Recognition Order, dated October 30, 2026.

3. Attached as **Exhibit 1** is a true and correct copy of a subpoena served on BSF by counsel for the Joint Provisional Liquidators, dated August 24, 2026.

4. Attached as **Exhibit 2** is a true and correct copy of an e-mail communication from Christopher J. Dunne of Sullivan & Cromwell LLP to Peter Skinner of Boies Schiller Flexner LLP, dated October 21, 2026.

5. Attached as **Exhibit 3** is a true and correct copy of an e-mail communication from Peter Skinner of Boies Schiller Flexner LLP to Harry L. Grabow of Ellenoff Grossman & Schole LLP, dated October 21, 2026. The JPLs did not respond to my request that they withdraw the subpoena they served on BSF.

6. Attached as **Exhibit 4** is a true and correct copy of a letter from Campbells Legal (BVI) Limited on behalf of the Cosimo Borrelli to Walkers Global on behalf of the Joint Provisional Liquidators, dated October 22, 2026.

[2] Mr. Borrelli is the sole director of each of Prince Global Holdings Limited, Auspicious Tycoon Limited, Bright Team Global Limited, Delightful Thrive Limited, Even Sincerity Limited, Fulam Investment Limited, Giant Victory Holdings Limited, Golden Ascend International Limited, Harmonic State Limited, Luminous Glow Limited, Mighty Divine Limited, Noble Title Limited, Oriental Charm Holdings Investment Limited, Pacific Charm Holdings Investment Limited, Praise Marble Limited, Prince Global Group Limited, Respectful Steed Limited, Retain Prosper Limited, Simply Advanced Limited, Southern Heritage Limited, Star Merit Global Limited, Starry Bloom Limited, Sure Tycoon Limited, Towards Sunshine Limited, and United Riches Global Limited (together, the "**Borrelli Debtors**").

7. Attached as **Exhibit 5** is a true and correct copy of a letter from Walkers Global on behalf of the Joint Provisional Liquidators to Campbells Legal (BVI) Limited on behalf of the Cosimo Borrelli, dated October 23, 2026.

8. Attached as **Exhibit 6** is a true and correct copy of a letter from Campbells Legal (BVI) Limited on behalf of the Cosimo Borrelli to Walkers Global on behalf of the Joint Provisional Liquidators, dated October 26, 2026.

9. Attached as **Exhibit 7** is a true and correct copy of a letter from Bazul LLC on behalf of the Joint Provisional Liquidators to the Supreme Court of Singapore in recognition proceedings before that court, dated October 23, 2026.

10. Attached as **Exhibit 8** is a true and correct copy of a letter from Tanner De Witt on behalf of the Joint Provisional Liquidators to the Hong Kong Department of Justice and the Solicitors to various defendants in recognition proceedings pending before the High Court of Hong Kong, dated October 27, 2026.

11. Attached as **Exhibit 9** is a true and correct copy of a Consent Summons that the parties to the Hong Kong recognition proceeding have submitted to the High Court of Hong Kong, dated October 29, 2026.

12. Attached as **Exhibit 10** is a true and correct copy of a letter from Georgiou Partnership LLP on behalf of the Cosimo Borrelli to Tanner De Witt on behalf of the Joint Provisional Liquidators, dated October 22, 2026.

13. Attached as **Exhibit 11** is a true and correct copy of a letter from the Hong Kong Department of Justice to Tanner De Witt on behalf of the Joint Provisional Liquidators, dated October 26, 2026.

14. Attached as **Exhibit 12** is a true and correct copy of a letter from Tanner De Witt on behalf of the Joint Provisional Liquidators to Georgiou Partnership LLP on behalf of the Borrelli Debtors, dated July 6, 2026.

15. Attached as **Exhibit 13** is a true and correct copy of an Order entered by the High Court of Hong Kong approving the parties' request to stay the recognition proceedings and vacate an upcoming hearing in January 2027, dated November 2, 2026.

16. As of the filing of this declaration, I am not aware of any steps taken by the Joint Provisional Liquidators to notify any court in the United Kingdom of Justice Wallbank's oral ruling on October 21, 2026, and forthcoming judgment to be issued by the High Court of Justice, Commercial Division, of the British Virgin Islands.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2026
New York, New York

*<u>/s/ Peter M. Skinner</u>*
Peter M. Skinner