# EXHIBIT 2

## E-Mail from C. Dunne to P. Skinner, Oct. 21, 2026

**From:** Dunne, Christopher J.
**To:** Peter Skinner; Dietderich, Andrew G.
**Cc:** Levin, Sharon Cohen; Croke, Jacob M.; Kranzley, Alexa J.; Matthew L. Schwartz; Dan Boyle; Jean Phillip Shami; Michael Huerta; Rosenthal, Samantha B.; De Vries, Saskia E.L.
**Subject:** RE: In re Prince Global Holdings Ltd, 26 Civ. 5279 (VEC)
**Date:** Wednesday, October 21, 2026 8:20:07 PM

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Pete:

The JPLs take no position on Mr. Borrelli's request for a 60-day extension of his reply deadline. But your email mischaracterizes the BVI Court's ruling. As the BVI Court made clear, the JPLs remain in office, with no variation or restriction of their powers and responsibilities, pending a further hearing on next steps, and subject to any applicable stay that may thereafter be granted. Any submission to the District Court should accurately reflect the BVI Court's decision. The JPLs reserve all rights.

Best,
Chris

**Christopher J. Dunne**
+1 212 558 4115 (T) | +1 646 808 4467 (M)

**From:** Peter Skinner <pskinner@bsfllp.com>
**Sent:** Wednesday, October 21, 2026 3:18 PM
**To:** Dietderich, Andrew G. <dietdericha@sullcrom.com>
**Cc:** Levin, Sharon Cohen <levinsc@sullcrom.com>; Dunne, Christopher J. <Dunnec@sullcrom.com>; Croke, Jacob M. <crokej@sullcrom.com>; Kranzley, Alexa J. <kranzleya@sullcrom.com>; Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Jean Phillip Shami <jshami@bsfllp.com>; Michael Huerta <mhuerta@bsfllp.com>
**Subject:** [EXTERNAL] In re Prince Global Holdings Ltd, 26 Civ. 5279 (VEC)

Andy,

In light of Justice Wallbank's ruling from the bench today that the BVI proceedings will be dismissed after the 14-day period for the parties to provide non-substantive corrections to the Court's draft decision, we are going to ask Judge Caproni for a 60-day adjournment of the November 2 deadline for our reply brief. Please let us know your position.

Best,

Pete

**Peter M. Skinner**
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3654
(m) +1 917 445 6118
pskinner@bsfllp.com
www.bsfllp.com [bsfllp.com]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

**This is an external message from: pskinner@bsfllp.com **

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.