# EXHIBIT 3

## E-mail from P. Skinner to H. Grabow, Oct. 21, 2026

**From:** Peter Skinner
**To:** Harry L. Grabow; Carolyn Drell
**Cc:** Matthew L. Schwartz; Dan Boyle; Howard J. Kaplan; Caitlin Oakley
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena
**Date:** Wednesday, October 21, 2026 3:26:05 PM
**Attachments:** image001.png

Harry,

That's fine. In the meantime, please confirm that the JPLs are withdrawing the subpoena to our firm.

Best,
Peter

**From:** Harry L. Grabow <HGrabow@egsllp.com>
**Sent:** Wednesday, October 21, 2026 3:18 PM
**To:** Peter Skinner <pskinner@bsfllp.com>; Carolyn Drell <cdrell@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Peter: let us adjourn today's 4pm call—we will discuss with our team and reschedule with you.

Thanks,
Harry

Ellenoff Grossman & Schole LLP
**Harry L. Grabow**
**Associate**
1345 Avenue of the Americas, 11th Fl., New York, NY 10105
Telephone: (212) 370-1300 Fax: (212) 370-7889
HGrabow@egsllp.com | www.egsllp.com

Kaplan Rice LLP has joined Ellenoff Grossman & Schole LLP. Click here to update your contact.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

**From:** Peter Skinner <pskinner@bsfllp.com>
**Sent:** Wednesday, October 21, 2026 1:23 PM
**To:** Harry L. Grabow <HGrabow@egsllp.com>; Carolyn Drell <cdrell@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**Caution: External Sender**

Thanks Harry. We can speak at 4:00. Let's please add to the agenda what your intentions are now that the liquidations proceedings are being dismissed in the BVI.

Best,
Peter

---

**From:** Harry L. Grabow <HGrabow@egsllp.com>
**Sent:** Wednesday, October 21, 2026 12:52 PM
**To:** Peter Skinner <pskinner@bsfllp.com>; Carolyn Drell <cdrell@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Peter,

Regarding the discussion requested in your email below, we can be available this afternoon between 2-3p, or after 3:30p. Please let us know.

Thanks,
Harry

Ellenoff Grossman & Schole LLP

**Harry L. Grabow**
**Associate**
1345 Avenue of the Americas, 11th Fl., New York, NY 10105
Telephone: (212) 370-1300 Fax: (212) 370-7889
HGrabow@egsllp.com | www.egsllp.com

Kaplan Rice LLP has joined Ellenoff Grossman & Schole LLP. Click here to update your contact.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

**From:** Peter Skinner <pskinner@bsfllp.com>
**Sent:** Wednesday, October 7, 2026 4:30 PM
**To:** Harry L. Grabow <HGrabow@egsllp.com>; Carolyn Drell <cdrell@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**Caution: External Sender**

Harry,

We've reviewed your letter, and I do not think we're going to be able to resolve our dispute with respect to privilege, but let's please talk one more time. Please let me know times that work for you tomorrow or Friday.

As I told you and Howard during our last call, BSF will move for a stay pending resolution of the appeal if the JPLs seek to compel the production of the POA while the appeal is pending. Please be prepared to confer with respect to a stay as well.

With respect to your other inquiries:

1. Redactions
    a. BSF did not apply redactions to BSF-JLP_000112.
    b. BSF did not apply redactions to BSF-JLP_000243.

   c. BSF redacted non-Debtor information from BSF-JLP_000374.

2. BSF has not withheld non-privileged responsive materials relating to the Debtors. Without waiving our objection to the subpoena's instruction to search for documents from January 1, 2015 to the present, in the interest of narrowing any disputes that must be addressed by the Court, we confirm that we have searched for documents concerning the Debtors without date limitation.
3. With respect to BSF-JLP000107, we have not withheld pages from this document.

Best,

**Peter M. Skinner**
Partner
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3654
(m) +1 917 445 6118
pskinner@bsfllp.com
www.bsfllp.com

---

**From:** Harry L. Grabow <HGrabow@egsllp.com>
**Sent:** Thursday, October 1, 2026 10:08 PM
**To:** Peter Skinner <pskinner@bsfllp.com>; Carolyn Drell <cdrell@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Peter,

Please see attached correspondence. Please also let us know regarding the below.

Thanks,
Harry

Ellenoff Grossman & Schole LLP

**Harry L. Grabow**
**Associate**
1345 Avenue of the Americas, 11th Fl., New York, NY 10105
Telephone: (212) 370-1300 Fax: (212) 370-7889
HGrabow@egsllp.com | www.egsllp.com

Kaplan Rice LLP has joined Ellenoff Grossman & Schole LLP. Click here to update your contact.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

---

**From:** Harry L. Grabow
**Sent:** Tuesday, September 22, 2026 5:16 PM
**To:** 'Peter Skinner' <pskinner@bsfllp.com>; Carolyn Drell <cdrell@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

Peter,

Thanks for your time on Friday. As discussed, in the bullets below we (i) provide you with a list of redacted documents produced by BSF on 9/8, as well as the questions we asked earlier regarding those redactions; and (ii) memorialize our discussion regarding whether BSF would be willing to make a representation regarding the scope of its R&Os:

1. Redaction Questions: with respect to the below documents, the JPLs ask (a) who applied these redactions (i.e., did BSF apply them prior to production, or did BSF receive these documents subject to the redactions), and (b) what is the legal basis for these redactions?
   a. BSF-JLP_000112 (at pp. 127, 130)
   b. BSF-JLP_000243 (throughout)
   c. BSF-JLP_000374 (throughout)
2. Next Steps re: Scope of R&Os: BSF agreed to inform the JPLs regarding whether or not it withheld from its production any responsive documents for reasons other than a claim of attorney-client privilege or attorney work product—specifically, is it

BSF's position that it does **not** have within its possession, custody, or control any non-privileged responsive materials relating to the Debtors, regardless of whether such materials were received by BSF before or after 4/15/26?

Additionally, we wanted to ask one question regarding BSF-JLP000107 (Noble Title Limited Register of Directors): because the bottom left corner of this standalone, one-page document reads "Page No. 3," please let us know if (a) Pages 1 and 2 of this document were withheld from BSF's production, and if so, (b) on what basis were these pages culled from the document?

Thanks,
Harry

---

**From:** Peter Skinner <pskinner@bsfllp.com>
**Sent:** Wednesday, September 16, 2026 10:01 AM
**To:** Harry L. Grabow <HGrabow@egsllp.com>; Carolyn Drell <cdrell@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**Caution: External Sender**

Thanks. We'll speak to you then.

---

**From:** Harry L. Grabow <HGrabow@egsllp.com>
**Sent:** Wednesday, September 16, 2026 9:35 AM
**To:** Peter Skinner <pskinner@bsfllp.com>; Carolyn Drell <cdrell@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Thank you, Peter. I've gone ahead and circulated a calendar invitation for Friday, 9/18 at 3pm.

Ellenoff Grossman & Schole LLP

**Harry L. Grabow**
**Associate**
1345 Avenue of the Americas, 11th Fl., New York, NY 10105
Telephone: (212) 370-1300 Fax: (212) 370-7889
HGrabow@egsllp.com | www.egsllp.com

Kaplan Rice LLP has joined Ellenoff Grossman & Schole LLP. Click here to update your contact.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

**From:** Peter Skinner <pskinner@bsfllp.com>
**Sent:** Tuesday, September 15, 2026 3:09 PM
**To:** Harry L. Grabow <HGrabow@egsllp.com>; Carolyn Drell <cdrell@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**Caution: External Sender**

Harry,

We are not available during the times you propose today or tomorrow. We can confer any time on Friday 9/18 after 10:00. Please let us know what works for you on Friday.

Best,
Peter

---

**From:** Harry L. Grabow <HGrabow@egsllp.com>
**Sent:** Tuesday, September 15, 2026 1:16 PM
**To:** Carolyn Drell <cdrell@bsfllp.com>; Peter Skinner <pskinner@bsfllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Dan Boyle <dboyle@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Subject:** RE: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel: to clarify, please let us know if BSF is available for the meet and confer requested below at any of the following times

1. Today (9/15) at 4pm
2. Tomorrow (9/16) at 10am or 3:30pm

If not, please provide BSF's earliest availability for a meet and confer this week.

Thanks,
Harry

Ellenoff Grossman & Schole LLP
**Harry L. Grabow**
**Associate**
1345 Avenue of the Americas, 11th Fl., New York, NY 10105
Telephone: (212) 370-1300 Fax: (212) 370-7889
HGrabow@egsllp.com | www.egsllp.com

Kaplan Rice LLP has joined Ellenoff Grossman & Schole LLP. Click here to update your contact.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

**From:** Harry L. Grabow <HGrabow@egsllp.com>
**Sent:** Tuesday, September 15, 2026 8:49 AM
**To:** Carolyn Drell <cdrell@bsfllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Peter Skinner <pskinner@bsfllp.com>; Dan Boyle <dboyle@bsfllp.com>
**Subject:** Re: In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

Counsel: please let us know your availability to meet and confer regarding BSF's Responses and Objections served, and production made, on September 8, 2026. We

can be available at or after 4pm today.

---

**From:** Carolyn Drell <cdrell@bsfllp.com>
**Sent:** Tuesday, September 8, 2026 10:50 PM
**To:** Harry L. Grabow <HGrabow@egsllp.com>; Howard J. Kaplan <HKaplan@egsllp.com>; Caitlin Oakley <COakley@egsllp.com>
**Cc:** Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Peter Skinner <pskinner@bsfllp.com>; Dan Boyle <dboyle@bsfllp.com>
**Subject:** In re Prince Global Holdings Ltd., No. 26-10769 (MG) - BSF Responses and Objections to Subpoena

**Caution: External Sender**
This is the first time you received an email from this sender (cdrell@bsfllp.com). Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Counsel:

Attached please find BSF's Responses and Objections to the Authorized Foreign Representatives' Subpoena. The production accompanying these Responses can be found at the below Sharefile link, with a .zip password to follow under separate cover.

Please note that the documents have been designated confidential under the protective order.

BSF's Production (CONFIDENTIAL): https://bsfllp.sharefile.com/d-sfa3164f0743741e4b5246a628e7c47b9

Best,

**Carolyn Drell**
Associate
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
(t) +1 914-749-8327
(m) +1 916-390-0542
cdrell@bsfllp.com
www.bsfllp.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]