# EXHIBIT 4

## Letter from Campbells to Walkers, Oct. 22, 2026

CAMPBELLS

**Campbells LLP**
Floor 4, Willow House | Cricket Square
Grand Cayman KY1-9010 | Cayman Islands
pkennedy@campbellslegal.com
**t.** +1 345 949 2648 | **f.** +1 345 949 8613
**campbellslegal.com**

**CAMPBELLS LLP**

22 October 2026

**By email**

Walkers
171 Main Street
PO Box 92
Road Town, Tortola
VG1110
British Virgin Islands

For the attention of: Oliver Clifton and Andrew Chissick

Our ref: PK/DG/20785-45687

Your ref: AC/TH/L16832

Dear Colleagues

**Attorney General v Sure Tycoon Limited and others, Claim No. BVIHCOM2026/0001 (and related claims) (the "Proceedings")**

1. We write on behalf of the Campbells Companies and their director, Mr Cosimo Borrelli, in the Proceedings. We understand that you continue to act for Mr James Drury, Mr Paul Pretlove and Mr David Standish as joint provisional liquidators of the Companies (the "**JPLs**").

2. As you know, on 21 October 2026 Mr Justice Wallbank KC (Ag.) indicated that he intends to dismiss the JPLs and that control of the Companies should be transferred in an orderly manner to their boards. The Court expects the handover to be carried out promptly and in good order. Our client shares that aim and wishes to work with the JPLs to achieve it. Mr Borrelli considers that an orderly handover and transition is a matter which should be agreed between the JPLs and the boards as professional people (as opposed to a matter that needs to be litigated either in correspondence or in a court).

3. To that end, we propose a meeting between the JPLs and Mr Borrelli, at the earliest practicable date. The purpose of the meeting would be to agree the practical steps for the handover, including:

   (a) the handover of the Companies' books, records and assets, and of any information the JPLs hold about them. Mr Borrelli expects that the JPLs will already be working to



#7505860v1

CAMPBELLS

collate the books and records of each Company so that they are ready to be transferred back to each board;

(b) a detailed handover memorandum from the JPLs for each Company, giving a full account of what the JPLs have done during their time in office and identifying any actionable matters that require Mr Borrelli's urgent attention after the handover;

(c) the status of the foreign recognition and other proceedings the JPLs have brought or are involved in on the Companies' behalf, and the steps being taken by the JPLs to withdraw those proceedings; and

(d) a timetable for completing the handover, consistent with the Court's indication.

4. We suggest the following arrangements for the meeting:

(a) please give us dates and times, within the next 10 business days, when the JPLs are available;

(b) we suggest the meeting is held by video conference; and

(c) the agenda of the meeting addresses the matters described in paragraph 3 and any other items your clients wish to add.

5. Separately, please (a) provide a list of all directorships which the JPLs or their nominees hold with respect to any of the Companies and/or any subsidiaries of the Companies or related entities; and (b) take all steps necessary to resign from those directorships and to appoint Mr Cosimo Borrelli as a replacement.

6. Please confirm your clients' availability and respond to the points above by 5:00 pm (BVI time) on Friday, 23 October 2026.

7. This letter is written without prejudice to our clients' rights and position in the Proceedings, all of which are reserved.

Yours faithfully

Campbells

**Campbells LLP**

Cc: O’Neal Webster