# EXHIBIT 5

## Letter from Walkers to Campbells, Oct. 23, 2026

Walkers

**BY EMAIL**

23 October 2026

Your Ref: GC/PK/20785-45687
Our Ref: AC/TH/L16832

Campbells
Floor 4, Banco Popular Building
PO Box 4467
Road Town, Tortola VG1110
British Virgin Islands

**Attention: Grant Carroll**

Dear Sirs

**BVIHC (COM) 2026/0001 - 0030: proceedings relating to the provisional liquidation of Bright Team Global Limited and Ors (together, the "Companies")**

1. We refer to your letter dated 22 October 2026.

2. At the hearing on 21 October 2026, Mr Justice Wallbank KC (ag.), anticipated a consequentials hearing on or around 8 and 9 December 2026 (the "**December Hearing**") to address, among other things, the issues raised in your letter. The Attorney General at that hearing expressed an intention to appeal the decision and the Learned Judge expressly anticipated that there may be an application for a stay of the discharge of the JPLs pending such appeal.

3. At this stage, noting that the Court has expressly contemplated (i) "*an orderly implementation of this decision*" and (ii) the possibility that a stay may be sought, and given that the JPLs remain in office, with no variation to their powers, the JPLs consider that it is premature to take the steps outlined in your letter. Rather, it appears that the appropriate approach is for the parties to seek directions at the December Hearing in relation to these issues and any related matters.

**Yours faithfully**

Walkers

**WALKERS**

**c.c O'Neal Webster**