# EXHIBIT 8

## Letter from Tanner De Witt to Hong Kong DOJ and Solicitors,

## Oct. 27, 2026

Tanner De Witt
solicitors

Our reference: 2600047/RDD/VEC
Your reference: HCMP 1224 of 2026

27 October 2026

**Department of Justice**
Civil Division
Civil Litigation Unit
6/F., Main Wing and East Wing
Justice Place, 18 Lower Albert Road
Central, Hong Kong
By email
(cd@doj.gov.hk, charmaineyuen@doj.gov.hk, mollywong@doj.gov.hk, sanyishum@doj.gov.hk) only

**Messrs K.T. Tam & Co.**
Solicitors for the 2nd Defendant
Room No. 5A, 12th Floor, Tung Ning Building, No. 2 Hillier Street, Sheung Wan, Hong Kong
Reference: 40336/26/TKT/cw (CL)
By email (kttamandco@outlook.com) only

**Messrs Liva Law & Associates**
Solicitors for the 3rd Defendant
Unit 2103, 21/F, West Tower, Shun Tak Centre, Sheung Wan, Hong Kong
Reference: A200349
By email (livalaw@llawsw.com) only

**BOCOM International Holdings Company Limited**
4th Defendant
9/F, Man Yee Building
68 Des Voeux Road Central, Hong Kong
By hand

**Georgiou Partnership LLP**
Solicitors for the 5th to 10th and 13th Defendants
Suite 1801, Chinachem Exchange Square, 1 Hoi Wan Street, Quarry Bau, Hong Kong
Reference: RA/BH/26008132
By email
(randall.arthur@georgioupartnership.com, beth.hackney@georgioupartnership.com) only

**Tang Minyi**
11th Defendant
Flat D, 32/F., Cadogan, 37A Cadogan Street
Kennedy Town, Hong Kong
By post only

**Howse Williams**
Solicitors for the 12th Defendant
27/F Alexandra House, 18 Chater Road, Central, Hong Kong
Reference: ZHYC/KKCL/A.01193.00001
By email (zoe.chan@howsewilliams.com, kendrick.lau@howsewilliams.com) only

Dear Sirs

**HCMP 1224 of 2026;**
**Prince Global Holdings Limited and 29 other companies (all in provisional liquidation)**

We refer to our letter to Georgiou Partnership LLP, solicitors for the 5th to 10th and 13th Defendants, dated 24 October 2026, our letter to the Honourable Madam Justice Linda Chan dated 26 October 2026 (the "**Letter**") and the Order of the Honourable Madam Justice Linda Chan dated 3 September 2026. Unless otherwise stated, we adopt the definitions in the Letter.



Partners ▪ Ian De Witt ▪ Robin Darton ▪ Eddie Look ▪ Pamela Mak ▪ Tim Drew ▪ Russell Bennett ▪ Edmond Leung ▪ Joanne Brown ▪ River Stone
▪ Pádraig Walsh ▪ Sunny Hathiramani ▪ Troy Greig ▪ Tim Au ▪ Veronica Chan ▪ Adrian Au ▪ Douglas Clark ▪ Mark Chiu

17th Floor Tower One Lippo Centre 89 Queensway Hong Kong w ▪ tannerdewitt.com t ▪ +852 2573 5000 f ▪ +852 2802 3553

Tanner De Witt solicitors

To synchronise and reflect the developments in the BVI Proceedings, we propose for the parties to enter into a Consent Summons in the following terms:

1. these proceedings be stayed until further order of the Court;

2. the deadline for the Defendants to file and serve affidavit evidence in opposition to the Amended Originating Summons be extended until further order of the Court;

3. the hearing fixed before the Honourable Madam Justice Linda Chan on 12 January 2027 at 10am for substantive argument of the Amended Originating Summons be vacated;

4. a hearing be fixed before the Honourable Madam Justice Linda Chan on 12 January 2027 at 9:30am for directions, with 30 minutes reserved; and

5. there be no order as to costs to this application.

In light of the imminent deadline of 29 October 2026 for the Defendants to file and serve their affidavit evidence in opposition, we would be grateful for your confirmation as soon as possible.

If all the parties agree to the stipulated directions, we will circulate a draft consent summons for your comments.

For the avoidance of doubt, the Plaintiffs will update all parties and the Court as and when any orders are made in the BVI Proceedings.

Yours faithfully

Tanner De Witt

**Tanner De Witt**