# EXHIBIT 9

## Consent Summons Submitted to High Court of Hong Kong

HCMP 1224 / 2026

**IN THE HIGH COURT OF THE**
**HONG KONG SPECIAL ADMINISTRATIVE REGION**
**COURT OF FIRST INSTANCE**
**MISCELLANEOUS PROCEEDINGS NO. 1224 OF 2026**

---

IN THE MATTER OF Prince Global Holdings Limited and 29 other companies (all in Provisional Liquidation) incorporated under the laws of the British Virgin Islands identified in the Schedule hereto

and

IN THE MATTER OF the inherent jurisdiction of the Court

---

BETWEEN

| | |
|---|---|
| The Joint Provisional Liquidators of Prince Global Holdings Limited and 29 other companies (all in Provisional Liquidation) identified in the Schedule hereto | Plaintiffs |
| and | |
| Secretary for Justice | 1st Defendant |
| Sin James K.L. & Associates | 2nd Defendant |
| Lee Law Firm | 3rd Defendant |
| BOCOM International Holdings Company Limited | 4th Defendant |
| Mighty Divine Trust (Hong Kong) Limited | 5th Defendant |
| Mighty Divine Insurance Brokers Limited | 6th Defendant |
| Mighty Divine Investment Management Limited | 7th Defendant |
| Mighty Divine Securities Limited | 8th Defendant |
| Mighty Divine (HK) Limited | 9th Defendant |
| Mighty Divine Personnel Consultants Limited | 10th Defendant |
| Tang Minyi | 11th Defendant |
| Avia Fund Services Limited | 12th Defendant |
| Cosimo Borrelli | 13th Defendant |

---

## CONSENT SUMMONS

---

| | |
|---|---|
| O.1B, r.1 and O.3, r.5 of the Rules of the High Court (Cap. 4A) and inherent jurisdiction ) | LET ALL PARTIES CONCERNED attend before the Honourable Madam Justice Linda Chan sitting in Chambers (open to public) at the High Court of the Hong Kong Special Administrative Region, on -day, the day of 2026 at o'clock in the fore/after-noon, on the hearing of a joint application by the Plaintiffs, the 1st to 3rd, 5th to 10th, 12th and 13th Defendants for an Order BY CONSENT that: |

1. these proceedings be stayed until further order of the Court;

2. the deadline for the Defendants to file and serve affidavit evidence in opposition to the Amended Originating Summons be extended until further order of the Court;

3. the hearing fixed before the Honourable Madam Justice Linda Chan on 12 January 2027 at 10am for substantive argument of the Amended Originating Summons be vacated;

4. a hearing for directions before the Honourable Madam Justice Linda Chan to be fixed, with 30 minutes reserved;

5. the Plaintiffs do within 7 days of the making of any substantive order by the BVI Court in the BVI Proceedings, inform the Court and all Defendants of the terms of such order and provide details of any consequential hearing, if any.

6. there be liberty for parties to apply; and

7. the costs of and incidental to this application be reserved.

Dated the 29th day of October 2026

Registrar

We hereby consent to an Order in the terms of this Consent Summons.

TDW

**Tanner De Witt**
Solicitors for the Plaintiffs
(Reference: 2600047/RDD/VEC/AKLH)

**Secretary for Justice**
(Reference: MIS 483/26)

Charmaine Yuen
Government Counsel

**K.T. Tam & Co.**
Solicitors for the 2nd Defendant
(Reference: 40336/26/TKT/cw (CL))

**Liva Law & Associates**
Solicitors for the 3rd Defendant
(Reference: A200349)

**Georgiou Partnership LLP**
Solicitors for the 5th to 10th and 13th Defendants
(Reference: RA/BH/26008132)

**Howse Williams**
Solicitors for the 12th Defendant
(Reference: ZHYC/KKCL/A.01193.00001)

This Consent Summons was taken out by Tanner De Witt of 17/F, Tower One, Lippo Centre, 89 Queensway, Hong Kong, Solicitors for the Plaintiffs (Ref: 2600047/RDD/VEC/AKLH).

TDW

**Tanner De Witt**
**Solicitors for the Plaintiffs**

**To:** **The Registrar**
High Court
Hong Kong

and

**Department of Justice**
Civil Division, Civil Litigation Unit, 6/F., Main Wing and East Wing, Justice Place, 18 Lower Albert Road, Central, Hong Kong

and

**K.T. Tam & Co.**
Solicitors for the 2nd Defendant
Room No. 5A, 12th Floor, Tung Ning Building, No. 2 Hillier Street, Sheung Wan, Hong Kong
Reference: 40336/26/TKT/cw (CL)

and

**Liva Law & Associates**
Solicitors for the 3rd Defendant
Unit 2103, 21/F, West Tower, Shun Tak Centre, Sheung Wan, Hong Kong
Reference: A200349

and

**Georgiou Partnership LLP**
Solicitors for the 5th to 10th and 13th Defendants
Suite 1801, Chinachem Exchange Square, 1 Hoi Wan Street, Quarry Bay, Hong Kong
Reference: RA/BH/26008132

and

**Howse Williams**
Solicitors for the 12th Defendant
27/F Alexandra House, 18 Chater Road, Central, Hong Kong
Reference: ZHYC/KKCL/A.01193.00001

## Schedule

1. Amber Hill Ventures Limited
2. Auspicious Tycoon Limited
3. Bright Team Global Limited
4. Delightful Thrive Limited
5. Even Sincerity Limited
6. Fulam Investment Limited
7. Giant Victory Holdings Limited
8. Golden Ascend International Limited
9. Harmonic State Limited
10. Jumbo High Limited
11. Lateral Bridge Global Limited
12. Luminous Glow Limited
13. Mighty Divine Limited
14. Noble Title Limited
15. Oriental Charm Holdings Investment Limited
16. Pacific Charm Holdings Investment Limited
17. Praise Marble Limited
18. Prince Global Group Limited
19. Prince Global Holdings Limited
20. Respectful Steed Limited
21. Retain Prosper Limited
22. Robust Harmony Limited
23. Simply Advanced Limited
24. Southern Heritage Limited
25. Star Merit Global Limited
26. Starry Bloom Limited
27. Sure Tycoon Limited
28. Sword River Limited
29. Towards Sunshine Limited
30. United Riches Global Limited

HCMP 1224 / 2026

**IN THE HIGH COURT OF THE**
**HONG KONG SPECIAL ADMINISTRATIVE REGION**
**COURT OF FIRST INSTANCE**
**MISCELLANEOUS PROCEEDINGS NO. 1224 OF 2026**

---

IN THE MATTER OF Prince Global Holdings Limited (in Provisional Liquidation), a company incorporated under the laws of the British Virgin Islands identified in the Schedule hereto

and

IN THE MATTER OF the inherent jurisdiction of the Court

---

BETWEEN

| | |
|---|---|
| The Joint Provisional Liquidators of Prince Global Holdings Limited and 29 other companies (all in Provisional Liquidation) identified in the Schedule hereto | Plaintiffs |
| and | |
| Secretary for Justice | 1st Defendant |
| Sin James K.L. & Associates | 2nd Defendant |
| Lee Law Firm | 3rd Defendant |
| BOCOM International Holdings Company Limited | 4th Defendant |
| Mighty Divine Trust (Hong Kong) Limited | 5th Defendant |
| Mighty Divine Insurance Brokers Limited | 6th Defendant |
| Mighty Divine Investment Management Limited | 7th Defendant |
| Mighty Divine Securities Limited | 8th Defendant |
| Mighty Divine (HK) Limited | 9th Defendant |
| Mighty Divine Personnel Consultants Limited | 10th Defendant |
| Tang Minyi | 11th Defendant |
| Avia Fund Services Limited | 12th Defendant |
| Cosimo Borrelli | 13th Defendant |

---

**CONSENT SUMMONS**

---

Dated the 29th day of October 2026
Filed on the 29th day of October 2026

**Tanner De Witt**
Solicitors for the Plaintiffs
17th Floor, Tower One, Lippo Centre, 89 Queensway, Hong Kong
Tel: 2573 5000 Fax: 2802 3553 Ref: 2600047/RDD/VEC/AKLH
#5418619v1 - 2600047