# EXHIBIT 10

## Letter from Georgiou Partnership LLP to Tanner De Witt,

## Oct. 22, 2026

Georgiou Partnership

Suite 1801, Chinachem Exchange Square
1 Hoi Wan Street, Quarry Bay, Hong Kong
www.georgioupartnership.com

Tel +852 3188 0456
Fax +852 3105 1311

**Our Reference:** RA/BH/26008132
**Your Reference:** 2600047/RDD/VEC

Contact Randall Arthur/Beth Hackney
Email
randall.arthur@georgioupartnership.com
beth.hackney@georgioupartnership.com

**URGENT**

**Date:** 22 October 2026

**BY FAX (2802 3553) and BY EMAIL (robindarton@tannerdewitt.com and veronicachan@tannerdewitt.com)**

Tanner De Witt
17th Floor, Tower One
Lippo Centre
89 Queensway
Hong Kong

Dear Sirs,

**The Joint Provisional Liquidators of Prince Global Holdings Limited and 29 other companies (all in Provisional Liquidation) (JPLs) v Secretary for Justice & Ors**
**HCMP 1224/2026**

1. We refer to the order made by the Hon. Madam Justice Linda Chan in these proceedings on 3 September 2026 ("**Order**") under which, amongst other things, Her Ladyship made orders for (i) the Defendants to file and serve evidence in opposition to the Amended Originating Summons within 56 days thereof (i.e. by 29 October 2026) and (ii) the Amended Originating Summons be adjourned to 12 January 2027 for substantive argument ("**Substantive Hearing**").

2. We also refer to the hand-down hearing before Justice Wallbank KC (Ag.) of the BVI Court on 21 October 2026 ("**BVI Hearing**") in the 30 proceedings under which the JPLs were appointed ("**BVI Proceedings**").

3. At the BVI Hearing Justice Wallbank KC ruled that the "*originating applications [in the BVI Proceedings] should be dismissed . . . and since . . . a provisional liquidation order is not a standalone remedy, the provisional liquidation order should also be discharged*." He further ruled that the BVI Court will hear the parties on consequential issues, including an "*orderly implementation of this decision and costs*". We understand that such hearing will likely take place in or around 8-9 December 2026.

4. With the imminent discharge of the JPLs, there is no longer a basis for the JPLs to seek recognition of their appointment in Hong Kong.

5. In light of the impending deadline for the Defendants to file evidence in opposition, please confirm **immediately, and by no later than the close of business on Friday 23 October 2026**, that the JPLs will withdraw the Amended Originating Summons, with costs to the Defendants and vacate the Substantive Hearing. If the JPLs fail to do so, we will have no alternative but to file an urgent application seeking, amongst other things, the dismissal of the Amended Originating Summons with costs to the Defendants.

6. We look forward to hearing from you. In the meantime, all of our clients' rights are reserved.

Yours faithfully,

**Georgiou Partnership LLP**

cc: Department of Justice
Government Counsel for the 1st Defendant
By fax (3918 4525) only
(Ref: MIS483/26)

Messrs K.T. Tam & Co.
Solicitors for 2nd Defendant
By fax (3615 1434) only
(Ref: 40336/26/TKT/cw (CL))

Liva Law & Associates
Solicitors for 3rd Defendant
By fax (3564 8781) only
(Ref: A200349)

Messrs Chui and Lau Solicitors
Solicitors for 4th Defendant
By fax (2845 0504) only
(Ref: 260003/MS/MI/S063(28))

Tang Minyi
11th Defendant
By post only

Messrs Howse Williams
Solicitors for 12th Defendant
By fax (2803 3608) only
(Ref: ZHYC/KKCL/A.01193.00001)