# EXHIBIT 11

## Letter from Hong Kong DOJ

## to Tanner De Witt,

## Oct. 26, 2026

律政司
民事法律科
民事訴訟組
香港中環下亞厘畢道18號
律政中心中座及東座6樓
圖文傳真：852-3918 4525
網址：www.doj.gov.hk

DEPARTMENT OF JUSTICE
Civil Division
Civil Litigation Unit
6/F., Main Wing and East Wing,
Justice Place, 18 Lower Albert Road,
Central, Hong Kong
Fax : 852-3918 4525
Web Site: www.doj.gov.hk

| | | |
|---|---|---|
| 本司檔號 | Our Ref.: | MIS 483/26 |
| 來函檔號 | Your Ref.: | 2600047/RDD/VEC |
| 電話號碼 | Tel. No.: | 3918 4266 (Ms S Shum); 3918 4269 (Ms M Wong); 3918 4297 (Ms C Yuen) |

**Messrs Tanner De Witt**
17th Floor, Tower One
Lippo Centre
89 Queensway, Hong Kong
(Attn.: Ms Veronica Chan)

26 October 2026

**BY EMAIL (ProjectSummer-TDW@tannerdewitt.com), BY FAX (2802 3553) AND BY POST**

**Re : HCMP 1224 of 2026**

We refer to your letter to Messrs Georgiou Partnership dated 24 October 2026 copying us and your letter to the Court dated 26 October 2026.

2. We take the view that it is your clients' duty to apply for a stay of the captioned proceedings in light of the latest developments, including an order vacating the substantive hearing fixed for 12 January 2027 and staying the current procedural timetable for the parties' filing of evidence. There is no reason why, in the present circumstances (including in particular the highly questionable status of your clients as JPLs), the parties should continue to incur costs and expend time in preparing any evidence in opposition, or why the Court's resources should be burdened with a substantive hearing. We also note that it was mentioned in your said letter to the Court that "it is expected that an appropriate application will be made shortly, hopefully by consent, for directions as to the further conduct of this proceeding".

3. In this regard, please let us have your proposed directions as soon as practicable and in any event **by noon on 27 October 2026** for our consideration. To allow reasonable time for the discussion of proposed directions, please also confirm, **by noon on 27 October 2026**, that your clients consent to an extension of time for the Secretary for Justice to file and serve evidence for 14 days from the extant deadline of 29 October 2026.

4. All our rights are hereby expressly reserved.

Yours faithfully,

(Charmaine Yuen)
Government Counsel

c.c.
Messrs K.T. Tam & Co.
Solicitors for the 2nd Defendant
(Ref: 40336/26/TKT/cw (CL))
(By Fax (3615 1434) Only)

Messrs Liva Law & Associates
Solicitors for the 3rd Defendant
(By Fax (3564 8781) Only)

Messrs Chui & Lau
Solicitors for the 4th Defendant
(By Fax (2845 0504) Only)

Messrs Georgiou Partnership LLP
Solicitors for the 5th to 10th Defendants
(Ref: RA/BH/26008132)
(By Fax (3105 1311) Only)

Tang Minyi
11th Defendant
Flat D, 32/F., Cadogan, 37A Cadogan Street, Kennedy Town, Hong Kong
(By post only)

Messrs Howse Williams
Solicitors for the 12th Defendant
(Ref: ZHYC/KKCL/A.01193.00001)
(By Fax (2803 3608) Only)