# EXHIBIT 13

## Order from High Court of Hong Kong,

## November 2, 2026

高等法院

司法機構
JUDICIARY

The High Court

電話 Tel: 2825 4529
傳真 Fax: 2523 3387
本函檔號 Our Ref.: HCMP 1224/2026
來函檔號 Your Ref.:

**By fax only**
2 November 2026

Messrs. Tanner De Witt
Solicitors for the Plaintiffs
Ref.: 2600047/RDD/VEC
Fax.: 2802 3553

Secretary for Justice
Department of Justice
Ref.: MIS 483/26
Fax.: 3918 4525

Messrs. K.T. Tam & Co.
Solicitors for the 2nd Defendant
Ref.: 40336/26/TKT/cw (CL)
Fax.: 3615 1434

Messrs. Liva Law & Associates
Solicitors for the 3rd Defendant
Ref.: A200349
Fax.: 3564 8781

Messrs. Georgiou Partnership LLP
Solicitors for the 5th to 10th and 13th Defendants
Ref.: RA/BH/26008132
Fax.: 3105 1311

Messrs. Howse Williams
Solicitors for the 12th Defendant
Ref.: ZHYC/KKCL/A.01193.00001
Fax.: 2803 3608

Dear Sir/ Madam,

**Re: HCMP 1224/2026**

Your joint-application by way of Consent Summons filed on 29 October 2026 which has been placed before the Honourable Madam Justice Linda Chan for consideration and I append hereunder the orders Her Ladyship made on 2 November 2026: -

> **"Order in terms as amended.**
>
> **The amendment is as follows:**
> **1. Cross out paragraph 2 and 4."**

Yours faithfully,

(Hilary YU)
Clerk to Hon Linda Chan J