Matthew L. Schwartz
Peter M. Skinner
Gordon Z. Novod
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300

Dan G. Boyle
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East
Los Angeles, California 90067
Telephone: (213) 995-5732

*Counsel to Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, and to Boies Schiller Flexner LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 26-10769 (KYP)<br>(Jointly Administered)<br><br>Re ECF Nos. 114, 115<br><br>Bankruptcy Appeal<br>Case No. 26 Civ. 05279 (VEC) |

# CORRECTED NOTICE OF HEARING FOR COSIMO BORRELLI AND BOIES SCHILLER FLEXNER LLP'S MOTION TO TERMINATE THE AUTOMATIC AND DISCRETIONARY RELIEF GRANTED TO THE JOINT PROVISIONAL LIQUIDATORS IN THE RECOGNITION ORDER [ECF NO. 114][2]

[1] The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at ECF No. 2-1. Notwithstanding the case caption, Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, disputes that each of these entities is the subject of a "foreign proceeding" within the meaning of 11 U.S.C. § 101(23).

[2] The original Notice [ECF No. 117] incorrectly identified the *Motion to Terminate the Automatic and Discretionary Relief Granted to the Joint Provisional Liquidators in the Recognition Order* as ECF No. 115. The docket number for the Motion is ECF No. 114. This Corrected Notice identifies the Motion as ECF No. 114.

**PLEASE TAKE NOTICE** that a hearing to consider entry of an order granting Cosimo Borrelli, in his capacity as the sole director of each of twenty-five of the Debtors,[3] and Boies Schiller Flexner LLP's *Motion to Terminate the Automatic and Discretionary Relief Granted to the Joint Provisional Liquidators in the Recognition Order* [ECF No. 114] (the "**Motion**"), and terminating the automatic and discretionary relief in the *Order Granting Recognition of Foreign Main Proceedings and Related Relief* [ECF No. 90], will take place on **November 19, 2026** at **10:00 A.M. (Prevailing Eastern Time)** (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be a hybrid hearing both in person and via Zoom for Government. Those wishing to participate in the Hearing in person may appear before the Honorable Kyu Y. Paek, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 610, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate in the Hearing remotely, the Hearing will be conducted remotely using Zoom for Government. The Court's guide to using Zoom for Government may be found at https://www.nysb.uscourts.gov/zoom-video-hearing-guide. Parties wishing to appear at or listen to the Hearing, whether (a) an attorney or non-attorney, (b) making a "live" or "listen only" appearance before the Court, or (c) attending the hearing in person or via Zoom, must register an electronic appearance (an "**eCourtAppearance**") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen

[3] Mr. Borrelli is the sole director of each of Prince Global Holdings Limited, Auspicious Tycoon Limited, Bright Team Global Limited, Delightful Thrive Limited, Even Sincerity Limited, Fulam Investment Limited, Giant Victory Holdings Limited, Golden Ascend International Limited, Harmonic State Limited, Luminous Glow Limited, Mighty Divine Limited, Noble Title Limited, Oriental Charm Holdings Investment Limited, Pacific Charm Holdings Investment Limited, Praise Marble Limited, Prince Global Group Limited, Respectful Steed Limited, Retain Prosper Limited, Simply Advanced Limited, Southern Heritage Limited, Star Merit Global Limited, Starry Bloom Limited, Sure Tycoon Limited, Towards Sunshine Limited, and United Riches Global Limited (together, the "**Borrelli Debtors**").

only" appearance. Electronic appearances (eCourtAppearances) must be made by **November 17, 2026** at **4:00 P.M. (Prevailing Eastern Time)** (two business days before the Hearing).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and shall be filed with the Court in accordance with the customary practices of the Court and General Order M-399. Objections must be filed and received no later than **November 12, 2026** at **4:00 P.M. (Prevailing Eastern Time)** (the "**Objection Deadline**"). A hard copy of any Objections shall be sent to the Chambers of the Honorable Kyu Y. Paek, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York 10004-1408, and must be served on the following parties: (a) the Debtors; (b) the United States Trustee for the Southern District of New York; (c) the United States Attorney for the Southern District of New York; (d) the United States Attorney for the Eastern District of New York; (e) the United States Department of the Treasury's Office of Foreign Assets Control; (f) the United States Department of Justice; (g) the United States Department of the Treasury's Financial Crimes Enforcement Network; (h) all parties that have filed a notice of appearance in these Chapter 15 Cases within three (3) business days of the filing of such notice of appearance; and (i) all parties required to be given notice under Bankruptcy Rule 2002(q)(1) of which the Foreign Representatives are aware.

**PLEASE TAKE FURTHER NOTICE** that all parties-in-interest who submit Objections to the Motion must appear at the Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, Cosimo Borrelli and Boies Schiller Flexner LLP may, on or after the

Objection Deadline, submit to the Court an order substantially in the form attached to the Motion, which may be entered without further notice or opportunity to be heard.

Dated: November 5, 2026
New York, New York

Respectfully Submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Peter M. Skinner*

Matthew L. Schwartz
Peter M. Skinner
Gordon Z. Novod
55 Hudson Yards
New York, New York 10001
Telephone: (212) 303-3646
mlschwartz@bsfllp.com
pskinner@bsfllp.com
gnovod@bsfllp.com

Dan G. Boyle
2029 Century Park East
Los Angeles, California 90067
Telephone: (213) 995-5732
dboyle@bsfllp.com

*Counsel to Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, and to Boies Schiller Flexner LLP*