Matthew L. Schwartz
Peter M. Skinner
Gordon Z. Novod
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300

Dan G. Boyle
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East
Los Angeles, California 90067
Telephone: (213) 995-5732

*Counsel to Cosimo Borrelli in his capacity as the sole director of each of the Borrelli Debtors, and to Boies Schiller Flexner LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 26-10769 (KYP)<br>(Jointly Administered)<br><br>Re ECF Nos. 90, 114, 115, 120, 121<br><br>Bankruptcy Appeal<br>Case No. 26 Civ. 05279 (VEC) |

# FOURTH DECLARATION OF PETER M. SKINNER

[1] The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at ECF No. 2-1. Notwithstanding the case caption, Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, disputes that each of these entities is the subject of a "foreign proceeding" within the meaning of 11 U.S.C. § 101(23).

I, PETER M. SKINNER, declare as follows:

1. I am a member of the Bar of the State of New York and a partner at BOIES SCHILLER FLEXNER LLP ("BSF"), counsel to Cosimo Borrelli in his capacity as the sole director of twenty-five of the Debtors[2] in the above-captioned case and to BSF.

2. I submit this declaration in further support of Mr. Borrelli and BSF's Motion to Terminate the Automatic and Discretionary Relief Granted to the Joint Provisional Liquidators in the Recognition Order, dated November 2, 2026.

3. Attached as **Exhibit 1** are true and correct copy of e-mail communications between me and counsel representing the JPLs. None of the JPLs' lawyers responded to the top email in the chain.

4. Attached as **Exhibit 2** is a true and correct copy of the ordinary application submitted by the Joint Provisional Liquidators in the BVI Proceedings before the BVI Court seeking direction on their discharge and the handover of the companies, dated November 11, 2026.

5. Attached as **Exhibit 3** is a true and correct copy of the Fourth Affidavit of James Kenneth Drury in support of the Joint Provisional Liquidators' November 11 ordinary application submitted in the BVI Proceedings before the BVI Court, dated November 11, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

[2] Mr. Borrelli is the sole director of each of Prince Global Holdings Limited, Auspicious Tycoon Limited, Bright Team Global Limited, Delightful Thrive Limited, Even Sincerity Limited, Fulam Investment Limited, Giant Victory Holdings Limited, Golden Ascend International Limited, Harmonic State Limited, Luminous Glow Limited, Mighty Divine Limited, Noble Title Limited, Oriental Charm Holdings Investment Limited, Pacific Charm Holdings Investment Limited, Praise Marble Limited, Prince Global Group Limited, Respectful Steed Limited, Retain Prosper Limited, Simply Advanced Limited, Southern Heritage Limited, Star Merit Global Limited, Starry Bloom Limited, Sure Tycoon Limited, Towards Sunshine Limited, and United Riches Global Limited (together, the "**Borrelli Debtors**").

Dated: New York, New York
November 16, 2026

*<u>/s/ Peter M. Skinner</u>*
Peter M. Skinner