# EXHIBIT 1

## E-Mail from P. Skinner to A. Dietderich, dated Nov. 5, 2026

**From:** Peter Skinner
**To:** Dietderich, Andrew G.; Howard J. Kaplan; john.pintarelli@pillsburylaw.com
**Cc:** Dan Boyle; Dunne, Christopher J.
**Subject:** Re: In re Prince Global Holdings Limited, et al., No. 26-10769 (KYP)
**Date:** Thursday, November 5, 2026 4:55:53 PM

Thanks Andy. Your clients should be able to stipulate to our proposed order then. Please let us know if you agree.

---

**From:** Dietderich, Andrew G. <dietdericha@sullcrom.com>
**Sent:** Thursday, November 5, 2026 1:32 PM
**To:** Peter Skinner <pskinner@bsfllp.com>; Howard J. Kaplan <hkaplan@egsllp.com>; john.pintarelli@pillsburylaw.com <john.pintarelli@pillsburylaw.com>
**Cc:** Dan Boyle <dboyle@bsfllp.com>; Dunne, Christopher J. <Dunnec@sullcrom.com>
**Subject:** RE: In re Prince Global Holdings Limited, et al., No. 26-10769 (KYP)

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Pete,

The only material expenses on pending work I’m aware of in the US are responding to Mr. Borrelli and BSF. If you and your client really wish to avoid the JPLs incurring further fees in responding to your motion, e.g., you may withdraw it. The JPLs reserve all rights.

Andy

---

**From:** Peter Skinner <pskinner@bsfllp.com>
**Sent:** Wednesday, November 4, 2026 3:29 PM
**To:** Dietderich, Andrew G. <dietdericha@sullcrom.com>; Howard J. Kaplan <hkaplan@egsllp.com>; john.pintarelli@pillsburylaw.com
**Cc:** Dan Boyle <dboyle@bsfllp.com>
**Subject:** [EXTERNAL] In re Prince Global Holdings Limited, et al., No. 26-10769 (KYP)

Please see the attached correspondence.

**Peter M. Skinner**
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards

New York, NY 10001
(t) +1 212 303 3654
(m) +1 917 445 6118
pskinner@bsfllp.com
www.bsfllp.com [bsfllp.com]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

**This is an external message from: pskinner@bsfllp.com **

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

BSF | BOIES SCHILLER FLEXNER

November 4, 2026

**VIA EMAIL**

Andrew Dietderich
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Howard Kaplan
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, New York 10105

John A. Pintarelli
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, New York 10019

Re: *In re Prince Global Holdings Limited, et al.*, No. 26-10769 (KYP)

Counsel:

The BVI Court left the Joint Provisional Liquidators temporarily in place to facilitate handover of control of the Debtors "in a sensible orderly fashion" while its final order dismissing the BVI AG's liquidation applications is pending. Conducting discovery in the United States has nothing to do with that orderly transition. Please confirm by November 5, 2026 at 4:00 p.m. that the JPLs have ceased the pursuit of all discovery under the Recognition Order and will not pursue any future discovery under the Recognition Order without prior sanction from the BVI Court.

Further, any fees and expenses the JPLs incur in connection with their authority under the Recognition Order are neither reasonable nor necessary given the BVI Court's pending dismissal of the liquidation applications and cannot be charged to the Borrelli Debtors. Please also confirm by November 5, 2026 at 4:00 p.m. that the JPLs are not incurring fees and expenses in connection with the Recognition Order and that they will not incur fees and expenses in connection with that order going forward.

Very truly yours,

*/s/ Peter M. Skinner*
Peter M. Skinner
Dan G. Boyle