Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Authorized Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1] | Case No. 26-10769 (KYP) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alexa J. Kranzley, hereby certify that:

1. On November 12, 2026, I caused true and correct copies of the *Authorized Foreign Representatives' Opposition to Cosimo Borrelli's and Boies Schiller Flexner LLP's Motion to Terminate the Automatic and Discretionary Relief Granted to the Joint Provisional Liquidators in the Recognition Order* [ECF No. 120] and the *Declaration of Jacob M. Croke in Support of Authorized Foreign Representatives' Opposition to Cosimo Borrelli's and Boies Schiller Flexner LLP's Motion to Terminate the Automatic and Discretionary Relief Granted to the Joint*

[1] The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at ECF No. 2-1.

*Provisional Liquidators in the Recognition Order* [ECF No. 121], including all exhibits and attachments, to be served in the manner and to the parties indicated in the service list attached hereto as Exhibit A.

Dated: November 16, 2026
New York, New York

Respectfully submitted,

*/s/ Alexa J. Kranzley*

Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: kranzleya@sullcrom.com

*Counsel to the Authorized Foreign Representatives*

# EXHIBIT A

## Service List

| Notice Party | Method(s) of Service |
|---|---|
| Office of the United States Trustee for Region 2 | Email:<br>shara.cornell@usdoj.gov<br>Paul.Schwartzberg@usdoj.gov<br>Mark.Bruh@usdoj.gov<br>linda.riffkin@usdoj.gov |
| United States Attorney's Office<br>Southern District of New York | FedEx Priority Mail:<br>United States Attorney's Office<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |
| United States Attorney's Office<br>Eastern District of New York | FedEx Priority Mail:<br>United States Attorney's Office<br>Eastern District of New York<br>Attention: Kevin Yim, Andrew Reich and Alexander Mindlin<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br><br>Email:<br>Andrew.Reich@usdoj.gov<br>Alexander.Mindlin@usdoj.gov |
| United States Department of Justice | FedEx Priority Mail:<br>U.S. Department of Justice<br>Attention: Christopher Brown<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>Email:<br>Christopher.Brown8@usdoj.gov |
| United States Department of the Treasury's Office of Foreign Assets Control | FedEx Priority Mail:<br>Office of Foreign Assets Control<br>U.S. Department of the Treasury<br>Attention: Mary Pat Rasmussen, Alan Christian, Daniel Brooks and Sharon Benzoni<br>Treasury Annex / Freedman's Bank Building<br>1500 Pennsylvania Avenue NW<br>Washington, DC 20220<br><br>Email:<br>mary.rasmussen@treasury.gov;<br>Alan.Christian@treasury.gov;<br>Daniel.Brooks@treasury.gov;<br>Sharon.Benzoni@treasury.gov |
| United States Department of the Treasury's<br>Financial Crimes Enforcement Network | USPS Express Mail:<br>Financial Crimes Enforcement Network<br>Department of the Treasury<br>Attention: Scott Bruce<br>P.O. Box 39<br>Vienna, VA 22183<br><br>Email:<br>Scott.Bruce@fincen.gov |

| | |
|---|---|
| Amber Hill Ventures Limited | FedEx Priority Mail:<br>Amber Hill Ventures Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Auspicious Tycoon Limited | FedEx Priority Mail:<br>Auspicious Tycoon Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Bright Team Global Limited | FedEx Priority Mail:<br>Bright Team Global Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Delightful Thrive Limited | FedEx Priority Mail:<br>Delightful Thrive Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Even Sincerity Limited | FedEx Priority Mail:<br>Even Sincerity Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Fulam Investment Limited | FedEx Priority Mail:<br>Fulam Investment Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Giant Victory Holdings Limited | FedEx Priority Mail:<br>Giant Victory Holdings Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Golden Ascend International Limited | FedEx Priority Mail:<br>Golden Ascend International Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Harmonic State Limited | FedEx Priority Mail:<br>Harmonic State Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |

| | |
|---|---|
| Jumbo High Limited | FedEx Priority Mail:<br>Jumbo High Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Lateral Bridge Global Limited | FedEx Priority Mail:<br>Lateral Bridge Global Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Luminous Glow Limited | FedEx Priority Mail:<br>Luminous Glow Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Mighty Divine Limited | FedEx Priority Mail:<br>Mighty Divine Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Noble Title Limited | FedEx Priority Mail:<br>Noble Title Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Oriental Charm Holdings Investment Limited | FedEx Priority Mail:<br>Oriental Charm Holdings Investment Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Pacific Charm Holdings Investment Limited | FedEx Priority Mail:<br>Pacific Charm Holdings Investment Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Prince Global Group Limited | FedEx Priority Mail:<br>Prince Global Group Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Praise Marble Limited | FedEx Priority Mail:<br>Praise Marble Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |

| | |
|---|---|
| Prince Global Holdings Limited | FedEx Priority Mail:<br>Prince Global Holdings Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Respectful Steed Limited | FedEx Priority Mail:<br>Respectful Steed Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Retain Prosper Limited | FedEx Priority Mail:<br>Retain Prosper Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Robust Harmony Limited | FedEx Priority Mail:<br>Robust Harmony Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Simply Advanced Limited | FedEx Priority Mail:<br>Simply Advanced Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Southern Heritage Limited | FedEx Priority Mail:<br>Southern Heritage Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Star Merit Global Limited | FedEx Priority Mail:<br>Star Merit Global Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Starry Bloom Limited | FedEx Priority Mail:<br>Starry Bloom Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Sure Tycoon Limited | FedEx Priority Mail:<br>Sure Tycoon Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |

| | |
|---|---|
| Sword River Limited | FedEx Priority Mail:<br>Sword River Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Towards Sunshine Limited | FedEx Priority Mail:<br>Towards Sunshine Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| United Riches Global Limited | FedEx Priority Mail:<br>United Riches Global Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Fan Yang | FedEx Priority Mail:<br>Fan Yang<br>Fit ND 51/F.<br>Tower 3, Festival City Phase 3, 1 Mei Tin Road<br>Tai Wai, Kowloon, Hong Kong |
| Prince Group Holdings Limited | FedEx Priority Mail:<br>Prince Group Holdings Limited<br>68 Kimberley Road<br>Tsim Sha Tsui, Kowloon, Hong Kong |
| Ample Luck Investment Limited | FedEx Priority Mail:<br>Ample Luck Investment Limited<br>72-76/F.<br>Two International Finance Centre, 8 Finance Street<br>Central, Hong Kong |
| Deluxe Heaven Limited | FedEx Priority Mail:<br>Deluxe Heaven Limited<br>c/o Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola<br>British Virgin Islands, VG1110 |
| Fu Chao | FedEx Priority Mail:<br>Fu Chao<br>Room A. 4F, Mainway Building<br>21 Yuet Yuen Street<br>North Point, Hong Kong |
| Zhou Yun | FedEx Priority Mail:<br>Zhou Yun<br>Room A, 4/F, Mainway Building, 21 Yuet Yuen Street,<br>North Point, Hong Kong |

| | |
|---|---|
| Boies Schiller Flexner LLP | <u>FedEx Priority Mail</u>:<br>Boies Schiller Flexner LLP<br>Attention: Chen Zhi, Matthew L. Schwartz, Peter M. Skinner and Gordon Z. Novod<br>55 Hudson Yards<br>New York, NY 10001<br><br><u>FedEx Priority Mail</u>:<br>Boies Schiller Flexner LLP<br>Attention: Laura Femino<br>401 E Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br><br><u>Email</u>:<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>gnovod@bsfllp.com<br>dboyle@bsfllp.com<br>lfemino@bsfllp.com |
| Kobre & Kim LLP | <u>FedEx Priority Mail</u>:<br>Kobre & Kim LLP<br>Attention: Daniel J. Saval, Adam M. Lavine, Jeremy O. Bressman and Martine B. Forneret<br>800 Third Avenue<br>New York, NY 10022<br><br><u>Email</u>:<br>Daniel.Saval@kobrekim.com<br>Adam.Lavine@kobrekim.com<br>Jeremy.Bressman@kobrekim.com<br>Martine.Forneret@kobrekim.com |
| Pillsbury Winthrop Shaw Pittman LLP | <u>FedEx Priority Mail:</u><br>Pillsbury Winthrop Shaw Pittman LLP<br>Attention: John A. Pintarelli, Rahman Connelly and Patrick E. Fitzmaurice<br>31 West 52nd Street<br>New York, New York 10019<br><br><u>Email:</u><br>John.pintarelli@pillsburylaw.com<br>Rahman.connelly@pillsburylaw.com<br>Patrick.fitzmaurice@pillsburylaw.com |
| Ellenoff, Grossman & Schole LLP | <u>FedEx Priority Mail:</u><br>Ellenoff, Grossman & Schole LLP<br>Attention: Howard J. Kaplan and Harry L. Grabow<br>1345 Avenue of the Americas<br>New York, NY 10105<br><br><u>Email:</u><br>hkaplan@egsllp.com<br>hgrabow@egsllp.com |